# EXHIBIT B



# Cook County
# Clerk of the Circuit Court
## Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

| Case Information Summary for Case Number |
|---|
| 2018-CH-02455 |

Filing Date: 02/23/2018

Case Type: DECLARATORY JUDGEMENT

Division: Chancery Division

District: First Municipal

Ad Damnum: $0.00

Calendar: 09

## Party Information

**Plaintiff(s)**

TRI STATE DISPOSAL INC

**Attorney(s)**

LAROSE AND BOSCO LTD
200 N LASALLE#2810
CHICAGO IL, 60601
(312) 642-4414

ILLINOIS CORPORATION

| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
|---|---|---|
| JACKSON LAWRENCE L | | |
| JEFFERSON RODRICK | | |
| LEVERE ERIK | | |
| LEWIS GREGORY | | |
| MUNICIPAL CORPORATION | | |
| RILEY PINKNEY CASSANDRA | | |
| SMITH BRADLEY | | |
| VILLAGE RIVERDALE | | |
| VILLAGE RIVERDALE BOARD | | |
| WILLIAMS BRENDA | | |

## Case Activity

Activity Date: 02/23/2018

Participant: TRI STATE DISPOSAL INC

DECLARATORY JUDGMENT COMPLAINT FILED

Court Fee: 368.00

Attorney: LAROSE AND BOSCO LTD

Activity Date: 02/23/2018

Participant: TRI STATE DISPOSAL INC

SUMMONS ISSUED AND RETURNABLE

Attorney: LAROSE AND BOSCO LTD

Activity Date: 02/23/2018     Participant: TRI STATE DISPOSAL INC

CASE SET ON CASE MANAGEMENT CALL

Date: 06/25/2018
Court Time: 0930
Court Room: 2008

Judge: TAILOR SANJAY T
Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/02/2018     Participant: LEWIS GREGORY

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: WILLIAMS BRENDA

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: LEVERE ERIK

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: SMITH BRADLEY

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: VILLAGE RIVERDALE

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: JACKSON LAWRENCE L

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: JEFFERSON RODRICK

SUMMONS - RETD P.S.

Date: 03/02/2018

Activity Date: 03/02/2018     Participant: RILEY PINKNEY CASSANDRA

# SUMMONS - RETD P.S.

Date: 03/02/2018          Microfilm: CH000000000

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 03/28/2018

Court Time: 0900          Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

***DISMISS(SET FOR MOTION HEARING)

Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

***MISC.MOTION(SET FOR MOTION HEARING)

Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

NOTICE OF MOTION FILED

Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

PROOF OF SERVICE FILED

Attorney: LAROSE AND BOSCO LTD

Activity Date: 03/21/2018          Participant: TRI STATE DISPOSAL INC

MOTION FILED

Attorney: LAROSE AND BOSCO LTD

[Back to Top](#)

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

[Start a New Search](#)