**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRI-STATE DISPOSAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-CV-02138 |
| vs. | ) ) | Judge Sara L. Ellis |
| THE VILLAGE OF RIVERDALE, a municipal corporation; and LAWRENCE L. JACKSON, Mayor of the Village of Riverdale, | ) ) ) ) ) | Magistrate Judge Mary M. Rowland |
| Defendants. | ) ) | |

**EXHIBITS TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

**Exhibit**     **Description**

Exhibit 1       Village of Riverdale Ordinance Number 2017-22

Exhibit 2       Tri-State Disposal, Inc. September 7, 2017 submittal to Riverdale Zoning Board of Appeals, including the following attachments:

-Section 39.2 of the Illinois Environmental Protection Act

-*Village of Riverdale v. 138th Street Joint Venture, et al.,* Complaint filed in the United States District Court, Northern District of Illinois, Eastern Division, Case No. 07 C 1388

1

Exhibit 3   Tri-State Disposal, Inc. November 2, 2017 submittal to Riverdale Zoning Board of Appeals, including the following exhibits:

*Exhibit A* – Portions of Transcript of Hearing of September 7, 2017

*Exhibit B* – Picture of Mayor Jackson "Another business brought to you by the Honorable Mayor Lawrence Jackson. Coming soon . . . Riverdale Materials."

*Group Exhibit C* – Photos depicting Riverdale Materials already operating the facility

*Exhibit D* – Portions of Transcript of Hearing of September 7, 2017

*Exhibit E* - Illinois Appellate Court case *City of Chicago v. Fritz*, 36 Ill.App.2d 457, 184 N.E.2d 713 (Ill. App. Ct. 1962)

Exhibit 4   Tri-State Disposal, Inc. November 28, 2017 proposed verified submittal to Mayor Lawrence L. Jackson and Village of Riverdale Trustees, including the following exhibits[1]:

*Exhibit E* – FOIA Response from Village of Riverdale received November 20, 2017

*Exhibit F* – Permit Summary submitted by Riverdale Materials to Zoning Board of Appeals at November 2, 2017 hearing

Exhibit 5   November 28, 2017 transcript of hearing before the Village of Riverdale Board of Trustees

Exhibit 6   November 2, 2017 transcript of hearing before the Village of Riverdale Zoning Board of Appeals

Exhibit 7   September 7, 2017 transcript of hearing before the Village of Riverdale Zoning Board of Appeals

Exhibit 8   Riverdale Materials' Conditional Use Application

Exhibit 9   Riverdale Materials' Amended Conditional Use Application

---

[1] *NOTE:* Exhibit A (September 7, 2017 submittal by Tri-State Disposal), Exhibit B (November 2, 2017 submittal by Tri-State Disposal), Exhibit C (September 7, 2017 Transcript of Hearing) and Exhibit D (November 2, 2017 Transcript of Hearing) are not attached to this Exhibit 4 as they are voluminous, and they are already included as separate Exhibits to this Verified Complaint

Exhibit 10     Illinois Appellate Court case *City of Chicago v. Fritz*, 36 Ill.App.2d 457, 184 N.E.2d 713 (Ill. App. Ct. 1962)

Exhibit 11     Public Notices for September 7, 2017 and November 2, 2017 Zoning Board of Appeals hearings

Exhibit 12     Permit Summary

Exhibit 13     Portions of the Riverdale Municipal Code: Zoning Code § 17.03.040 (The plan commission) and § 17.03.110 (Conditional use); § 2.08.120 (Meetings open to the public)

Exhibit 14     Photo of Mayor Jackson posted on a sign at Riverdale Materials' site

Exhibit 15     Mayor Jackson's April 25, 2018 Letter to Tri-State