# EXHIBIT A

**Montana & Welch, LLC**

**11950 South Harlem Avenue**
**Suite 102**
**Palos Heights, Illinois 60463**
**(708) 448-7005**
**(708) 448-7007 Fax**
**eblake@montanawelch.com**

May 10, 2018

***VIA EMAIL/USPS MAIL***
Mark A. LaRose
Marissa R. Alaska
LaRose & Bosco, Ltd.
200 N. LaSalle St., Suite 2810
Chicago, IL 60601
mlarose@laroseboscolaw.com
malaska@laroseboscowlaw.com

*RE: Tri-State Disposal, Inc. v. The Village of Riverdale, et al.*
*NDIL Case No.: 18-cv-2138*

Dear Mr. LaRose:

During our brief phone discussion on Tuesday, it was brought to my attention that Tri-State is under the impression that the Village of Riverdale is in breach of its contract with Tri-State, at least in part, based on the provision of the contract relating to spring cleaning. After review of the contract, Section 13 subpart B entitled, "municipal services to be provided by the contractor," Tri-State is obligated to perform a spring clean up during the Riverdale public school spring break vacation. This clean-up was not performed. It is Tri-State's obligation to perform the clean-up, not the Village's obligation to ensure that the clean-up is performed by Tri-State. Yet, even though Tri-State failed to timely perform the spring clean-up pursuant to the contract during the set timeframe, it is acceptable to the Village for Tri-State to schedule this clean up to occur in the near future.

In addition, based on our discussion regarding the contention relating to the allegations in Tri-State's complaint, we request that all future communication relating in any way to the allegations in Tri-State's complaint be solely between the attorneys and that Tri-State cease all communication with the Village and Village staff. In that regard, please let us know if Tri-State requires any assistance in scheduling the spring clean-up and we will work with the Village to confirm a date for the same.

Sincerely,
MONTANA & WELCH, LLC

Erin E. Blake

cc: John P. Wise
Richard F. Bruen

# Montana & Welch, LLC

11950 South Harlem Avenue
Suite 102
Palos Heights, Illinois 60463
(708) 448-7005
(708) 448-7007 Fax
eblake@montanawelch.com

May 29, 2018

***VIA EMAIL/USPS MAIL***
Mark A. LaRose
Marissa R. Alaska
LaRose & Bosco, Ltd.
200 N. LaSalle St., Suite 2810
Chicago, IL 60601
mlarose@laroseboscolaw.com
malaska@laroseboscowlaw.com

*RE: Tri-State Disposal, Inc. v. The Village of Riverdale, et al.*
*NDIL Case No.: 18-cv-2138*

Dear Mr. LaRose:

As a follow-up to our phone conference today and your letter dated May 23, 2018, it remains the Village of Riverdale's position that the Community Clean-Up that occurred on May 5, 2018 was not the spring cleanup contemplated in Tri-State's contract with the Village. Further, despite your allegations in the First Amended Complaint, the Village remains willing to schedule the Tri-State Spring Clean-Up in the near future. However, you indicated that Tri-State would not be scheduling the same because it is its position that a clean-up already occurred. If Tri-State's position in this regard changes, please let us know and we can provide assistance to work with the Village to confirm a date for the spring clean-up.

Sincerely,
MONTANA & WELCH, LLC

Erin E. Blake

cc: John P. Wise

MARK A. LAROSE *
JOSEPH A. BOSCO *
DAVID KOPPELMAN
DAVID ROSEMEYER
DAVID J. ARON
COSTA DIAMOND
MARISSA R. ALASKA
PAIGE D. RYTERSKI

OF COUNSEL
HON. ANTHONY J. BOSCO (1928-2008)
JOSEPH G. ALIOTO **
ALBERTO QUIROS JAEN***

* ADMITTED IN MICHIGAN ALSO
** ADMITTED IN WISCONSIN ONLY
*** ADMITTED IN PANAMA ONLY

LAROSE & BOSCO, LTD.
ATTORNEYS AT LAW

200 N. LASALLE STREET
SUITE 2810
CHICAGO, IL 60601
P: (312) 642-4414
F: (312) 642-0434

135 S. WHITTAKER
NEW BUFFALO, MI 49117
P: (269) 469-8440
F: (269) 469-8442

May 10, 2018

**By E-Mail:** eblake@montanawelch.com
Ms. Erin E. Blake
Montana & Welch, LLC
11950 S. Harlem Avenue, Suite 102
Palos Heights, IL 60463

**RE: Tri-State Disposal v. Village of Riverdale**

Dear Erin,

Thank you for your letter dated May 10, 2018. I suggest that you check your facts.

The real facts are that representatives of Tri-State made several typical contacts with the Village of Riverdale to try and schedule the Spring Clean Up. They received absolutely no response in that regard.

Tri-State is aware that the Village solicited at least two other contractors to submit bids for the Spring Clean Up.

We understand that the Spring Clean Up was conducted last Saturday, May 5, 2018, as advertised in the attached flyer. For that reason and others, the Spring Clean Up allegations will remain part of our proposed first amended complaint.

Regarding your request that my clients run contacts "relating in any way" to the allegations in the lawsuit, that is not entirely acceptable. I can assure you that all contacts relating directly to the lawsuit will be run through my office and yours. There is some grey area however. Tri-State needs to have normal day-to-day and month-to-month contacts with the Village as is necessary for both parties to perform their obligations under the contract between Riverdale and Tri-State.

If you have any questions, please feel free to contact me.

Very truly yours,

Mark A. LaRose

MAL/mk
Enclosure

cc: Tri-State Disposal, Inc.




# Sat. May 5th, 2018 • 9AM - 1PM

**Place items at regular trash pick-up location - Friday, May 4th after 6pm**

**(furniture, clothing, bicycles, unwanted household items)**

**white goods - (refrigerators [doors must be removed] stoves,washers etc.)**

**TIRES, BATTERIES, CONSTRUCTION MATERIALS OR HAZARDOUS WASTE (USED OIL, PAINT OR CHEMICALS) WILL NOT BE PICKED UP!**

## THE TRUCK WILL ONLY MAKE ONE TRIP

The Village Of
RIVERDALE

Bradley Smith, Trustee
Rodrick Jefferson, Trustee
Cassandra Riley-Pinkney, Trustee

Lawrence L. Jackson, Mayor
Karen Holcomb, Clerk

Brenda Williams, Trustee
Erik LeVere, Trustee
Gregory Lewis, Trustee