**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRI-STATE DISPOSAL, INC., an Illinois corporation, | ) | |
| Plaintiff, | ) | Case No. 18-CV-02138 |
| vs. | ) | Judge Sara L. Ellis |
| THE VILLAGE OF RIVERDALE, et al. | ) | Magistrate Judge Mary M. Rowland |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-RESPONSE *INSTANTER***

Plaintiff, Tri-State Disposal, Inc., an Illinois corporation, by its attorneys, Mark A. LaRose and Marissa R. Alaska, hereby move this court for leave to file its Sur-Response to Defendants' Motion to Dismiss *Instanter*, and in support hereof states as follows:

1. Defendants filed a motion to dismiss under Sections 12(b)(6) and 12(b)(1).

2. The Court set a briefing schedule as follows:

•Plaintiff's Response 8/27/2018
•Defendant's Reply 9/17/2018

3. All briefs have been filed.

4. Defendants' 15-page reply brief contains matters that are newly raised, and both factually and legally incorrect.

5. Plaintiff seeks leave to file a sur-response of five pages or less, so that the Court has a complete and accurate record while it considers and decides the Defendants' motion.

6. Deciding whether to grant a motion for leave to file a sur-response is within the Court's discretion. *Johnny Blastoff, Inc. v. L.A. Rams*, 188 F.3d 427, 439 (7th Cir. 1999).

7. In some instances, allowing the filing of a sur-response "saves the aggrieved party's right to be heard and provides the court with the information necessary to make an informed decision." *In re Sulfuric Acid Antitrust Litig.,* 231 F.R.D. 329, 329 (N.D. Ill. 2005). Furthermore the Court has recognized that a sur-response might be appropriate "when a moving party 'sandbags' an adversary by raising new argument in a reply brief." *Franek v. Walmart Stores, Inc.* 2009 WL 674269 (N.E. Ill. Mar. 13, 2009).

8. The Plaintiff's proposed Sur-Response is attached hereto as **Exhibit A**. It will provide the Court with the information and arguments necessary to decide the Defendants' motion and set the record straight on the improper arguments that are contained in the Defendants' reply brief.

9. On October 9, 2018 Plaintiff asked for Defendants' concurrence in the filing of this motion, and said concurrence was denied on that date. *See* **Exhibit B**, attached.

10. This motion is not brought for the purpose of undue delay, but for the purpose of setting the record straight and providing the Court with the information it needs to properly decide the motion.

**WHEREFORE,** Plaintiff Tri-State Disposal, Inc. respectfully requests that this Court grant this Motion for Leave to File its Sur-Response *Instanter*.

Respectfully submitted,

**TRI-STATE DISPOSAL, INC., an Illinois corporation, Plaintiff**

By: s/ Mark A. LaRose
Mark A. LaRose
Attorney for Plaintiff

Mark A. LaRose (ARDC No. 6183288)
Marissa R. Alaska (ARDC No. 6315171)
LaRose & Bosco, Ltd.
200 N. LaSalle Street, Suite 2810
Chicago, IL 60601
(312) 642-4414
Fax (312) 642-0434
mlarose@laroseboscolaw.com
m.alaska@laroseboscolaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that he caused to be served a copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-RESPONSE *INSTANTER*** on defendant's counsel of record as listed below by e-filing through the United States District Court, Northern District, Eastern Division e-filing system this 10th day of October, 2018.

Attorneys for Defendants
Richard F. Bruen, Jr. (ARDC No. 6242594)
John P. Wise (ARDC No. 6238380)
Erin E. Blake (ARDC No. 6295914)
Montana & Welch, LLC
11950 S. Harlem Avenue, Suite 102
Palos Heights, IL 60463
(708) 448-7005
rbruen@montanawelch.com
jwise@montanawelch.com
eblake@montanawelch.com

/s Mark A. LaRose
Mark A. LaRose, Attorney for Plaintiff

Mark A. LaRose (ARDC No. 6183288)
Marissa R. Alaska (ARDC No. 6315171)
LaRose & Bosco, Ltd.
200 N. LaSalle Street, Suite 2810
Chicago, IL 60601
(312) 642-4414
Fax (312) 642-0434
mlarose@laroseboscolaw.com
m.alaska@laroseboscolaw.com