**Subject:** Tri-State v Riverdale

**From:** Mark LaRose (mlarose@laroseboscolaw.com)

**To:** eblake@montanawelch.com;

**Cc:** m.alaska@laroseboscolaw.com; mkarson@laroseboscolaw.com;

**Date:** Tuesday, October 9, 2018 12:32 PM

Erin,

We intend to file a Motion for Leave to file a Sur Response brief of less than five pages. We think that your reply is, at least in part, inappropriate in the procedural context of this case and we want the opportunity to set the record straight, and provide the judge with sufficient information to decide your motion. Please advise today whether we can advise the court that you concur with the motion. If not, we will advise the court that we sought your concurrence and that it was not granted.

Very truly yours,
Mark

Mark A. LaRose
LaRose & Bosco, Ltd.
200 North LaSalle, Suite 2810
Chicago, IL 60601
(312) 642-4414
Fax (312) 642-0434
mlarose@laroseboscolaw.com

**Confidentiality Notice:**
The information contained in this electronic communication may be attorney-client privileged, attorney work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

EXHIBIT
tabbies
B

**Subject:** RE: Tri-State v Riverdale

**From:** Erin Blake (eblake@montanawelch.com)

**To:** mlarose@laroseboscolaw.com;

**Cc:** m.alaska@laroseboscolaw.com; mkarson@laroseboscolaw.com; jwise@montanawelch.com;

**Date:** Tuesday, October 9, 2018 2:02 PM

Sorry – my last email contained a typo!

We **do NOT agree** to the proposed sur response and we do not believe further briefing is necessary.

Thanks,

Erin