# EXHIBIT J

RECORD OF PROCEEDINGS - 09/07/2017

1

2   TRI-STATE DISPOSAL,                          )
                                                 )
3                      Complainant,              )
                                                 )
4   vs.                                          )
                                                 )
5   RIVERDALE MATERIALS, LLC,                    )
                                                 )
6                      Respondent.               )

7

8               Record of proceedings in the

9   hearing of the above-entitled cause, at the Village

10  of Riverdale, 157 W. 144th Street, before CHAIRMAN

11  MATTHEW INGERSOLL, in the City of Riverdale, County

12  of Cook, State of Illinois, before Victoria D.

13  Rocks, CSR, Notary Public, commencing at 7:00

14  o'clock p.m., on the 7th day of September, 2017,

15  A.D.

16

17

18

19

20

21

22

23

24

```
 1    APPEARANCES:

 2

 3            LaROSE & BOSCO, LTD.
              MR. MARK LaROSE
              200 N. LaSalle Street
 4            Suite 2810
              Chicago, Illinois  60601
 5            (312) 642-4414
              mlarose@laroseboscolaw.com
 6
              appeared on behalf of the Complainant;
 7

 8            DALEY & GEORGES, LTD.
              MR. RICHARD TOTH
 9            20 S. Clark Street
              Suite 400
10            Chicago, Illinois  60603
              (312) 726-8797
11            rtoth@daleygeorges.com

12            appeared on behalf of the Respondent.

13

14

15

16

17

18

19

20

21

22

23

24
```

TS-00071

```
 1                        I-N-D-E-X

 2

 3

 4    Report of Proceedings:   4 - 85

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1     CHAIRMAN INGERSOLL:  The next case is regarding

2  1208 West 138th Street.  The Board noted that proper

3  legal notice was given.  Is there a representative

4  from the applicant here?

5     MR. TOTH:  Thank you for your time.

6     CHAIRMAN INGERSOLL:  State your name.

7     MR. TOTH:  My name is Richard Toth, T-o-t-h.

8     CHAIRMAN INGERSOLL:  Mr. Toth, could you raise

9  your right hand to be sworn in.

10     MR. TOTH:  And I also have some additional

11  witnesses.  I invite you to swear them in now or

12  later, at your preference.

13     CHAIRMAN INGERSOLL:  Yes.

14     MR. TOTH:  Will you all stand up and do it

15  together.

16     CHAIRMAN INGERSOLL:  Will the additional

17  witnesses please stand up.

18     MR. BRACKEN:  Jim Bracken.

19     MR. LIS:  Kenneth Liss, L-i-s-s.

20     MR. HEY:  Joshua Hey, H-e-y.

21     CHAIRMAN INGERSOLL:  Raise your right hand to

22  be sworn.

23         As a preliminary matter, Mr. Toth, it's my

24  understanding that the applicant is withdrawing its

1    request to transfer municipal solid waste on the

2    property?

3        MR. TOTH:  Correct.  There's different

4    materials that are identified in the application.

5    One set of those materials was municipal solid

6    waste, and we are withdrawing that portion of the

7    application.

8        CHAIRMAN INGERSOLL:  Thank you.  And just so

9    you know, the letter that you sent to the Village

10   indicated that that is what you were going to do as

11   part of the record in this proceeding.

12       MR. TOTH:  That's correct.  I confirm that.

13       CHAIRMAN INGERSOLL:  Thank you.  Go ahead.

14       MR. TOTH:  Thank you.  Again, my name is

15   Richard Toth.  I am an attorney at Daley and

16   Georges. We have offices in Chicago.

17           We are appearing on behalf of the

18   coapplicants, Riverdale Materials, LLC, which is

19   going to be the operator at the site.  And to be

20   safe, we have named as coapplicant the property

21   owner, 1201 West 138th Street, LLC.

22           I have present with me, and I will

23   introduce him momentarily, a representative of both

24   companies, Jim Bracken.  And we also have the

1  project engineers for the site.  Primarily Ken Lis.

2  Ken is the president of Andrews Engineering, based

3  in Springfield, but they have offices here in

4  Lombard.  Also a younger engineer at their business,

5  Josh Hey, who is also here.  He's worked on the

6  project too, in case he could add something to it

7  here.

8          The property is at 1201 West 138th Street.

9  It's just under 18 acres.  It's surrounded next to a

10  train yard to the north.  There's some forested area

11  to the east.  On the south is 138th Street, and

12  there's some used car dealerships to the west,

13  dealerships for used cars.

14          The property is currently zoned for

15  industrial uses.  It's zoned I-2.  Under a previous

16  owner, the site was most recently operated as a

17  concrete crushing and screening operation.  So this

18  use is not a very far throw from that.  Jim Bracken

19  and his wife have operated various hauling and

20  materials processing facilities over the past 15

21  years or so, and they're experienced in the

22  industry.  Jim will talk about that.

23          Again, Riverdale Materials plans to operate

24  a materials processing and recycling facility and

1   transfer station for those materials.  The facility

2   is going to provide some useful services to the

3   area.

4          And before we get into exactly what we're

5   doing, I want to highlight again what we're not

6   doing.  Part of the application was for municipal

7   solid waste.  That could be sort of home garbage or

8   street sweepings, things like that.  So we're taking

9   that out of the application right now.  So that is

10  not something we're seeking now.  And we have

11  formally withdrawn that part.

12         Also uses like this sometimes require

13  other approvals.  Sometimes they require approvals

14  from the Illinois Environmental Protection Agency,

15  siting approval.  We know we're not getting all the

16  approvals we need here today.  This is a first step.

17  We need the City's zoning use approval.  So we're

18  starting with that.

19         There's objectors who are kind of focused

20  on some other things for other hearings.  Again,

21  this is the first step of a process, and we're going

22  through each step in turn.  And the first step is

23  Riverdale.

24         So if I could, I'd like to introduce Jim

1  Bracken.  Jim, do you want to step up.  Is it okay

2  if I take a chair and put our site plan up on it as

3  a display.

4      MR. BRACKEN:  Good evening, Board members.  My

5  name is Jim Bracken.

6      MR. TOTH:  By way of introduction, the property

7  owner for our subject property is 1201 West 138th

8  Street, LLC.  Is that correct?

9      MR. BRACKEN:  That is correct.

10     MR. TOTH:  And Jim, the manager of that

11 company, the manager of that LLC is HMB 405, Inc. is

12 that correct?

13     MR. BRACKEN:  Correct.

14     MR. TOTH:  That is of public record.  And you

15 are the president of HMB 405, Inc?

16     MR. BRACKEN:  Right.

17     MR. TOTH:  So you are the president and manager

18 of the property?

19     MR. BRACKEN:  Correct.

20     MR. TOTH:  The operator is Riverdale Materials,

21 and you work in operations for that company, is that

22 correct?

23     MR. BRACKEN:  Yes.

24     MR. TOTH:  And you are authorized to speak for

1   them today too?

2       MR. BRACKEN:  Yes.

3       MR. TOTH:  So our application again did

4   identify both the operator and the owner as

5   coapplicants.

6           There's a few different things.  First of

7   all, you do actually have some landscaping.  You

8   cleaned it up a little bit.  You have a viable

9   business going there.  Could you tell us about that

10  for a second?

11      MR. BRACKEN:  Has anybody gone past our

12  facility on 138th and seen the changes that were

13  made.  Some of the Board members are familiar with

14  that area.

15          My name is Jim Bracken. I am in the utility

16  transport service and hydrovac service and a

17  transfer and recycling service in Markham and now in

18  Riverdale.  Bracken Management is a construction

19  company, and Morris dirt, we provide scrap

20  materials, black dirt and pulverized dirt.

21          So our facility in Riverdale, what we are

22  doing and what we intend to continue to do is to

23  recycle construction and demolition debris, dirt and

24  concrete that is considered the construction

1   demolition, as well as provide scrap material for

2   commercial uses or private uses.  Anybody in

3   Riverdale could go there and get some black dirt.

4          My understanding having talked to the mayor

5   and manager, on the south side the only place to get

6   any black dirt around here is from Menard's off of

7   the Bishop Ford, and they will charge you by the

8   bag.  Now, you have a facility to get it for a

9   decent price, as well as mulch and other things.

10         If you are doing a back yard renovation, you

11  need to get rid of some concrete, you could bring it

12  there.  We'll take it for free.  If you need some

13  coarse aggregate to put down for pavers, whatever,

14  we'll have sand and various other materials.  We

15  have landscape boulders in there.  You could pick

16  them up.  You could get them delivered with a 20 ton

17  semi or come in with a pickup truck or Volkswagon if

18  you want to put them in there one by one.

19         So that is kind of what we're doing there.  I

20  own a number of different entities, and we all kind

21  of work together.

22      MR. TOTH:  So you're with hauling and waste

23  uses for several different companies?

24      MR. BRACKEN:  Correct.

TS-00079

1    MR. TOTH:  How many years have you been doing

2  that?

3    MR. BRACKEN:  I have owned the business for

4  over 15 years.  I have been in the industry over 25

5  years.

6    MR. TOTH:  Okay.  Let me back up a little bit.

7  So the different types of things that will be going

8  on, it's sort of a landscaping business you've

9  cleaned up, and it's a nice use of the property now.

10    Some of the major features will be the

11  construction and demolition debris processing, maybe

12  some wood materials processing and clean soil

13  processing.  But the focus probably is, is it fair

14  to say, the construction demolition debris?

15    MR. BRACKEN:  Correct, converting the material

16  into aggregate.

17    MR. TOTH:  So the facility accepts mixed loads

18  of construction and demolition waste materials.

19  It's for sorting, processing into marketable

20  products and raw materials, is that right?

21    MR. BRACKEN:  Correct.

22    MR. TOTH:  Loads of this material will be

23  delivered to the facility, maybe by some of your

24  affiliated rollout services poured from construction

TS-00080

1   demolition contractors, local citizens, is that

2   correct?

3          MR. BRACKEN:  Correct.

4          MR. TOTH:  There is a load checking program.

5   Maybe we'll talk more about that, but that is used

6   to prevent delivery of unauthorized materials to the

7   facility to ensure that not less than 25 percent of

8   the incoming material is nonrecyclable?

9          MR. BRACKEN:  Correct.

10         MR. TOTH:  And that there's no unauthorized

11  materials?

12         MR. BRACKEN:  Correct.

13         MR. TOTH:  Unauthorized materials that you will

14  not accept include hazardous waste, special waste,

15  medical waste, asbestos containing material,

16  batteries, tires, things like that?

17         MR. BRACKEN:  Correct.

18         MR. TOTH:  Again, those are not accepted.

19  Materials are deposited into designated offloading

20  areas.  Material is sorted, segregated by type.

21  Generally it's sorted in 48 hours from the time it's

22  received.  Is that right?

23         MR. BRACKEN:  Correct.

24         MR. TOTH:  Once it is sorted and segregated,

TS-00081

1  the various recyclable materials will be staged at

2  the facility, and recycled materials stockpiled.

3  Material is transported for recycling when a full

4  load is accumulated?

5       MR. BRACKEN:  Right.

6       MR. TOTH:  We have a plan here.  Can you show

7  where the construction and demolition debris

8  processing will go, if you could point to it?

9       MR. BRACKEN:  We have a scale.  You're coming

10 off of 138th Street, there will be a scale house

11 there with an attendant who will check the loads to

12 make sure they're bringing --

13      MR. TOTH:  So that is an existing entrance on

14 138th?

15      MR. BRACKEN:  Correct.

16      MR. TOTH:  We're not changing those features,

17 okay.

18      MR. BRACKEN:  The trucks will drive in the

19 base. There's an asphalt tipping floor.  They'll tip

20 the materials.  They will be sorted.

21       We'll have a processing area over here,

22 screening, and the dirt stockpiling area here.  And

23 the front we have the landscape resale area facing

24 138th.

1      MR. TOTH:  Okay.  So you are taking

2  construction debris, and you are sorting it,

3  converting it to useful materials, recycling?

4      MR. BRACKEN:  Creating beneficial use of

5  material.

6      MR. TOTH:  So another use of the facility will

7  be the processing of clean, unpainted wood

8  materials, is that correct?

9      MR. BRACKEN:  Correct.  You could take wood and

10  grind it and convert it into mulch.

11      MR. TOTH:  So the clean wood materials are

12  shredded, stockpiled.  That is on the northwestern

13  part of the footprint?

14      MR. BRACKEN:  Correct.

15      MR. TOTH:  And it's possible over time as the

16  needs come in, you might adjust, move things around

17  a little bit, but the plan is for the northwest

18  corner.

19      There's water runoff controls that include

20  fencing located to prevent wood chips from entering

21  storm water runoff.  Is that correct?

22      MR. BRACKEN:  Correct.

23      MR. TOTH:  The shredded wood stockpiles will be

24  removed no less than on a weekly basis or as the

1  material volumes dictate.  Is that correct?

2      MR. BRACKEN:  Correct.

3      MR. TOTH:  Then there will be a wood chipper at

4  the site for processing the clean wood materials

5  like you said before, is that correct?

6      MR. BRACKEN:  Correct.

7      MR. TOTH:  We're going to get any required air

8  permits will be acquired prior to that operation, is

9  that correct?

10      MR. BRACKEN:  Yes.

11      MR. TOTH:  And again, we know we have to go for

12  other approvals.  We're going to do that, and we're

13  here for the zoning approval.

14          We understand that there's more on our list

15  to do, is that correct?

16      MR. BRACKEN:  Correct.

17      MR. TOTH:  So again, as you said, the end

18  product will be mulch, compost and some amount of

19  land material, correct?

20      MR. BRACKEN:  A small amount of construction

21  aggregate, sands.

22      MR. TOTH:  Some of that will be for sale at the

23  city?

24      MR. BRACKEN:  Correct.  And it can be reused

1   for local sewer and water main projects and for the

2   City of Chicago and the local surrounding suburbs.

3       MR. TOTH:  And then final targeted use of the

4   site is clean soil processing.  That is clean soils

5   excavation material.

6        It's not contaminated by petroleum products or

7   crude oils or environmental contaminants or anything

8   like that, is that correct?

9       MR. BRACKEN:  Correct.

10      MR. TOTH:  That undergoes processing to remove

11  oversized objects.  Could you describe that?

12      MR. BRACKEN:  You could separate the concrete

13  from the dirt.  If you did an excavation and you had

14  a mixed load of concrete dirt and bricks, we have a

15  machine that could separate them and make beneficial

16  uses out of them.

17       You could essentially screen out good black

18  dirt from bricks and concrete.  We sell the black

19  dirt used for potting soils and process the brick or

20  concrete for beneficial construction projects.

21      MR. TOTH:  And where is that going to be

22  located on the site?

23      MR. BRACKEN:  That will be in this area back

24  here (indicating).

TS-00085

1   MR. TOTH:  And again, we have withdrawn our

2 request for municipal solid waste.

3    More generally, you will have in place

4 collection service agreements, and those will

5 specify what materials can be delivered to the site.

6 And they will specify that there are prohibited

7 waste materials that cannot be brought to the site,

8 is that correct?

9   MR. BRACKEN:  Yes.

10   MR. TOTH:  And there is a facility manager at

11 the site that works under an operations plan and

12 that person is responsible for approving or

13 rejecting materials.  Is that correct?

14   MR. BRACKEN:  Yes.

15   MR. TOTH:  Unacceptable waste will be rejected

16 prior to unloading, is that right?

17   MR. BRACKEN:  Yes.

18   MR. TOTH:  If something strange happens and

19 unacceptable waste is somehow dumped, it will be

20 promptly removed and appropriately disposed of

21 offsite, is that correct?

22   MR. BRACKEN:  Correct.

23   MR. TOTH:  To do that if needed, there's

24 specialized contractors that are available to be

1    summoned to the facility to evaluate and dispose of

2    properly any hazards?

3          MR. BRACKEN:  Correct.

4          MR. TOTH:  Every effort will be made to avoid

5    that, correct?

6          MR. BRACKEN:  Yes.

7          MR. TOTH:  Any individual responsible for any

8    illicit dumping at the facility will be identified

9    and reported to the proper authorities, is that

10   correct?

11         MR. BRACKEN:  Right.

12         MR. TOTH:  The facility will maintain accurate

13   and up to date records of both materials that are

14   accepted for processing and recyclables and waste

15   materials that are shipped from this facility for

16   further processing, sale or disposal?

17         MR. BRACKEN:  Yes.

18         MR. TOTH:  Because wood will be present in the

19   processed materials, open burning is prohibited at

20   the facility?

21         MR. BRACKEN:  That's correct.

22         MR. TOTH:  Dust control measures will be

23   implemented to minimize the creation of dust and

24   includes a safe operating speed not in excess of

1    15 miles per hour, is that right?

2         MR. BRACKEN:  Correct.

3         MR. TOTH:  Facilities monitored daily by

4    personnel for the presence of dust and dust control

5    measures are implemented as needed.  Is that

6    correct?

7         MR. BRACKEN:  Correct.

8         MR. TOTH:  It might be hosing something down.

9    The noise generated as a result of onsite operations

10   is similar in amount to any normal truck traffic or

11   construction operation, is that correct?

12        MR. BRACKEN:  Correct.

13        MR. TOTH:  All equipment designated for

14   operations at the facility will be equipped with

15   mufflers or other sound dissipating devices required

16   for compliance with the applicable law.  Is that

17   correct?

18        MR. BRACKEN:  Yes.

19        MR. TOTH:  Access to the facility will be

20   restricted through the use of fencing and gates?

21        MR. BRACKEN:  Correct.

22        MR. TOTH:  Operations at the facility will be

23   covered by the storm water pollution prevention plan

24   of Riverdale, materials which will provide for

1  routine inspections and other controls.  Is that

2  correct?

3       MR. BRACKEN:  Correct.

4       MR. TOTH:  Storm water runoff in the facility

5  can exit the southwest portion of the property and

6  flow into a storm water retention pond, is that

7  correct?

8       MR. BRACKEN:  Yes.

9       MR. TOTH:  There's some structures on the site.

10  You're not building a new building?

11       MR. BRACKEN:  No.

12       MR. TOTH:  Thel lot line is going to limit

13  water absorption by the soil.  It is mostly open

14  space that will absorb the rain water, correct?

15       MR. BRACKEN:  Yes.

16       MR. TOTH:  You'll be operating for your

17  processing Monday through Friday, occasionally

18  Saturday as needed for processing of materials.  Is

19  that correct?

20       MR. BRACKEN:  Yes.

21       MR. TOTH:  But you can have longer hours for

22  other accepted materials?

23       MR. BRACKEN:  Yes.

24       MR. TOTH:  And all employees that work at the

1   facility will be trained in the operating procedures

2   specific to our facility, is that correct?

3        MR. BRACKEN:  Correct.

4        MR. TOTH:  How many employees will you have

5   there?

6        MR. BRACKEN:  Approximately ten employees.

7        MR. TOTH:  General emergency contingency

8   situations will be managed in accordance with the

9   emergency action plan, and employees will be trained

10  accordingly.  Is that correct?

11       MR. BRACKEN:  Correct.

12       MR. TOTH:  All employees working at the

13  facility will be trained in procedures for handling

14  emergency or contingency situations, and the

15  locations of all firefighting equipment, including

16  fire extinguishers and telephones to report

17  emergencies with the local fire department will be

18  communicated to all employees at the facility.  Is

19  that correct?

20       MR. BRACKEN:  Yes.

21       MR. TOTH:  And we're going to probably have our

22  engineer talk a little bit, but if there are any

23  questions for Jim from the Board, we'll take some of

24  those now.

TS-00090

1      MR. CUNNINGHAM:  You guys say you have

2  rescinded the solid waste.  Once you move forward,

3  are you considering bringing that back up on the

4  table or is that something you have eliminated

5  totally from the business operation?

6      MR. BRACKEN:  At this point in time we're

7  eliminating it.  We operate a very diverse business

8  and some of the contracts that we go after, we need

9  those permits to participate in the contracts.

10      They keep the little guy out sometimes when

11  they put these stipulations in.  They require these

12  permits.  I'll give you an example of that.  The

13  Chicago Park District has a debris removal.  The

14  City will bring up debris, but occasionally there be

15  might be a piece of trash in there, and they will

16  want you to have the MSW permit.

17      The majority is gravel, asphalt, some yard

18  waste and that is an example of one of the permits

19  that we would like to be competitive with.  And in

20  the future, we have a street sweeping contract we've

21  had with the City of Chicago for going on eight

22  years.

23      Unbeknownst to a lot of people, they

24  considered that as MSW.  You have to have a permit

TS-00091

1   to sort that out.  It would just be in the future

2   more efficient to be able to process that and pull

3   out other aggregates.

4        We try to keep our trucks loaded all the

5   time.  It would all kind of work together.  Those

6   are ideas for the future.  But as far as hauling

7   municipal waste, as far as the garbage cans behind

8   this facility, we don't own any garbage trucks at

9   all.  We don't have any garbage trucks.

10        We don't have any garbage contracts.  We

11  have never had any municipal waste contracts.  We're

12  more of a rollout company that deals with the

13  utilities in the street.  We do a lot of work for

14  Com Ed.  We do a lot of work for Peoples Gas.

15        Now, excavating out of the ground for Peoples

16  Gas, there's a big renovation going with all the gas

17  lines.  You might have seen people's houses being

18  blown up.  A lot of those old gas lines are leaking

19  now.  And years ago when they were put in, sometimes

20  they put them right through the sewer pipe.

21        Now, they have cameras to go to the sewer.

22  Sometimes that gas would leak and leak into houses.

23  That is when the houses would blow up.  It is a big

24  renovation.  It's a big part of our business,

TS-00092

1    utility transport.  We'll provide the recycled

2    materials at Riverdale,  we we will take them to the

3    site.  They will use the CA 8, the stones and

4    backfill, and we'll bring back the dirt.  However,

5    Peoples Gas in particular and Com Ed, they want to

6    cover themselves.  They want that stuff to go to a

7    facility.

8          Sometimes depending on what area, if it's in

9    Chicago they want it to go to a facility that has

10   that license.  If it's in a suburb, they really

11   don't require it.  So for us to be competitive in

12   the future, we would seek a license like that just

13   to have it so we could participate in that type of

14   work.

15         Once again, we don't own one garbage truck,

16   and we have never, and we have no contracts with

17   municipalities or municipal waste.  We're a totally

18   different entity.  We're kind of unique in what we

19   do.  We take our dumpsters, and we supply the

20   dumpsters in Chicago to these companies with the

21   stone, that ultilize the stone and load it back up

22   with the outgoing material and take it away.

23         This prevents the contractor from having to

24   pay to have the truck and driver for sitting there.

1   It keeps the contractor free from violations with

2   the City. It's safer.  People are not crossing the

3   streets, tripping on stone, gravel, stuff of that

4   nature.  It's going to be challenging in the future

5   if we have to drive all the way somewhere else to

6   get rid of that load and drive back here to load up

7   the aggregate.  It's more effective and efficient to

8   have it all in one spot.  But we want to be friendly

9   neighbors and crawl before we walk.

10      MR. CUNNINGHAM:  I know there is a similar

11  facility in Harvey that does the same thing with the

12  gravel and recycling.

13      MR. BRACKEN:  Is it closed, that facility?  Was

14  it Earth Incorporated at one time?

15      MR. CUNNINGHAM:  Halsted at 156th.

16      MR. BRACKEN:  They left it, and it's all there.

17      MR. CUNNINGHAM:  They closed down?

18      MR. BRACKEN:  They closed down.  We're actually

19  the closest recycling facility as far as concrete

20  and asphalt to the City of Chicago.

21      And we're the only landscape facility you're

22  going to find around that area that you could do

23  multiple things.  So it's really taken off.  It's

24  really the use, and we have done great things with

1   that corridor.  And we want to continue to grow.

2          So far we have employed three people from

3   Riverdale and as we go we'll be looking for more.

4   We're also starting a pilot program with Riverdale.

5   We're going to renovate the alleys.  We're going to

6   take the products we're creating and put them down

7   as a base and the asphalt mix that we blend, we're

8   going to cap off the alleys, saving the town

9   enormous amounts of money.

10          That is part of our agreement with the town.

11   We're going to donate the materials to the town as

12   needed.  Which I mean this project alone we have on

13   the board this pilot program, we'll contribute over

14   $125,000 within a month and a half.

15          Just for that project alone between the

16   aggregate that we're providing and the labor that

17   we're going to provide.  There's a gentleman right

18   down the road that just was starting to develop a

19   piece of property.  He needed some asphalt grindings

20   for his site, and we have delivered them all to him.

21   We're right down the road.  It was efficient for him

22   and effective.

23          He's very happy.  Now he's going to move his

24   business into Riverdale and continue to grow.  We're

TS-00095

1    very successful in Markham.  If you talk to any of

2    the administration in Markham, the mayor or any of

3    the aldermen, they'll tell you what we've done for

4    that town.

5              I was one of the first guys in Markham.  We

6    brought five or six other businesses, landscape

7    business.

8         MR. TOTH:  Why don't you talk about your

9    business there for a second.

10        MR. BRACKEN:  In Markham we have a similar

11   business, but we're not dealing with so much the

12   aggregate, we're dealing with more construction

13   materials that are nonhazardous construction

14   materials, which you can then separate there as

15   well.

16             Separate the steel and different products

17   that are recyclable.  There is a minute amount of

18   material that you can't recycle and that will go on

19   to a landfill.

20        MR. TOTH:  There's not been any problems with

21   that facility?

22        MR. BRACKEN:  We have had some growing pains in

23   the beginning, I'll admit.  I own a lot of

24   businesses, and we had to bring in some managers.

1    And we tightened it up.

2          In the beginning, we had a few problems.

3    Markham and Harvey had a few problems with some

4    dumping areas.  We got tied into that.  But we had

5    some minor infractions, but we hired the right

6    people moving forward.  We had a landscape waste

7    facility there.  We have a small MSW section for the

8    street sweepings.

9          We have this CCD permit there as well, and

10   it's been working out for us.  Since we have three

11   separate licenses in that facility, we're subject to

12   inspections from three different entities.  So we

13   had over, since our little hiccup we've had over 24

14   inspections with no violations.

15         I have all the paperwork here, and you could

16   also FOIA all that information.  There was another

17   thought I wanted to add.  So that is what's going on

18   there.  The problems with Markham is we have 20

19   acres, and we have outgrown it.  So this whole

20   processing of the aggregates that I want to do, I

21   just don't have the room over there.

22         Similarly, though, in Markham, there's

23   another guy that does process the stuff, and he also

24   has some of the same permits that I have.  I was the

TS-00097

1   first guy to have a landscape waste transfer permit

2   in Markham.  This is all public record.  There's a

3   guy down the road, the concrete crushing.  He

4   applied for the same permit, but I welcomed him to

5   the town and today business is good.  Competition is

6   good.

7        Good luck to you, and we work together.  He

8   also sells black dirt, and I sell black dirt, and we

9   coexist without a problem.  I didn't FOIA any

10  information.  I didn't do that stuff.  I didn't do

11  that.

12       I have to keep pushing forward.  That is the

13  way we do business, and we've been very successful.

14  We're a diverse company.  We have over seven

15  different businesses.  So we're always going to be

16  there.  If the economy shifts this way, we could put

17  our eggs in another basket.  So the people that

18  we're employing we're not going to lay off.  You get

19  a job with us, you're going to have a job with us.

20       MR. CUNNINGHAM:  Thank you.

21       MR. BRACKEN:  Any other questions?

22       MS. SHIPP:  My name is Carmelia Shiff.  What is

23  the risks of operating a demolition business close

24  to where people live is the first question.

1      And second, why Riverdale.  And the third

2  question is why not some rich suburban area to have

3  this plant at?

4      MR. BRACKEN:  To be honest with you, they don't

5  want it.  So the opportunities are here.  And to

6  answer your question in demolition unbeknownst to

7  some of the people in the room, KLF Enterprises was

8  my first company that came to Riverdale.

9      We have won the demolition contracts for

10 Riverdale by the low bid process.  We're the lowest

11 bidders the last three years.  We've been doing

12 demolition in this town over three years or four

13 years.  We haven't had any violations or any

14 problems.

15      To answer your question how safe is it, our

16 people are all trained.  We demo in this town all

17 the time.  We take the material out and backfill,

18 and we take it to Markham.  Imagine if we could do

19 that in town, we could reduce that price for the

20 town.

21      MR. TOTH:  In Markham, this is zoned I-2.  This

22 is an industrial use.

23      This is not a use -- again, it's not

24 accepting hazardous materials.  It's not processing

1    hazardous materials.  It's not a landfill.  It's an

2    industrial operation that is part of the fabric of

3    business.

4        MR. BRACKEN:  We'd be more than happy to take

5    you on a tour to show you what we're doing over

6    there.  We're very proud of what we're doing.  We'll

7    be happy to show you.

8        MS. SHIPP:  Even doing demolition, there's

9    chemicals going in the air, and your facility is

10   still close to where people are living.

11       MR. BRACKEN:  To answer your question, and the

12   chief can attest to this.  As far as the chemicals,

13   before any demolition is done, the house will go

14   through an asbestos test and that will all be

15   removed by professionals.

16       When we do demo property, we're putting water

17   on the property.  We're reducing the dust as we're

18   demoing the property.  KLF, if you haven't heard of

19   us, that's great.  If we had a lot of problems

20   demoing in the town, you would have heard of us.  We

21   must be doing something right.

22       So to answer your question, we will keep water

23   suppression on it.  Particles of dust will not be

24   able to go up into the air.  If you look at the

Case: 1:18-cv-02138 Document #: 138 Filed: 12/21/21 Page 33 of 110 PageID #:6644

1    section of where we are, we're surrounding by the

2    railroad tracks. We're so far from 138th, maybe over

3    1,000 feet.  So we're back in that section

4    processing.

5          MR. TOTH:  So you have railroad tracks to the

6    north?

7          MR. BRACKEN:  We have taken that into

8    consideration when we planned out, we took your

9    concerns into consideration when we laid out our

10   yard.

11         MS. BLOUNT:  I was interested in that also.

12   There won't be anything harmful with the citizens of

13   Riverdale?

14         MR. BRACKEN:  Not with the fire chief, as long

15   as he's around.

16         MS. BLOUNT:  I am curious as to why Riverdale,

17   which I love.

18         MR. BRACKEN:  To answer the question, we ran

19   out of space with Markham.  We've been very

20   successful.

21         I started my business with one truck.  We

22   employ over 150 people.  We'll do 50 million dollars

23   in revenue this year.  I'm up to 70 trucks.  I have

24   been able to evolve into different businesses, and I

1   ran out of room.  When I started demoing in

2   Riverdale, I noticed this property, and it fits.  And

3   business in Riverdale, the administration is great.

4   You could work with them.

5        To go to another town, number one, we can't

6   find the property anywhere, and it's so close to the

7   expressway it reduces that footprint of the truck.

8   People really don't want the trucks going through

9   the town.  We're in a prime position to reduce the

10  carbons.  So that was what was advantageous.

11       It's here in the south suburbs.  The location

12  was more beneficial for me than whatever demographic

13  was surrounding it.

14     MR. TOTH:  And everybody needs these services.

15  This helps everybody.  The municipalities, things

16  are demoed in Riverdale.

17     MR. BRACKEN:  If we're demoing in Riverdale and

18  we're separating clean wood and converting it to

19  mulch, and the residents could buy the same stuff

20  that was demoed out, the clean wood and concrete.

21       We're keeping it all in the same area.  If

22  we're hiring the residents from the town to do it,

23  it's a win win.  The more people that come to my

24  facility the more people that are going to see

1  Riverdale.  Everybody that drives into this

2  facility, the amount of traffic, they're all going

3  to have to stop for lunch and fuel up their trucks.

4  It's bringing a lot of people to the town who are

5  putting their eyes on the town.

6          That's just the way I look at it.  It's a

7  win win.  Any business is a win win.

8      MR. CUNNINGHAM:  I have patronized your

9  business already.  That was my own personal

10  business, but I am glad to see material a lot closer

11  to me because I'm in the construction business

12  myself.  It's been a benefit to me already.

13      MR. BRACKEN:  That's the plan.  I talked to the

14  mayor of Dalton.  He was complaining.  He felt bad

15  for the residents that the only place for them to

16  get pulverized dirt was Menard's, and it was always

17  sold out, and they're raising their prices.  And you

18  have to buy in bulk in bags.

19          You could call us up.  We'll deliver it to

20  your house.  If you want to plant a garden, one or

21  two or three yards or a whole semi, 20 semis. We'll

22  deliver it.  We're not limiting our facility to big

23  construction companies.  Homeowners could come and

24  benefit from it, as well as big construction

1  companies could benefit from it.

2      It has a dual use.  Like I said, I have a

3  business.  You want to be accessible to do various

4  things.  You don't want to be locked into a position

5  where you can't grow.  Like I said, we'll crawl

6  before we walk and do what needs to be done.

7      MR. TOTH:  We'll reserve Jim in case he's

8  needed for questions, but I was going to have our

9  engineer speak a little too, if that's okay.

10     MS. SHIPP:  Sure.

11     CHAIRMAN INGERSOLL:  Thank you.

12     MR. TOTH:  Introduce yourself, Ken.

13     MR. LISS:  Ken Liss, L-i-s-s.

14     MR. TOTH:  Where are you employed?

15     MR. LISS:  Andrews Engineering.

16     MR. TOTH:  What is your role there?

17     MR. LISS:  I am not an engineer, for the

18  record.

19     MR. TOTH:  You're the president?

20     MR. LISS:  Yes, I'm president.  We're a small

21  engineering company.  I'm in Lombard and

22  Springfield, Pontiac, Illinois.

23     MR. TOTH:  Briefly, would you summarize your

24  background, your educational background and

1    experience.

2        MR. LISS:  I had basically two jobs.  I worked

3    at the Illinois EPA basically at the bottom there.

4    And as a ground water, I worked at all the

5    landfills, including the ones here down 138th

6    Street, the CID landfill.

7        The person that took care of the permitting,

8    I was one of the permit people to make sure that

9    they were built and constructed the way they were

10   supposed to be.  And then there's a natural

11   transition.  As I got older, I left the EPA, and I

12   went to work for this engineering firm, and I

13   eventually became president.

14       I do a lot of environment engineering work.

15   The actual engineering, we have young people like

16   this guy back here, Josh.  And we do ground water

17   cleanup.  And our job is to know all of the permits,

18   all the rules, the traffic, the dust suppression.

19       Just like you have some requirements in your

20   ordinances, the EPA, the State has a lot of

21   requirements.  Our job is to know those and make

22   sure the applicant who hires us, in this case,

23   Mr. Bracken, that we design and make sure that

24   everything is in place so they could get a permit to

1   operate correctly.

2          And then we provide services to make sure if

3   there's a problem in the future, that we could help

4   modify the facility in case there's storm water or

5   whatever.

6      MR. TOTH:  So let's talk about that because we

7   know that this is not the end stop here.  We know

8   there's other things we have to do, and a lot of

9   other people we need to make happy.

10         Could you talk about the process that is

11  involved with the Illinois EPA and what things we

12  have to do, submit, study, show, prove and submit to

13  inspections.

14     MR. LISS:  Before we go beyond this point, this

15  is the first step.  And I know there that there's

16  some information filed concerning 39.2, and ten

17  different things that a facility needs to do.

18         We're in the process of looking at all that

19  now.  There is a permit to operate the facility as

20  it is right now.  The next step is to get the siting

21  to expand the facility, the other things that

22  Mr. Bracken was discussing to operate more business.

23         So you are not going to build a house unless

24  you know the land, you could build a house there.

1    If it's zoned for a gas station, you can't build a

2    house.  You're not going to pay somebody like me to

3    design that facility and do all the steps to provide

4    to the EPA if you are not sure that you can operate

5    what you want to do on there.

6            So this is the first step is addressing the

7    zoning issues with you.  After this, if it's

8    successful here, we'll design the application, and

9    we have to address all of the things that were

10   submitted by the objectors.  If you look at 39.2,

11   and they're good.  They're valid things.  There's

12   ten things to do concerning traffic operations,

13   everything.  We address those.  And then we come

14   back to your community, and you have a zoning

15   process.  It is called siting, s-i-t-i-n-g.  I think

16   it is $50,000 to $75,000 that the applicant,

17   Mr. Bracken, will have to pay.

18           So that you folks, you have to establish a

19   special commission.  You use that money to hire an

20   outside expert, not me, because I work for him right

21   now.  And they come in and review everything in a

22   hearing scenario like this to make sure that all of

23   the Is are dotted the Ts are crossed, and it meets

24   everything not only for the State, but for the

TS-00107

1    community of Riverdale.

2         So that's the point, all those things that

3    are gone over, and those are long, long hearings,

4    nothing like this.  Is that all right?

5         MR. TOTH:  That's perfect.  And dealing with

6    the State as well?

7         MR. LISS:  Yes.  After that it's a 180 day

8    process.  It is in your ordinance.  You've probably

9    only done it once, but you have the accommodations

10   in there to do this process because it is your

11   committee.

12        And if it fails, it doesn't get filed to the

13   EPA, and the State cannot give a permit.  If it

14   passes, then the next process is going to the State

15   and submitting the permit.  And there's always an

16   opportunity for another hearing once the State has a

17   permit, and they decide to issue one.  There's an

18   opportunity for another one.  So you get a permit

19   then from the State.

20        MR. TOTH:  And then I know that there's these

21   other elements.  There's not things we're showing

22   today because the Board has its own elements.  Could

23   you highlight the things we have to do to prove --

24        MR. LISS:  I wish I could read from what was

1   submitted.  It's in there, the traffic.  Some of the

2   things you've already discussed, dust, what kinds of

3   things you're bringing in here.

4         What if something accidentally comes in with

5   these trucks coming in from demo.  Part of the

6   municipal solid waste thing, I know we withdrew

7   that, but garbage is part of that.  Garbage is what

8   you and I look at, we take it out to the curb.

9   That's our garbage, our food garbage, our waste from

10  our house.

11        Anything that is going to produce a

12  contaminated liquid, plaster.  So if he has a lot of

13  plaster from a home, that has to go to the municipal

14  solid waste landfill.  Certain types of sludges.

15  Street sweepings.  Certain types of ash.  All that

16  is lumped into the definition of municipal solid

17  waste.  The landfill, that goes in there.

18        So the transfer station for him to have to

19  pull all that out because when you do a demo, you

20  may see dumpsters or trucks.  People throw in, they

21  run out and throw out the mattress and put other

22  stuff in the dumpster that the companies use.  And

23  it's buried under the rocks and bricks.  When it

24  comes to these facilities, you have to pull it out

1    and get rid of it right away.

2           But that's withdrawn.  That is part of the

3    process of this whole thing is why you usually need

4    some capacity of an MSW.

5           MR. TOTH:  So we have to take a lot of

6    precautions, make a lot of plans, contingent plans

7    and make a lot of regulators happy to get to the end

8    of the road here.

9           Based on your experience and your

10   background, will the establishment of this

11   conditional use be detrimental to or endanger the

12   public health, safety, comfort or the general

13   welfare, in your opinion?

14          MR. LISS:  No.

15          MR. TOTH:  Do you believe the use will be

16   injurious to the uses and enjoyment of other

17   property in the immediate vicinity for purposes

18   already permitted or diminish other property values?

19          MR. LISS:  It looks much, much better than it

20   did before.  When you drive by there, really when

21   you look at it, if I were living in a community and

22   there was that old plant that was just torn up down

23   there.  Here it's all cleaned up in front, and it's

24   a pretty property.

TS-00110

1    MR. TOTH:  I will take that as a yes.

2    MR. LISS:  I think that is yes.

3    MR. TOTH:  This property is self contained.

4 It's not going to impede the development of other

5 areas of surrounding properties, is that correct?

6 It is sort of boxed in already with forest and

7 tracks, correct?

8    MR. LISS:  Correct.

9    MR. TOTH:  And to that extent, it has some sort

10 of buffer areas around it?

11    MR. LISS:  And it's designed to have a lot of

12 activity when the big trucks come in.  It's designed

13 to have that taken around the back.

14    MR. TOTH:  Away from the street and traffic?

15    MR. LISS:  It's more like a retail facility for

16 material.

17    MR. TOTH:  Is there adequate access and

18 utilities for the uses proposed?

19    MR. LISS:  Yes.  And there's a permit that was

20 issued for this place.  All that is covered by the

21 permit.  You can't get your permit if you don't show

22 that.  You have the ability to control all that.

23    MR. TOTH:  It's on a major thoroughfare.  It's

24 on 138th Street.  So it's adequate for ingress and

1    egress and to avoid congestion, is that correct?

2        MR. LISS:  Yes.

3        MR. TOTH:  When the uses are all established,

4    will it conform to the applicable regulations of the

5    district except as to subject it to what we're

6    including here?

7        MR. LISS:  Yes.  It's our job to make sure that

8    everything is in there properly.  The permit,

9    whatever comes to the City, the State or in the case

10   of the type of facility that you have, you wouldn't

11   get approved.

12       MR. TOTH:  Beyond that, you're going to make

13   state regulators happy and anybody else, the fire

14   chief happy?

15       MR. LISS:  They come out and inspect it.

16       MR. TOTH:  All of the processing that you

17   described today and as we described in our

18   application is in conformance with Illinois law, is

19   that correct?

20       MR. LISS:  Yes.

21       MR. TOTH:  Are there any environmental problems

22   with the site now that would prevent us from doing

23   what we're going to do?

24       MR. LISS:  No.

1    MR. TOTH:  There was a phase one study that

2  gave us comfort in that respect?

3    MR. LISS:  Before purchasing the property,

4  there was a phase one study done.  We did not do it.

5  It was performed by another engineering firm that

6  identified that there was some fill, they call it

7  fluff.

8      It is the interior of a car when you tear

9  apart cars, and you take it to a car shredder,

10 things they can't get rid of.  That's what was

11 buried at the site there.

12   MR. CUNNINGHAM:  Was a soil sample taken?

13   MR. LISS:  Not by us.  It was done before that,

14 and the State is well aware of it.  They never

15 pursued anything on it.

16     As far as I know, it was done in accordance

17 with State standards.  The place closed up, and it's

18 just there.  So it shows that there is that car

19 fluff.

20   MR. TOTH:  So there's no contamination there

21 now to worry about?

22   MR. LISS:  No.

23   MR. TOTH:  And there's no contamination we're

24 going to be adding with our work?

TS-00113

```
1         MR. LISS:  Correct.
2         MR. TOTH:  And again, we are going to comply in
3    all respects with local, state, and federal law if
4    it's applicable in all respects?
5         MR. LISS:  Yes.
6         MR. TOTH:  Is that correct?
7         MR. LISS:  That's correct.
8         MR. TOTH:  I would like to offer Mr. Liss up
9    for any questions that the Board might have to him.
10         No questions, okay.
11         MR. CUNNINGHAM:  He answered my question.
12         MR. TOTH:  I'm going to add one thing myself.
13    It was hard to do, I actually tried to pull the
14    Village of Riverdale's comprehensive plan.  It is
15    not an easy thing to get off of the website.
16         I had to take screen shots of it.  I will ask
17    you to take notice of your own plan.  My reading of
18    the plan on pages 20 and 21 identify this area for
19    industrial redevelopment.
20         It prioritizes industrial development and
21    that's what we're doing here.  The plan also
22    identifies -- by the way, your plan looks like it
23    was established in August of 2014.  So it's
24    relatively recent.
```

1      It identifies on pages 42 and 43 future land
2  use goals.  And this site is in a general industrial
3  slash rail industrial use.  So again, we are in
4  compliance with your 2014 comprehensive plan vision
5  of the future for this site as a general industrial,
6  rail general industrial.
7      We're not using it for rail services here.
8  That also continued on pages 44 and 45.  There's
9  also in your plan on pages 98 to 99, some targeted
10 redevelopment areas.  We are in one of those
11 targeted redevelopment areas.  So that is also
12 continued I think on page 110 and 111 as similar
13 provisions.
14     I guess again, I don't have a good copy of
15 that.  I'll ask you to take judicial notice of your
16 own plan.  But again, I think we're in compliance
17 with the goal.  It's currently zoned industrial I-2.
18 It was previously used for concrete crushing.  We're
19 going to continue with somewhat similar uses.
20     And your plan contemplates the future use of
21 of industrial uses on that site.  So we also meet
22 that element of the Zoning Board checklist.  So with
23 that, we'll ask for your favorable consideration,
24 and recommendation to the Board for your approval.

1       We'll still answer any questions if there

2   are any.

3       MS. BLOUNT:  I would like to make one comment

4   and that is that you have done an extremely thorough

5   job, it seems, in your presentation.

6       MR. TOTH:  That's the team and Mr. Bracken's

7   expertise.

8       MS. BLOUNT:  Yes, absolutely.  I appreciate

9   that.

10      MR. TOTH:  Okay.  There might be other people

11  to be heard.  I'll step back if there is, and I'll

12  come back and speak more as needed.

13      CHAIRMAN INGERSOLL:  Thank you, Mr. Toth.  Are

14  there any members of the public or other interested

15  members that wish to be heard on this matter?

16  Mr. LaRose, would you mind stating your name for the

17  record.

18      MR. LaROSE:  My name is Mark LaRose.

19      CHAIRMAN INGERSOLL:  Before you start, the

20  letter that you sent to the Board has been made part

21  of the record of this proceeding.

22      MR. LaROSE:  That's great because that will

23  shorten my presentation so I don't have to read the

24  whole thing in.  I delivered a copy.  I hope you all

1   got a copy.

2          My name is Mark LaRose.  I'm a principal

3   with the firm of LaRose and Bosco.  I represent

4   Sheryl Germany and her company, Tri-State Disposal.

5   Sheryl is the president of Tri-State.  They operate

6   a recycling and transfer station here in Riverdale.

7          In fact, over the last, at least since 2003,

8   I was the lawyer that helped get that facility sited

9   in 1994 through this siting process that my letter

10  discusses.  And since at least 2003, Tri-State

11  Disposal Company has been under contract with the

12  Village to provide certain services and fees to the

13  Village.

14         And since 2003, well over one million

15  dollars in cash money has come from Tri-State

16  pursuant to contract to the Village.  They perform

17  good services.  They're good operators.  And I

18  listened to the whole proposal.  I don't know

19  Mr. Bracken.  I just met him tonight.

20         I'm not here to criticize him or his

21  businesses or his business acumen.  I'll take it at

22  face value that he's successful at what he does.

23         What I am here to criticize is this

24  application.  And, believe me folks, there's a ton

1   to criticize.  I want to start with the last thing

2   that was said.  I have known Mr. Liss for 35 years,

3   and I absolutely can't believe that he said -- the

4   question was is there any environmental problems

5   with this site now or will there be in the future,

6   and he said no.  Take that at face value.

7          Included in my package, and let me give you a

8   little background.  I have been working in the

9   Village of Riverdale since 1986.  Every single day

10  from '88 to '92 I worked on this property, every

11  single day as an environmental lawyer and as a

12  businessman for the companies that owned this whole

13  property, and this whole property (indicating).

14         I know this property probably better than

15  anyone in this room.  And maybe better than anybody

16  in Riverdale.  To say that there's no environmental

17  conditions with this property, either they

18  overlooked it.  First of all, he talked about phase

19  one.  You know what a phase one is?  It's nothing.

20  You look at records.  You don't dig a hole in the

21  ground.  You don't take a test.  It's a record

22  review.  It's a phase one.

23         You take a couple of pictures, talk to

24  people who used to be there and report if there's an

1   environmental condition. I attached to my letter a

2   lawsuit that was filed by the Village of Riverdale

3   against the owners of this property. Not just this,

4   but this here and all of this (indicating).

5       And there used to be a company there called

6   Hanche Chemical. This lawsuit was filed in 2007

7   against these property owners by the Village of

8   Riverdale asking them to do something to clean it

9   up. Before you rule on this thing, take a look at

10  this lawsuit.

11      On page 11, the Village is informed and

12  believes that leachate generated within the waste

13  disposal site, that is that whole property that used

14  to be a landfill is contaminated with a minimum

15  soluble materials, phenyl and greases, fecal

16  coliform, cyanide, zinc, copper, iron, lead,

17  arsenic, manganese, mercury, chromium, nickle, which

18  contaminates have leached from the waste disposal

19  site into the waste at the site.

20      Leachate is also characterized by high

21  biochemical oxygen demand and high suspended solids.

22  Mr. Liss knows exactly what this is. He is a ground

23  water geologist. The phase one had to pick this up.

24  It's a records review. You review everything. He

1   had to pick up this lawsuit.

2        The Village is informed and believes

3   theleachate is contaminated and threatens to

4   contaminate further the land, surface face, the

5   ground water included in the aquifer.  Now, I'm not

6   saying that grinding up stone here is going to make

7   that any worse, but to say that this property

8   doesn't have environmental problems.

9        The City ran out of money.  They ultimately

10  withdrew the lawsuit.  They didn't lose the lawsuit,

11  they just withdrew it.  And that was in I think 2008

12  or 2009 because they couldn't pay the lawyers.  But

13  this property was a landfill that there's cases back

14  in 1959 and 1960 that would say at night they throw

15  a match in there, and the whole thing would start on

16  fire.

17       It's not a great site, and I want to tell you

18  two things about this.  This whole thing back here,

19  asphalt, forget about that because for the transfer

20  station it's not going to be there, and it's not

21  there now.  This is all just dirt.  There's no

22  asphalt there.  There is no concrete there.  There's

23  some concrete up here, right.

24       And there's another key element to this

1    thing. They talk about drainage from the site into

2    an unnamed onsite retention pond.  The retention

3    pond right here (indicating).    There's one real

4    problem with that.  They don't own that.

5          You look on their application, look at the

6    application, and you could look at the survey.

7    Right here, this one right here, this retention pond

8    says not included.  You know why it's not included?

9    They don't own that.  So that is going to drain the

10   site into some retention pond they don't own.

11         And what the retention pond really is, it is

12   a permitted pond that was designed as a leachae

13   collection system.  This whole thing was a hole in

14   the ground that people dumped trash and chemicals

15   into way back when government made them do a leacha

16   collection system, and this is where most of it

17   goes.  They don't own the retention pond.  Yet they

18   kind of sneakily put it in their application.

19         If you look a couple of pages beyond that,

20   here it is right here.  It says not included on one

21   site.  Boom.  All of a sudden it's included on this

22   site.  They don't own it, and I know who does.  So

23   I'm not going to read this whole thing to you.  Take

24   a look at it.  It's not a great site for this type

1   of process.

2          Let's talk about the application itself.  I

3   really appreciate that they withdrew the transfer

4   station part of it, the municipal solid waste part

5   of it, but they did that because they had to.  It

6   was intricately involved in this application at

7   first.

8          I just got this case on Monday.  I took one

9   look at it and said this is not the right process.

10  They can't do it this way because zoning doesn't

11  apply.  It's this whole other siting process.  So it

12  took me a couple of days to put it together.  I sent

13  it to them, and I just sent it to you.

14         And trust me, they withdrew that part of it

15  because they had to.  It was in the application.

16  And I think they were going to try to slide it

17  through, but that would have been a totally illegal

18  action.  They can't do that.

19         Now, my problem with them just withdrawing

20  part of it, it's not like we have a super whiteout

21  here where we take out this part of the application

22  and that part of the application.  What part of the

23  application do we take out, it's all intertwined.

24  It all talks about municipal solid waste, and the

1    transfer station and all of these other processes,

2    right.

3              So I think there are two other kinds of

4    technical problems with the application.  First of

5    all, they say that this 1201 West 138th Street, LLC

6    is a coapplicant.  Where does it say that?  Nowhere.

7    First time --

8         MR. TOTH:  It says it on the application.

9         MR. LaROSE:  Where?  Show me.

10        MR. TOTH:  Sorry to interrupt.

11        MR. LaROSE:  Maybe you could clear it up.  I

12   read the application ten times.

13        MR. TOTH:  Do you have it with you?

14        MR. LaROSE:  Yes, I do.  It is right here.

15        MR. TOTH:  Right there (indicating).

16        MR. LaROSE:  Owners 1201 West 138th, LLC,

17   coapplicant.  Okay, I apologize.  I missed that one,

18   okay.

19              But the other thing is this is the first

20   time I heard ten to 12 employees.  The application

21   says four employees.  And nothing in this

22   application has said what the resources of 1201 West

23   138th, LLC are.  Some newly formed company.

24   Riverdale Materials, LLC, some newly formed company.

TS-00123

1  What's their experience?  What are their resources?

2  What have they done?

3          So I think that the proper thing to do,

4  they're withdrawing the part of this.  The proper

5  thing would be to withdraw the whole thing and then

6  do it right.  Take out all the references so you

7  don't have to figure out what's in and what's out.

8  Take out all of the references to municipal solid

9  waste and transfer station because that can't be

10  done here.  It cannot be done here legally.

11          But they let them go with what they can do

12  here legally and make it clear as to what is going

13  to be done.  Then they could take this other

14  process.  You have a pretty slick presentation,

15  right.  Take a peek behind the curtain.

16          When you asked, sir, are they going to

17  completely get rid of this transfer station concept,

18  municipal solid waste, or might they bring that back

19  later, the slick answer was well, I know we kind of

20  need that to be competitive thing.  The real answer

21  is they have been sweeping the streets in the City

22  of Chicago for eight years.

23          Imagine the mountains, tons, hundreds of

24  thousands of tons of dirt that come out of that

1    process.  Where has it been going now?  Where have
2    they been taking it now and where do they propose to
3    take it?  Right here.  They're going to take
4    Chicago's dirt, and they're going to dump it in
5    Riverdale.
6          And some of it is going to stay onsite per
7    their application for up to six months not covered
8    by anything, on the ground.  And guess what, the
9    stuff that they don't send to the landfill, they say
10   they're just going to spread it on the ground.
11   We're going to spread it on the ground as clean
12   fill.  That's in the application.
13         So I think they should withdraw the thing,
14   but if they don't, I got a couple of comments about
15   the application itself.  Talked about this as the
16   wrong procedure.  They took care of that, but again
17   this whole business is intertwined with municipal
18   solid waste.
19         There is really no need for this.  You've
20   got a transfer station less than half a mile away
21   that picks up trash in Riverdale.  Pays Riverdale
22   hundreds of thousands of dollars.  Does things
23   right.
24         Do we really need another transfer station?

1  The answer is maybe they do because they ran out of

2  space at Markham or because they are picking up

3  stuff from Chicago, and they want to bring it here.

4  It was pretty cute.  I think you asked, ma'am, why

5  Riverdale, and the first answer was nobody else

6  wants us.  Right.  That kind of got under the

7  carpet.

8         Then there was a bunch of, well, nobody else

9  wants us, but we need to be competitive.  It's the

10 only land we could get.  We ran out of space in

11 Markham.  The story is nobody else wants us.  If, in

12 fact, I guess that this could be a benefit to

13 Riverdale, some portion of it, getting the black

14 dirt or getting the stone.

15         Sir, you said you did business there.  You

16 bought something.  That could be a good thing, but

17 bringing in the waste from other municipalities and

18 doing nothing but dumping it here in Riverdale and

19 transferring it and have a bunch of people make

20 money off of that, I'm not here saying that my

21 client doesn't make money off it, sure they do.

22         Do they want this thing, no, they don't want

23 the competition, and they don't think it's

24 necessary.  And they don't think that this

1  application is correctly written up.  So there's no

2  need.

3          You have piles of uncovered materials for

4  six months.  We already talked about the site has a

5  history of environmental problems.  For them to

6  stand here and say, sir, is there any environmental

7  problems with the site?  No, there aren't.  That is

8  a lie.  That's an outright lie.

9          It's documented.  The Village sued this

10 property and others for cyanide, all these other

11 things that Ken Liss knows exactly what it is.  Now,

12 truth be told, is anybody going to clean this thing

13 up?  Not in a million years.  It would take hundreds

14 of millions of dollars to clean it up.

15         But they're not even saying, hey, we'll

16 concrete the whole thing or we'll asphalt the whole

17 thing so that we keep stuff from getting further

18 into the ground.  That would be a good solution.  If

19 they came in and said we'll take the 17 acres, and

20 we use our crushed stone and our aggregate, and

21 we'll concrete the whole thing.  That will make me a

22 lot more happy and should make you a lot more happy.

23 If you got more than half of this site that is just

24 dirt you're going to dump stuff on with all the

1    stuff already underneath.

2            It's like I said, nobody is going to clean

3    this up and that is why the Village gave up because

4    there was not enough money to force anybody to do

5    it.  Get Ken Liss back up here to say how much to

6    clean this up.  Hundreds of millions of dollars.  He

7    talked about the drainage into a pond that they

8    don't own.  Ask him about that.

9            17 acres, four employees.  Open for dumping

10   24 hours a day.  Where is that stuff coming from?  I

11   could tell you right now where it's coming from.

12   It's coming from the street sweepers that are

13   running down the streets in the City of Chicago and

14   coming here at night and dumping that stuff.

15           Transfer station on dirt or even a dirt

16   recycling place on dirt where it's going to come in

17   trucks 24 hours a day and dump the stuff on dirt.

18   We already have problems with the dirt as it is.

19           Folks, I think this is a bad idea.  I really

20   do.  And you should ask yourself what's the benefit

21   to Riverdale.  I don't think much, if anything.

22   They talked about we got some contract with

23   Riverdale.  We're going to do this and that.  What

24   contract?  Where is that in the application?

```
1        Who made that contract?  Who made that back
2    room deal?  I don't know that any contract was
3    approved by the Village.  We didn't see anything
4    like that.  My client got a living, breathing
5    enforcible contract with the Village of Riverdale
6    where they actually pay money.  Not that they gave
7    some guy some aggregate to pave his driveway or
8    something like that, which would be a great thing if
9    it really was a contract.
10       What's the benefit here for Riverdale?  They
11   already own the property.  Whatever property taxes
12   they're paying, you're already getting that.  They
13   have four employees.  Then Mr. Bracken says three
14   from Riverdale.  Great.  It should be 30 from
15   Riverdale.  My client employs 48 people not a half
16   mile away, some of them from Riverdale.
17       Again, I think this is a bad idea.  I think
18   you ought to slow down, ask them to refile it the
19   right way, answer some of the real questions on the
20   environmental condition of the property, where the
21   runoff is going to go.  What are we really going to
22   do with the -- where is the stuff you're street
23   sweeping right now, where is that going?  Where is
24   it going to go?
```

1      When you say oh, maybe we need this for later

2   on, they need it for later on because they need it

3   for street sweeping contracts.  They ran out of

4   property in Markham they said.  I'm not here to say

5   they're not successful businessmen.

6      I'm here to tell you there's more to this

7   application than is on the piece of paper, and I

8   know it first hand, and I think you ought to take a

9   closer look at it.

10   MS. SHIPP:  Who is your client exactly?  You

11   talked about their circumstances, but I want to know

12   how is your client tied into this?

13   MR. LaROSE:  They're not tied into it at all.

14   They're a half mile away.  They're a business in

15   Riverdale, and they really don't think that --

16   MS. SHIPP:  What business in Riverdale?

17   MR. LaROSE:  They own a transfer station in

18   Riverdale.  They own the garbage transfer station.

19   MS. SHIPP:  I see.  It's their competition.

20   MR. LaROSE:  Exactly right, but it's not just

21   the competition.  I really admired what Mr. Bracken

22   said.  Come on in, competition doesn't bother us.

23      Well, real and good competition don't

24   bother my client, but that means doing it the right

1   way, filing an application that is honest, true,

2   correct, not withdrawing part of it because I woke

3   them up.  I'm not sure I woke them up.

4        Somebody missed something, but Section 39.2

5   is a real deal.  It's expensive.  It's way bigger

6   than zoning.  And that's why the law itself says you

7   can't use zoning for this stuff.  You have to have

8   this separate procedure.

9        So now they come in tonight.  They withdraw

10  that.  Again, I respect that, but I think this whole

11  thing is tainted by that.  So what's the harm to

12  tell them no now, refile it the right way.  Answer

13  the questions about the condition of the property,

14  and the runoff and what you're really going to do in

15  the future with this street sweeping and MSW.  And

16  then you could make a better informed decision.

17       And the MSW part of it, the transfer station

18  part of it can go its separate way, if it ever does

19  go its separate way.  But believe me, that was the

20  plan.  That's why this application is tainted

21  because if you just read the first -- read page two.

22  Conditional use, recycling facility and transfer

23  station.

24       More specifically, processing of construction

1   and demolition debris.  Material processing, soil

2   processing, materials, municipal solid waste and

3   including municipal street sweeping processing.

4   This whole application is intertwined with that.

5          Make them take that stuff out so you don't

6   have to figure out which part of it comes in and

7   which part of it comes out because their explanation

8   of all of this stuff, every single paragraph, that

9   explains what they're going do, talks about the

10  transfer station.

11         Make them take that out.  Make them refile

12  it.  Do it the right way and answer the right

13  questions.  And if they do this the right way, God

14  bless them.  Bring on the competition.  I'm not in

15  business here.  I was general counsel to the company

16  that owned this property.  That was from 1988 to

17  1992.

18         I was there every single day.  The former

19  chief can tell you.  The former chief could tell you

20  that I stood two days, and they had a fire hose to

21  put out fires on that property.  I know this

22  property.  It should be redeveloped.  It should be

23  something good, and this could be something good.

24  They just got to do it the right way.  Don't just

1   rubber stamp this thing.  Take a closer look at it.

2   Thank you.  Any questions?

3        MR. CUNNINGHAM:  Thank you.

4        MS. SHIPP:  Thank you.

5        MR. TOTH:  I have a response.

6        MR. BRACKEN:  If there's any questions.  Let me

7   make a quick couple of statements.

8        If this gentleman was general counsel for

9   that property for such a long period of time, why

10  did he let it get so contaminated?  That is my

11  question.

12       Just to defend myself, we didn't just walk in

13  off the street and start working in Riverdale.

14  We've been doing demolition in this town the last

15  three contracts that were issued.  There's never

16  been a problem.  We are not a stranger to the

17  administration.  Most of the administration knows

18  us.  They could testify to my character.

19       You're more than welcome to go to the site.

20  As far as asphalt covering the property, there's

21  loads of asphalt.  That's exactly what we're doing.

22  Contamination, usually when you're excavating soils

23  and moving them around, that is when contamination

24  issues arise.  We're not moving soils around.  We're

1   capping it like we said with the asphalt grindings,

2   like he suggested.  You went there yourself.  You

3   didn't see anything walking around.  You were happy

4   with the property.

5        That's all I could say.  I mean street

6   sweepings, why did we move out of Markham, go to

7   Markham.  We didn't move out of Markham.  There is

8   no more room.  There are two different operations.

9   You will not see the same equipment and the same

10  operation from Markham to Riverdale.

11       I came to Riverdale because I needed more

12  space.  I was already operating a business.  I don't

13  want to have a mud slinging competition, but if you

14  have any questions for me, I'll be more happy to

15  answer them.  Part of the lawsuit, the town had a

16  lawsuit on all these people.  Tri-State was part of

17  it.

18       It says it in there.  They were part of it.

19  They were part of that lawsuit and those properties.

20  I'm not going to -- you asked me the questions.  I

21  gave the answers.  So if there's any more questions

22  for me, I'll be honest with you and tell you.  That

23  is all I have to say.  Thanks for your time.

24       MR. TOTH:  Actually, I want to apologize that I

1    interrupted Mr. LaRosa's testimony.  I apologize for

2    that.

3          I was accused of illegal conduct.  So

4    sometimes that affects me.  My apologies.  He does

5    represent a competitor, and competition is good

6    unless you're the one who might be subject to the

7    competition.

8          It was a good question to ask what their role

9    is.  He admitted, of course, they were a competitor.

10   They're going to object to this no matter what.  So

11   I understand that, but that's why they're here

12   today.  Can I ask you, sir, are you an engineer?

13        MR. LaROSE:  No.  Are you?

14        MR. TOTH:  I'm not.  You were --

15        MR. LaROSE:  I'm not here to be questioned by

16   you.  If they have questions, I'll answer them.

17        MR. TOTH:  You were testifying.  So I think you

18   probably can be questioned.

19        MR. LaROSE:  You're testifying too.  You raised

20   your right hand, didn't you?

21        MR. TOTH:  I have witnesses who were.

22        CHAIRMAN INGERSOLL:  Let's direct the questions

23   to me.

24        MR. TOTH:  If that's the case, he has not

1    presented any witnesses at all and has not presented

2    any case at all.

3          I will object to that complaint as well.

4    The complaint is a set of allegations.  It's not

5    proof of anything.  It has never been proved, and I

6    can't cross-examine him on the complaint.  I do have

7    people from the engineering firm here that could

8    talk and be a witness.

9          Apparently, they do not.  I will bring up

10   our engineering firm in just a second here.  There

11   were complaints about not having an owner as an

12   applicant.  The application does say it's a

13   coapplicant.

14         He complains about the newly formed

15   companies.  It's common in any business if you are

16   starting a new business, you form a new company.  It

17   keeps it separate from your other companies and

18   keeps away cross liability issues.  That is how many

19   people do business.

20         As far as the companies being new, they are

21   new, but you have heard Mr. Bracken testify about

22   his long years of experience in this industry.  Even

23   more so you heard him testify, and you heard his

24   expertise about this area.  So the fact that these

TS-00136

1   companies are new doesn't mean anything.  People

2   have long standing experience and knowledge working

3   in this.

4          I will ask Mr. Ken Liss to come up again.

5   Where you talked about the environmental condition

6   of the site, can you revisit that topic, please?

7          MR. LISS:  The phase one?

8          MR. TOTH:  Yes.

9          MR. LISS:  We looked at the phase one.  Phase

10  one is a records review.  It looks at anything that

11  was published out there.

12         It included whether or not there was State

13  violations.  The property was this parcel right here

14  that we're talking about today.  The former owners

15  cleaned out whatever they were supposed to clean

16  out.  They're paying their taxes is what that phase

17  one indicated.  There were no violations.

18         Yes, there's buried fluff.  Apparently it

19  was done in accordance with whatever permitting or

20  whatever state law was allowed because there are no

21  violations against it.  U.S. EPA has not issued a

22  report against it.  It's a process.  So there was a

23  lawsuit.  I looked at that, but there was no

24  sampling or information at all where all these

1    parcels were included in that lawsuit.  So there's

2    no information to look at their allegations.

3          There were no samples to substantiate

4    whatever those charges were, whatever the purpose

5    was.  Maybe it was to motivate everyone in that area

6    to clean up their site, I don't know.  But it was

7    ended.  I don't know why it was ended.

8          There is no environmental sampling or U.S.

9    EPA charges or reports or Illinois EPA charges or

10   reports during all those times.  So frankly, I have

11   no idea what he's talking about.  There's no truth

12   to it.

13       MR. TOTH:  Any questions for Mr. Liss?  No

14   questions.  Anything more that you have?

15       MR. LISS:  No.  I could go on for a long time.

16   If there's any questions they want to ask.

17       MR. TOTH:  I will ask Jim to come up for a

18   second again.

19          Jim, I think you were accused of wanting to

20   conduct business there in violation of approvals and

21   permits.  Is that your plan?

22       MR. BRACKEN:  No, it's not my plan.

23       MR. TOTH:  How do you conduct business?

24       MR. BRACKEN:  In a professional manner.  I will

1  obey all the rules and regulations.

2       MR. TOTH:  Not only do you have a good reason

3  to do business just to be a good businessman, but

4  you have permits that could be in jeopardy if you

5  are not conducting your business correct?  Is that

6  right?

7       MR. BRACKEN:  Correct.

8       MR. TOTH:  You're subject to inspections?

9       MR. BRACKEN:  Correct.

10      MR. TOTH:  For example, from the fire chief or

11 the Illinois EPA, is that correct?

12      MR. BRACKEN:  Correct.

13      MR. TOTH:  So if somebody comes there, and they

14 find materials that are not supposed to be there,

15 that's a problem, right?

16      MR. BRACKEN:  Like Markham, we had 23

17 inspections with no violations.  It's all public

18 information because we have the three different

19 processes.

20      MR. TOTH:  So based on the way you've done

21 business in the past, based on your putting not only

22 your own name, your good name in jeopardy, but your

23 permits in jeopardy and being subject to inspections

24 by governmental regulators, you're not going to do

TS-00139

1   the things that you have been accused of by opposing

2   counsel here.  Is that correct?

3       MR. BRACKEN:  Correct.

4       MR. TOTH:  Okay.  That's all I have, unless you

5   have something to add.

6       MR. BRACKEN:  I have nothing else to add.

7       MR. TOTH:  We'll leave you with that stuff.

8       MS. SHIPP:  I have one question.  In your

9   application, I think it's subtitled clean soil

10  processing.  Where would the soil come from?

11      MR. TOTH:  Jim, could you step back up.  The

12  question is about the clean soil processing and

13  where it originates, where it comes from to your

14  site.

15      MR. BRACKEN:  I go down 138th, you see the big

16  sewer main being renovated.  That's the soil coming

17  out of the ground.  Of that, some clay, some soil

18  material that could be processed back at our

19  facilities.  Clean clay could be used for building

20  pads for new construction for business, for

21  factories.

22          So it's a valuable source.  There's the

23  testing processes that you could test.  Usually the

24  construction companies that are doing work have

1  already tested it.  The City of Chicago, they have

2  these tests that they will go through.  It's a 662

3  or a 663.  What do you call those tests, the

4  environmental test done for water leaks.

5       MR. LISS:  You have to verify if it comes from

6  a remediation project for certain projects that a

7  geologist or an engineer who has a license has to

8  test it and sample it and tell you that it's okay.

9  Otherwise, it goes to a landfill.

10      MR. BRACKEN:  They already know prior to

11  excavating anything that is contaminated will go

12  straight to a landfill, and you will not be allowed

13  divert for a beneficial use.

14      MS. SHIPP:  So you're saying the soil coming to

15  138th where they're working on the water plant?

16      MR. BRACKEN:   That is a possibility, yes.

17      MS. SHIPP:  Clay from where?

18      MR. BRACKEN:  Clay comes from the ground.

19      MS. SHIPP:  From what location?

20      MR. BRACKEN:  It could be in a water main

21  project in Riverdale or on a water main project in

22  Orland or a water main project in the City of

23  Chicago.

24           There's the City of Chicago, the water main

1     projects on the north side towards Wrigley Field

2     have actually sand in the ground.  You could

3     separate the sand and concrete.  You could resell

4     the sand.  There's mechanisms that you could use.

5     There's PID testers you could put right on the soil,

6     and it's going to tell you if it's contaminated or

7     not.

8             You could go on the Internet and buy a PID

9     testing and test it yourself.  That's the technology

10    we have today.  Rather than getting it from the

11    horse's mouth, you could do it yourself.  There's a

12    means to reassure yourselves that things are being

13    done the proper way rather.

14        MS. SHIPP:  It's not speculating.  So really it

15    could just come from anywhere?

16        MR. BRACKEN:  Correct, it could come from your

17    back yard if you're trying to build a patio and

18    trying to excavate soil.

19            We're not a subtitle D landfill.  We're not

20    taking in special waste.  There's different places

21    for different soils.  We're taking in clean

22    construction.

23        MS. SHIPP:  Where do you live, if you don't

24    mind me asking?

1      MR. BRACKEN:  I live in Chicago, 112th and

2   Drake.

3      MS. SHIPP:  Is that farther west?

4      MR. BRACKEN:  That is towards Pulaski.

5   However, I would have to tell you I would probably

6   tell you I live in Markham because I work 13 hours a

7   day, and I spend most of my time between Markham and

8   Riverdale.

9      I usually only go home a few hours a day to

10  go to sleep.  So where I live, my residence is Mount

11  Greenwood, but I live in Markham and back and forth

12  to Riverdale.

13     MS. SHIPP:  I was just asking because I was

14  wondering you live in that area, I would say it's

15  kind of a rich area, Mount Greenwood.  Why didn't

16  you choose a site there?

17     MR. BRACKEN:  There is no sites available.

18     MS. SHIPP:  Yes, I understand.  Statistics

19  prove that these types of facilities are always in

20  the poor area of people, and where these places

21  exist there's a high number of deaths among the poor

22  people.  They're not commonly built in areas high in

23  money.

24     MR. TOTH:  This is an area that requires some

1    land, open space to process.

2         MS. SHIPP:  This is a poor neighborhood.  There

3    are poor people and, like I said, it's just true

4    that these facilities are built in these type of

5    areas where the land, the people are poor, and the

6    people are dying from these very same things that

7    these operations are going on in the area.

8         MR. TOTH:  I usually hear that sometimes

9    criticism, but I hear it in the context of hazardous

10   materials and landfills and things that do cause

11   harm.

12        So I would ask you to keep in mind that this

13   is different types of facilities here.

14        MR. BRACKEN:  And I'm here every day.

15        MS. SHIPP:  You're still using a chemical.

16   You're doing something at the facility.

17        MR. BRACKEN:  I'm down there every day, and I

18   look pretty healthy.

19        MR. TOTH:  Is there chemicals used?

20        MR. BRACKEN:  No, we don't use chemicals.

21   Maybe you should take a site visit, ma'am.  You

22   could see exactly what we do.  You might not be

23   familiar with exactly what we're doing.

24        MS. SHIPP:  I live in Riverdale.  I've seen

1  your facility.  I go past it probably every day.

2      MR. BRACKEN:  All right.

3      MR. TOTH:  Thank you.  So I will add again with

4  respect to approvals, we know that this is --

5      CHAIRMAN INGERSOLL:  Let's limit it to

6  questions from the Board.  Does the Board have any

7  more questions for the applicant?

8      MS. BLOUNT:  I would like to be refreshed of

9  why you left, you say Dolton?

10     MR. TOTH:  What?

11     MS. BLOUNT:  Were you in Dolton?

12     MR. TOTH:  Me?

13     MS. BLOUNT:  No, your business.  Where were

14 you?

15     MR. CUNNINGHAM:  He hasn't left, he's just

16 expanding.

17     MS. BLOUNT:  You're still there?

18     MR. BRACKEN:  We have a footprint in Markham

19 and a business in Riverdale, and we have a business

20 in Morris.  We have another yard in Chicago and a

21 yard in Kankakee.

22        We're big business.  We're looking for

23 areas, and we looking to hire people from those

24 areas.  We're looking for different opportunities.

1      MR. TOTH:  He hasn't left the area.  There's no

2  story there.

3      MS. BLOUNT:  I wanted to clarify that.

4      MS. SHIPP:  You mentioned the retention pond.

5  Does this stuff just seep into the soil, into the

6  water?

7           The reason why I ask because there's an

8  incident that was in the news.  I don't know exactly

9  where it was.  Maybe South Chicago or East Chicago

10  where this apartment complex was built, and it was

11  assumed safe.  And years later, it's not.  A lot of

12  the children were getting sick, and they had to

13  leave.  So that is my concern.

14      MR. TOTH:  So the quick answer is the site will

15  comply in all respects with applicable law.  So if

16  there is some retention that is required, based on

17  further reviews we will provide it onsite.

18           The retention could be a function of the size

19  of the site and a function of what you're building

20  and how much is impermiable.  We're not building

21  anything here.  So usually the concern is if you

22  have a big building and you have pavement,

23  everywhere that there is nowhere for the water to

24  go.  And it has to go somewhere, in a retention

1   pond. Here it's all dirt.

2       MR. BRACKEN:  It's draining the way it's always

3   been draining.  We're not making any changes.

4       MR. TOTH:  To the extent that there's any

5   further requirements we'll provide it onsite.  To

6   the extent that anything is required, we'll do so.

7           And then one or two sentences and then I'm

8   done.  Again, we know that this is a Zoning Board of

9   Appeals.  We know that this is not siting approval.

10  We know you're not the EPA.  I don't understand that

11  argument.  We're here to do what the Village of

12  Riverdale wants you to do.  There is no sleigh of

13  hand.

14          We were asked to get these approvals.  We're

15  pursuing these approvals.  We know it's not the end.

16  That's how I started the conversation today.  If we

17  need to go on for site approval and Illinois EPA,

18  whatever we need to do we'll do.  But we have to

19  start somewhere, and there's no tricks or nothing

20  missed or nothing strange here.

21          You've heard from our operator and owner and

22  from our engineering firm on our side.  You've heard

23  from no witnesses on the other side.  Again, I ask

24  for your favorable approval.  Thank you.

1      CHAIRMAN INGERSOLL:  Thank you, Mr. Toth.

2      MR. LaROSE:  Briefly.

3      CHAIRMAN INGERSOLL:  I think we're good.

4      MR. LaROSE:  We need to correct a couple of

5  things that were said to make the record clear.

6      CHAIRMAN INGERSOLL:  If the Board has any

7  questions, we'll open it to the Board.

8      MR. LaROSE:  You're not going to allow me to

9  correct the absolute falsehoods that were just said,

10  that Tri-State was part of this?

11      Mr. Bracken said Tri-State was involved in

12  this lawsuit.  Here's the front of the lawsuit.

13      MS. GERMANY:  We were not involved in it.

14      MR. LaROSE:  Not involved in it at all.  Mark

15  LaRose, not an environmental person, but raised his

16  right hand knowing more about this property than

17  anybody sitting here, and it's just a lie or it's

18  not true that there's environmental.  All I said was

19  here's what the Village alleged.

20      CHAIRMAN INGERSOLL:  Thank you, Mr. LaRose.

21  All right, the Board, so do you have any questions

22  for the applicant or the objectors?

23      At this point is there any discussion?

24      MS. SHIPP:  A motion to go into discussion.

TS-00148

1        MS. BLOUNT:   I second.

2        CHAIRMAN INGERSOLL:   We have a second.   All in

3    favor say aye.

4

5        MS. SHIPP:   Aye.

6        MS. BLOUNT:   Aye.

7        CHAIRMAN INGERSOLL:   The motion carries.   It's

8    got to be a publish discussion.

9        MS. SHIPP:   Because I need more further

10   reading, and my feelings about facilities built in

11   the poor areas, I need to read more about what's

12   going on.

13        This is a large package to just be handed to

14   decide just in two or three days.   So a further

15   reading I suggest for myself.

16        CHAIRMAN INGERSOLL:   Anybody else?

17        MS. BLOUNT:   I agree with what she said about

18   the thorough reading.

19        CHAIRMAN INGERSOLL:   Okay.   Well, then you are

20   absolutely in your right.   We could table the

21   application for it to be considered at the Board's

22   next regular meeting, which is the second Tuesday of

23   the next month.

24        MR. CUNNINGHAM:   I'm not objecting.   I'm saying

1  the things, you're looking at a lot of stuff?  By me

2  being in the construction industry, I know the

3  process.

4        They're not using chemicals.  They're

5  grinding up material and reusing it, making it

6  reusable, and the same thing like the dirt.  They

7  are on conveyor belts that takes out different

8  stuff.  It's not like chemicals.

9     MS. SHIPP:  He made that clear, the dirt could

10  come from anywhere.

11     MR. CUNNINGHAM:  The dirt could come from

12  anywhere that you see at different construction

13  sites.

14     MR. CUNNINGHAM:  It could be contaminated.

15     MS. BLOUNT:  It could be a contaminated site as

16  well.

17     MR. CUNNINGHAM:  You can get soil samples.

18  Before there is anything built on any site, there

19  are certain steps.  The law, just the federal law or

20  municipal can make our law for the municipal or the

21  Village even higher than the federal law.

22        There's always different laws and regulations

23  that must be followed before building because soil

24  can be tested.  Say they wanted to put a skyscraper

1    so contaminants are not allowed.  You put a

2    skyscraper on a certain site.  Before any building

3    or before they put their name, all these things must

4    be done.

5         MS. SHIPP:  People are not doing their jobs.

6    Like they mentioned they built the projects next to

7    that old plant.

8         Somehow somebody signed those buildings to be

9    next to the lead foundation.  You always got some

10   people not doing their job.  When it the projects in

11   a poor area that they allowed that to go on.  That

12   is my concern.

13        MS. BLOUNT:  The materials that they're using,

14   they don't appear to be infectious to Riverdale, but

15   we don't know.

16        MS. SHIPP:  I don't know that.

17        MS. BLOUNT:  We don't really know that.

18        MR. CUNNINGHAM:  I was trying to add a little

19   insight on exactly the operation.  We're a Board.

20   That is why we're all together as one.

21        So I would have voted on it, but you three

22   ladies don't.  So we'll table it.  But that was on

23   my point.  I wanted to let you know that there's so

24   many other things beyond their control before they

1   could have anything done that would have to be

2   looked into.  Some stuff could fail through the

3   cracks, but this building was done 60, 70, 80 years

4   ago.

5          You can't build now like people were having

6   problems with putting in foundations.  The last 40

7   years you can't build a home without putting drain

8   tiles for the water to run out.  That is federal.

9   Our Village can even go deeper and so they want more

10  better than three inches of gravel.  We want it in

11  five.

12         You could always go over the federal law, the

13  Village or municipal, but you can't go under.  It's

14  some things to consider.  It's late.  You all know I

15  had a break-in.  I need to go home.

16

17    MS. BLOUNT:  I have another question.  In one

18  day you have all of a sudden they want to do

19  something else.

20         And if they knew they were going to do this

21  type of business, why didn't they open as that type

22  of business in the beginning?  Now, we can make

23  amendments.  I see it, and I need more time because

24  I live here.  My family lives here.

1        I understand he says he works here all the

2   time, but his family doesn't live here.  So that's

3   different.  So I need more time.  Those are

4   unanswered questions for me.  Like the fact that

5   they want to come to Riverdale, but still it's a lot

6   of unanswered questions.  I need to do some more

7   reading, researching.  That's what I need.

8        CHAIRMAN INGERSOLL:  Okay.  If the Board wants

9   to do some more research, is there a motion to table

10  consideration of this application to operate a

11  recycling facility at 1201 West 138th Street?

12       MS. SHIPP:  Yes.

13       CHAIRMAN INGERSOLL:  Do we have a second?

14       MS. ANTHONY:  She doesn't agree?

15       CHAIRMAN INGERSOLL:  You don't want to table

16  it?

17       MS. SHIPP:  It's a vote.

18       MR. CUNNINGHAM:  We're tabling it to bring it

19  back up.

20       CHAIRMAN INGERSOLL:  There's a motion.  We need

21  a second.

22       MR. CUNNINGHAM:  We're not voting on it today.

23  We're tabling it for us to do the research, like you

24  people want to do.

1      MS. ANTHONY:  Yes, we will do that.

2      MS. BLOUNT:  We got so much at the last minute.

3      MR. CUNNINGHAM:  I'll second.

4      CHAIRMAN INGERSOLL:  So the record is clear --

5      MS. SHIPP:  A motion to come back the next

6  Zoning Board meeting to further discuss the

7  possibility.

8      MR. CUNNINGHAM:  So we are tabling it.

9      CHAIRMAN INGERSOLL:  Do we have a second?

10      MS. BLOUNT:  Second.

11      CHAIRMAN INGERSOLL:  All those in favor.

12      MS. SHIPP:  Aye.

13      MS. ANTHONY:  Aye.

14      CHAIRMAN INGERSOLL:  We will do a roll call

15  vote to make sure we got it.

16      THE SECRETARY:  Member Blount?

17      MS. BLOUNT:  Yes.

18      THE SECRETARY:  Member Anthony?

19      MS. ANTHONY:  Yes.

20      THE SECRETARY:  Member Cunningham?

21      MR. CUNNINGHAM:  Yes.

22      CHAIRMAN INGERSOLL:  The motion carries.  And

23  just to make it abundantly clear, this matter is

24  going to be considered again at the next zoning

1    Board meeting, which I believe is October 5th.

2         I will now move to public comment.  Is there

3    anyone who would like to address the Board?  If so,

4    please approach the podium.  State your name.

5    Seeing none, this will conclude public comment.  Is

6    there a motion to adjourn?

7         MR. CUNNINGHAM:  Aye.

8         Do I have a second?

9         MS. SHIPP:  Second.

10        CHAIRMAN INGERSOLL:  All in favor.

11        MR. CUNNINGHAM:  Aye.

12        MS. ANTHONY:  Aye.

13        CHAIRMAN INGERSOLL:  The motion carries.  We're

14   adjourned.

15

16

17

18

19

20

21

22

23

24

TS-00155

1   STATE OF ILLINOIS )

2                     ) ss:

3   COUNTY OF C O O K )

4

5          VICTORIA D. ROCKS, C.S.R., Notary

6   Public, being first duly sworn, deposes and says

7   that she is a Certified Shorthand Reporter, doing

8   business in the City of Chicago, County of Cook,

9   State of Illinois and reported proceedings in the

10  Courts in said County;

11         That she reported in shorthand and

12  thereafter transcribed the foregoing proceedings;

13         That the within transcript is a true,

14  accurate, and complete record of the proceedings had

15  upon the hearing in the County of Cook, State of

16  Illinois, on this 23rd day of September, 2017.

17

18          _Victoria Rocks CSR_

19  _____

20          VICTORIA D. ROCKS, C.S.R.
            License No. 084-002692

21

22

23

24

RECORD OF PROCEEDINGS - 09/07/2017                     i1

**$**

**$125,000**
26:14

**$50,000**
38:16

**$75,000**
38:16

**1**

**1,000**
32:3

**11**
50:11

**110**
46:12

**111**
46:12

**112th**
74:1

**12**
54:20

**1201**
5:21 6:8 8:7 54:5,16,22

**1208**
4:2

**13**
74:6

**138th**
4:2 5:21 6:8,11 8:7 9:12
13:10,14,24 32:2 36:5
42:24 54:5,16,23 71:15
72:15

**15**
6:20 11:4 19:1

**156th**
25:15

**150**
32:22

**17**
58:19 59:9

**18**
6:9

**180**
39:7

**1959**
51:14

**1960**
51:14

**1986**
49:9

**1988**
63:16

**1992**
63:17

**1994**
48:9

**2**

**20**
10:16 28:18 34:21
45:18

**2003**
48:7,10,14

**2007**
50:6

**2008**
51:11

**2009**
51:12

**2014**
45:23 46:4

**21**
45:18

**23**
70:16

**24**
28:13 59:10,17

**25**
11:4 12:7

**3**

**30**
60:14

**35**
49:2

**39.2**
37:16 38:10 62:4

**4**

**405**
8:11,15

**42**
46:1

**43**
46:1

**44**
46:8

**45**
46:8

**48**
12:21 60:15

**5**

**50**
32:22

**6**

**662**
72:2

**663**
72:3

**7**

**70**
32:23

**8**

**8**
24:3

**88**
49:10

**9**

**92**
49:10

**98**
46:9

**99**
46:9

**A**

**ability**
42:22

**able**
23:2 31:24 32:24

**absolute**
79:9

**absolutely**
47:8 49:3 80:20

**absorb**
20:14

**absorption**
20:13

**accept**
12:14

**accepted**
12:18 18:14 20:22

**accepting**
30:24

**accepts**
11:17

**access**
19:19 42:17

**accessible**
35:3

**accidentally**
40:4

**accommodations**
39:9

**accumulated**
13:4

**accurate**
18:12

**accused**
66:3 69:19 71:1

**acquired**
15:8

**acres**
6:9 28:19 58:19 59:9

| | | | |
|---|---|---|---|
| **action**<br>21:9 53:18 | **agree**<br>80:17 | **apologies**<br>66:4 | **aquifer**<br>51:5 |
| **activity**<br>42:12 | **agreement**<br>26:10 | **apologize**<br>54:17 65:24 66:1 | **area**<br>6:10 7:3 9:14 13:21,22,<br>23 16:23 24:8 25:22 |
| **actual**<br>36:15 | **agreements**<br>17:4 | **Apparently**<br>67:9 68:18 | 30:2 33:21 45:18 67:24<br>69:5 74:14,15,20,24<br>75:7 77:1 82:11 |
| **acumen**<br>48:21 | **ahead**<br>5:13 | **Appeals**<br>78:9 | **areas**<br>12:20 28:4 42:5,10 |
| **add**<br>6:6 28:17 45:12 71:5,6<br>76:3 82:18 | **air**<br>15:7 31:9,24 | **appear**<br>82:14 | 46:10,11 74:22 75:5<br>76:23,24 80:11 |
| **adding**<br>44:24 | **aldermen**<br>27:3 | **appearing**<br>5:17 | **aren't**<br>58:7 |
| **additional**<br>4:10,16 | **allegations**<br>67:4 69:2 | **applicable**<br>19:16 43:4 45:4 77:15 | **argument**<br>78:11 |
| **address**<br>38:9,13 | **alleged**<br>79:19 | **applicant**<br>4:4,24 36:22 38:16<br>67:12 76:7 79:22 | **arsenic**<br>50:17 |
| **addressing**<br>38:6 | **alleys**<br>26:5,8 | **application**<br>5:4,7 7:6,9 9:3 38:8 | **asbestos**<br>12:15 31:14 |
| **adequate**<br>42:17,24 | **allow**<br>79:8 | 43:18 48:24 52:5,6,18<br>53:2,6,15,21,22,23<br>54:4,8,12,20,22 56:7, | **ash**<br>40:15 |
| **adjust**<br>14:16 | **allowed**<br>68:20 72:12 82:1,11 | 12,15 58:1 59:24 61:7<br>62:1,20 63:4 67:12 71:9<br>80:21 | **asked**<br>55:16 57:4 65:20 78:14 |
| **administration**<br>27:2 33:3 64:17 | **amount**<br>15:18,20 19:10 27:17<br>34:2 | **applied**<br>29:4 | **asking**<br>50:8 73:24 74:13 |
| **admired**<br>61:21 | **amounts**<br>26:9 | **apply**<br>53:11 | **asphalt**<br>13:19 22:17 25:20 26:7,<br>19 51:19,22 58:16 |
| **admit**<br>27:23 | **Andrews**<br>6:2 35:15 | **appreciate**<br>47:8 53:3 | 64:20,21 65:1 |
| **admitted**<br>66:9 | **answer**<br>30:6,15 31:11,22 32:18<br>47:1 55:19,20 57:1,5 | **appropriately**<br>17:20 | **assumed**<br>77:11 |
| **advantageous**<br>33:10 | 60:19 62:12 63:12<br>65:15 66:16 77:14 | **approval**<br>7:15,17 15:13 46:24<br>78:9,17,24 | **attached**<br>50:1 |
| **affiliated**<br>11:24 | **answered**<br>45:11 | **approvals**<br>7:13,16 15:12 69:20 | **attendant**<br>13:11 |
| **Agency**<br>7:14 | **answers**<br>65:21 | 76:4 78:14,15 | **attest**<br>31:12 |
| **aggregate**<br>10:13 11:16 15:21 25:7<br>26:16 27:12 58:20 60:7 | **anybody**<br>9:11 10:2 43:13 49:15<br>58:12 59:4 79:17 80:16 | **approved**<br>43:11 60:3 | **attorney**<br>5:15 |
| **aggregates**<br>23:3 28:20 | **apart**<br>44:9 | **approving**<br>17:12 | **August**<br>45:23 |
| **ago**<br>23:19 | **apartment**<br>77:10 | **Approximately**<br>21:6 | **authorities**<br>18:9 |
| | | | **authorized**<br>8:24 |

RECORD OF PROCEEDINGS - 09/07/2017                    i3

**available**
17:24 74:17

**avoid**
18:4 43:1

**aware**
44:14

**aye**
80:3,5,6

**B**

**back**
10:10 11:6 16:23 22:3
24:4,21 25:6 32:3 36:16
38:14 42:13 47:11,12
51:13,18 52:15 55:18
59:5 60:1 71:11,18
73:17 74:11

**backfill**
24:4 30:17

**background**
35:24 41:10 49:8

**bad**
34:14 59:19 60:17

**bag**
10:8

**bags**
34:18

**base**
13:19 26:7

**based**
6:2 41:9 70:20,21 77:16

**basically**
36:2,3

**basis**
14:24

**basket**
29:17

**batteries**
12:16

**beginning**
27:23 28:2

**behalf**
5:17

**believe**
41:15 48:24 49:3 62:19

**believes**
50:12 51:2

**belts**
81:7

**beneficial**
14:4 16:15,20 33:12
72:13

**benefit**
34:12,24 35:1 57:12
59:20 60:10

**better**
41:19 49:14,15 62:16

**beyond**
37:14 43:12 52:19
82:24

**bid**
30:10

**bidders**
30:11

**big**
23:16,23,24 34:22,24
42:12 71:15 76:22
77:22

**bigger**
62:5

**biochemical**
50:21

**Bishop**
10:7

**bit**
9:8 11:6 14:17 21:22

**black**
9:20 10:3,6 16:17,18
29:8 57:13

**blend**
26:7

**bless**
63:14

**BLOUNT**
32:11,16 47:3,8 76:8,
11,13,17 77:3 80:1,6,17
81:15 82:13,17

**blow**
23:23

**blown**
23:18

**board**
4:2 8:4 9:13 21:23
26:13 39:22 45:9 46:22,
24 47:20 76:6 78:8
79:6,7,21 82:19

**Board's**
80:21

**Boom**
52:21

**Bosco**
48:3

**bother**
61:22,24

**bottom**
36:3

**bought**
57:16

**boulders**
10:15

**boxed**
42:6

**Bracken**
4:18 5:24 6:18 8:1,4,5,
9,13,16,19,23 9:2,11,
15,18 10:24 11:3,15,21
12:3,9,12,17,23 13:5,9,
15,18 14:4,9,14,22
15:2,6,10,16,20,24
16:9,12,23 17:9,14,17,
22 18:3,6,11,17,21
19:2,7,12,18,21 20:3,8,
11,15,20,23 21:3,6,11,
20 22:6 25:13,16,18
27:10,22 29:21 30:4
31:4,11 32:7,14,18
33:17 34:13 36:23
37:22 38:17 48:19
60:13 61:21 64:6 67:21
69:22,24 70:7,9,12,16
71:3,6,15 72:10,16,18,
20 73:16 74:1,4,17
75:14,17,20 76:2,18
78:2 79:11

**Bracken's**
47:6

**breathing**
60:4

**brick**
16:19

**bricks**
16:14,18 40:23

**Briefly**
35:23 79:2

**bring**
10:11 22:14 24:4 27:24
55:18 57:3 63:14 67:9

**bringing**
13:12 22:3 34:4 40:3
57:17

**brought**
17:7 27:6

**buffer**
42:10

**build**
37:23,24 38:1 73:17

**building**
20:10 71:19 77:19,20,
22 81:23 82:2

**buildings**
82:8

**built**
36:9 74:22 75:4 77:10
80:10 81:18 82:6

**bulk**
34:18

**bunch**
57:8,19

**buried**
40:23 44:11 68:18

**burning**
18:19

**business**
6:4 9:9 11:3,8 22:5,7
23:24 26:24 27:7,9,11
29:5,13,23 31:3 32:21
33:3 34:7,9,10,11 35:3
37:22 48:21 56:17
57:15 61:14,16 63:15
65:12 67:15,16,19
69:20,23 70:3,5,21
71:20 76:13,19,22

**businesses**
27:6,24 29:15 32:24
48:21

**businessman**
49:12 70:3

businessmen
61:5

buy
33:19 34:18 73:8

**C**

CA
24:3

call
34:19 44:6 72:3

called
38:15 50:5

cameras
23:21

can't
27:18 33:5 35:5 38:1
42:21 44:10 49:3 53:10,
18 55:9 62:7 67:6

cans
23:7

cap
26:8

capacity
41:4

capping
65:1

car
6:12 44:8,9,18

carbons
33:10

care
36:7 56:16

Carmelia
29:22

carpet
57:7

carries
80:7

cars
6:13 44:9

case
4:1 6:6 35:7 36:22 37:4
43:9 53:8 66:24 67:2

cases

51:13

cash
48:15

cause
75:10

CCD
28:9

certain
40:14,15 48:12 72:6
81:19 82:2

chair
8:2

CHAIRMAN
4:1,6,8,13,16,21 5:8,13
35:11 47:13,19 66:22
76:5 79:1,3,6,20 80:2,7,
16,19

challenging
25:4

changes
9:12 78:3

changing
13:16

character
64:18

characterized
50:20

charge
10:7

charges
69:4,9

check
13:11

checking
12:4

checklist
46:22

chemical
50:6 75:15

chemicals
31:9,12 52:14 75:19,20
81:4,8

Chicago
5:16 16:2 22:13,21
24:9,20 25:20 55:22

57:3 59:13 72:1,23,24
74:1 76:20 77:9

Chicago's
56:4

chief
31:12 32:14 43:14
63:19 70:10

children
77:12

chipper
15:3

chips
14:20

choose
74:16

chromium
50:17

CID
36:6

circumstances
61:11

citizens
12:1 32:12

city
15:23 16:2 22:14,21
25:2,20 43:9 51:9 55:21
59:13 72:1,22,24

City's
7:17

clarify
77:3

clay
71:17,19 72:17,18

clean
11:12 14:7,11 15:4 16:4
33:18,20 50:8 56:11
58:12,14 59:2,6 68:15
69:6 71:9,12,19 73:21

cleaned
9:8 11:9 41:23 68:15

cleanup
36:17

clear
54:11 55:12 79:5 81:9

client

57:21 60:4,15 61:10,12,
24

close
29:23 31:10 33:6

closed
25:13,17,18 44:17

closer
34:10 61:9 64:1

closest
25:19

coapplicant
5:20 54:6,17 67:13

coapplicants
5:18 9:5

coarse
10:13

coexist
29:9

coliform
50:16

collection
17:4 52:13,16

Com
23:14 24:5

come
10:17 14:16 33:23
34:23 38:13,21 42:12
43:15 47:12 48:15
55:24 59:16 61:22 62:9
68:4 69:17 71:10 73:15,
16 81:10,11

comes
40:4,24 43:9 63:6,7
70:13 71:13 72:5,18

comfort
41:12 44:2

coming
13:9 40:5 59:10,11,12,
14 71:16 72:14

comment
47:3

comments
56:14

commercial
10:2

commission
38:19

committee
39:11

common
67:15

commonly
74:22

communicated
21:18

community
38:14 39:1 41:21

companies
5:24 10:23 24:20 34:23
35:1 40:22 49:12 67:15,
17,20 68:1 71:24

company
8:11,21 9:19 23:12
29:14 30:8 35:21 48:4,
11 50:5 54:23,24 63:15
67:16

competition
29:5 57:23 61:19,21,22,
23 63:14 65:13 66:5,7

competitive
22:19 24:11 55:20 57:9

competitor
66:5,9

complaining
34:14

complains
67:14

complaint
67:3,4,6

complaints
67:11

completely
55:17

complex
77:10

compliance
19:16 46:4,16

comply
45:2 77:15

compost

15:18

comprehensive
45:14 46:4

concept
55:17

concern
77:13,21 82:12

concerning
37:16 38:12

concerns
32:9

concrete
6:17 9:24 10:11 16:12,
14,18,20 25:19 29:3
33:20 46:18 51:22,23
58:16,21 73:3

condition
50:1 60:20 62:13 68:5

conditional
41:11 62:22

conditions
49:17

conduct
66:3 69:20,23

conducting
70:5

confirm
5:12

conform
43:4

conformance
43:18

congestion
43:1

consideration
32:8,9 46:23

considered
9:24 22:24 80:21

considering
22:3

constructed
36:9

construction
9:18,23,24 11:11,14,18,
24 13:7 14:2 15:20

16:20 19:11 27:12,13
34:11,23,24 62:24
71:20,24 73:22 81:2,12

contained
42:3

containing
12:15

contaminants
16:7 82:1

contaminate
51:4

contaminated
16:6 40:12 50:14 51:3
64:10 72:11 73:6 81:14,
15

contaminates
50:18

contamination
44:20,23 64:22,23

contemplates
46:20

context
75:9

contingency
21:7,14

contingent
41:6

continue
9:22 26:1,24 46:19

continued
46:8,12

contract
22:20 48:11,16 59:22,
24 60:1,2,5,9

contractor
24:23 25:1

contractors
12:1 17:24

contracts
22:8,9 23:10,11 24:16
30:9 61:3 64:15

contribute
26:13

control
18:22 19:4 42:22 82:24

controls
14:19 20:1

conversation
78:16

convert
14:10

converting
11:15 14:3 33:18

conveyor
81:7

copper
50:16

copy
46:14 47:24 48:1

corner
14:18

correct
5:3,12 8:8,9,12,13,19,
22 10:24 11:15,21 12:2,
3,9,12,17,23 13:15
14:8,9,14,21,22 15:1,2,
5,6,9,15,16,19,24 16:8,
9 17:8,13,21,22 18:3,5,
10,21 19:2,6,7,11,12,
17,21 20:2,3,7,14,19
21:2,3,10,11,19 42:5,7,
8 43:1,19 45:1,6,7 62:2
70:5,7,9,11,12 71:2,3
73:16 79:4,9

correctly
37:1 58:1

corridor
26:1

couldn't
51:12

counsel
63:15 64:8 71:2

couple
49:23 52:19 53:12
56:14 64:7 79:4

course
66:9

cover
24:6

covered
19:23 42:20 56:7

covering
64:20

crawl
25:9 35:5

creating
14:4 26:6

creation
18:23

criticism
75:9

criticize
48:20,23 49:1

cross
67:18

cross-examine
67:6

crossed
38:23

crossing
25:2

crude
16:7

crushed
58:20

crushing
6:17 29:3 46:18

CUNNINGHAM
22:1 25:10,15,17 29:20
34:8 44:12 45:11 64:3
76:15 80:24 81:11,14,
17 82:18

curb
40:8

curious
32:16

currently
6:14 46:17

curtain
55:15

cute
57:4

cyanide
50:16 58:10

**D**

daily
19:3

Daley
5:15

Dalton
34:14

date
18:13

day
39:7 49:9,11 59:10,17
63:18 74:7,9 75:14,17
76:1

days
53:12 63:20 80:14

deal
60:2 62:5

dealerships
6:12,13

dealing
27:11,12 39:5

deals
23:12

deaths
74:21

debris
9:23 11:11,14 13:7 14:2
22:13,14 63:1

decent
10:9

decide
39:17 80:14

decision
62:16

defend
64:12

definition
40:16

deliver
34:19,22

delivered
10:16 11:23 17:5 26:20
47:24

delivery
12:6

demand
50:21

demo
30:16 31:16 40:5,19

demoed
33:16,20

demographic
33:12

demoing
31:18,20 33:1,17

demolition
9:23 10:1 11:11,14,18
12:1 13:7 29:23 30:6,9,
12 31:8,13 63:1 64:14

department
21:17

depending
24:8

deposited
12:19

describe
16:11

described
43:17

design
36:23 38:3,8

designated
12:19 19:13

designed
42:11,12 52:12

detrimental
41:11

develop
26:18

development
42:4 45:20

devices
19:15

dictate
15:1

didn't
29:9,10 51:10 60:3
64:12 65:3,7 66:20

74:15

different
5:3 9:6 10:20,23 11:7
24:18 27:16 28:12
29:15 32:24 37:17 65:8
70:18 73:20,21 75:13
76:24 81:7,12,22

dig
49:20

diminish
41:18

direct
66:22

dirt
9:19,20,23 10:3,6 13:22
16:13,14,18,19 24:4
29:8 34:16 51:21 55:24
56:4 57:14 58:24 59:15,
16,17,18 78:1 81:6,9,11

discussed
40:2

discusses
48:10

discussing
37:22

discussion
79:23,24 80:8

display
8:3

disposal
18:16 48:4,11 50:13,18

dispose
18:1

disposed
17:20

dissipating
19:15

district
22:13 43:5

diverse
22:7 29:14

divert
72:13

documented
58:9

**doesn't**
39:12 51:8 53:10 57:21
61:22 68:1

**doing**
7:5,6 9:22 10:10,19
11:1 30:11 31:5,6,8,21
43:22 45:21 57:18
61:24 64:14,21 71:24
75:16,23 82:5,10

**dollars**
32:22 48:15 56:22
58:14 59:6

**Dolton**
76:9,11

**don't**
23:8,9,10 24:11,15 27:8
28:21 30:4 33:8 35:4
42:21 46:14 47:23
48:18 49:20,21 52:4,9,
10,17,22 55:7 56:9,14
57:22,23,24 59:8,21
60:2 61:15,23 63:5,24
65:12 69:6,7 73:23
75:20 77:8 78:10 82:14,
15,16,17,22

**donate**
26:11

**dotted**
38:23

**drain**
52:9

**drainage**
52:1 59:7

**draining**
78:2,3

**Drake**
74:2

**drive**
13:18 25:5,6 41:20

**driver**
24:24

**drives**
34:1

**driveway**
60:7

**dual**
35:2

**dump**
56:4 58:24 59:17

**dumped**
17:19 52:14

**dumping**
18:8 28:4 57:18 59:9,14

**dumpster**
40:22

**dumpsters**
24:19,20 40:20

**dust**
18:22,23 19:4 31:17,23
36:18 40:2

**dying**
75:6

---

**E**

**Earth**
25:14

**east**
6:11 77:9

**easy**
45:15

**economy**
29:16

**Ed**
23:14 24:5

**educational**
35:24

**effective**
25:7 26:22

**efficient**
23:2 25:7 26:21

**effort**
18:4

**eggs**
29:17

**egress**
43:1

**eight**
22:21 55:22

**either**
49:17

**element**
46:22 51:24

**elements**
39:21,22

**eliminated**
22:4

**eliminating**
22:7

**emergencies**
21:17

**emergency**
21:7,9,14

**employ**
32:22

**employed**
26:2 35:14

**employees**
20:24 21:4,6,9,12,18
54:20,21 59:9 60:13

**employing**
29:18

**employs**
60:15

**endanger**
41:11

**ended**
69:7

**enforcible**
60:5

**engineer**
6:4 21:22 35:9,17 66:12
72:7

**engineering**
6:2 35:15,21 36:12,14,
15 44:5 67:7,10 78:22

**engineers**
6:1

**enjoyment**
41:16

**enormous**
26:9

**ensure**
12:7

**entering**
14:20

**Enterprises**
30:7

**entities**
10:20 28:12

**entity**
24:18

**entrance**
13:13

**environment**
36:14

**environmental**
7:14 16:7 43:21 49:4,
11,16 50:1 51:8 58:5,6
60:20 68:5 69:8 72:4
79:15,18

**EPA**
36:3,11,20 37:11 38:4
39:13 68:21 69:9 70:11
78:10,17

**equipment**
19:13 21:15 65:9

**equipped**
19:14

**essentially**
16:17

**establish**
38:18

**established**
43:3 45:23

**establishment**
41:10

**evaluate**
18:1

**evening**
8:4

**eventually**
36:13

**everybody**
33:14,15 34:1

**evolve**
32:24

**exactly**
7:4 50:22 58:11 61:10,
20 64:21 75:22,23 77:8
82:19

TS-00163

example
22:12,18 70:10

excavate
73:18

excavating
23:15 64:22 72:11

excavation
16:5,13

excess
18:24

exist
74:21

existing
13:13

exit
20:5

expand
37:21

expanding
76:16

expensive
62:5

experlence
36:1 41:9 55:1 67:22
68:2

experienced
6:21

expert
38:20

expertise
47:7 67:24

explains
63:9

explanation
63:7

expressway
33:7

extent
42:9 78:4,6

extinguishers
21:16

extremely
47:4

eyes

34:5

**F**

fabric
31:2

face
48:22 49:6 51:4

facilities
6:20 19:3 40:24 71:19
74:19 75:4,13 80:10

facility
6:24 7:1 9:12,21 10:8
11:17,23 12:7 13:2 14:6
17:10 18:1,8,12,15,20
19:14,19,22 20:4 21:1,
2,13,18 23:8 24:7,9
25:11,13,19,21 27:21
28:7,11 31:9 33:24
34:2,22 37:4,17,19,21
38:3 42:15 43:10 48:8
62:22 75:16 76:1

facing
13:23

fact
48:7 57:12 67:24

factories
71:21

fails
39:12

fair
11:13

falsehoods
79:9

familiar
9:13 75:23

far
6:18 23:6,7 25:19 26:2
31:12 32:2 44:16 64:20
67:20

farther
74:3

favor
80:3

favorable
46:23 78:24

features
11:10 13:16

fecal
50:15

federal
45:3 81:19,21

feelings
80:10

fees
48:12

feet
32:3

felt
34:14

fencing
14:20 19:20

Field
73:1

figure
55:7 63:6

filed
37:16 39:12 50:2,6

filing
62:1

fill
44:6 56:12

final
16:3

find
25:22 33:6 70:14

fire
21:16,17 32:14 43:13
51:16 63:20 70:10

firefighting
21:15

fires
63:21

firm
36:12 44:5 48:3 67:7,10
78:22

first
7:16,21,22 9:6 27:5
29:1,24 30:8 37:15 38:6
49:18 53:7 54:4,7,19
57:5 61:8 62:21

fits
33:2

five
27:6

floor
13:19

flow
20:6

fluff
44:7,19 68:18

focus
11:13

focused
7:19

FOIA
28:16 29:9

folks
38:18 48:24 59:19

followed
81:23

food
40:9

footprint
14:13 33:7 76:18

force
59:4

Ford
10:7

forest
42:6

forested
6:10

forget
51:19

form
67:16

formally
7:11

formed
54:23,24 67:14

former
63:18,19 68:14

forth
74:11

forward
22:2 28:6 29:12

foundation
82:9

four
30:12 54:21 59:9 60:13

frankly
69:10

free
10:12 25:1

Friday
20:17

friendly
25:8

front
13:23 41:23 79:12

fuel
34:3

full
13:3

function
77:18,19

further
18:16 51:4 58:17 77:17
78:5 80:9,14

future
22:20 23:1,6 24:12 25:4
37:3 46:1,5,20 49:5
62:15

**G**

garbage
7:7 23:7,8,9,10 24:15
40:7,9 61:18

garden
34:20

gas
23:14,16,18,22 24:5
38:1

gates
19:20

general
21:7 41:12 46:2,5,6
63:15 64:8

generally
12:21 17:3

generated
19:9 50:12

gentleman
26:17 64:8

geologist
50:23 72:7

Georges
5:16

Germany
48:4 79:13

getting
7:15 57:13,14 58:17
60:12 73:10 77:12

give
22:12 39:13 49:7

given
4:3

glad
34:10

go
5:13 10:3 13:8 15:11
22:8 23:21 24:6,9 26:3
27:18 31:13,24 33:5
37:14 40:13 55:11
60:21,24 62:18,19
64:19 65:6 69:15 71:15
72:2,11 73:8 74:9,10
76:1 77:24 78:17 79:24
82:11

goal
46:17

goals
46:2

God
63:13

goes
40:17 52:17 72:9

going
5:10,19 7:2,21 9:9 11:7
15:7,12 16:21 20:12
21:21 22:21 23:16 25:4,
22 26:5,8,11,17,23
28:17 29:15,18,19 31:9
33:8,24 34:2 35:8 37:23
38:2 39:14 40:11 42:4

43:12,23 44:24 45:2,12
46:19 51:6,20 52:9,23
53:16 55:12,16 56:1,3,
4,6,10,11 58:12,24
59:2,16,23 60:21,23,24
62:14 63:9 65:20 66:10
70:24 73:6 75:7 79:8
80:12

good
8:4 16:17 29:5,6,7
38:11 46:14 48:17
57:16 58:18 61:23
63:23 66:5,8 70:2,3,22
79:3

government
52:15

governmental
70:24

gravel
22:17 25:3,12

greases
50:15

great
25:24 31:19 33:3 47:22
51:17 52:24 60:8,14

Greenwood
74:11,15

grind
14:10

grinding
51:6 81:5

grindings
26:19 65:1

ground
23:15 36:4,16 49:21
50:22 51:5 52:14 56:8,
10,11 58:18 71:17
72:18 73:2

grow
26:1,24 35:5

growing
27:22

guess
46:14 56:8 57:12

guy
22:10 28:23 29:1,3
36:16 60:7

guys
22:1 27:5

**H**

H-e-y
4:20

half
26:14 56:20 58:23
60:15 61:14

Halsted
25:15

Hanche
50:6

hand
4:9,21 61:8 66:20 78:13
79:16

handed
80:13

handling
21:13

happens
17:18

happy
26:23 31:4,7 37:9 41:7
43:13,14 58:22 65:3,14

hard
45:13

harm
62:11 75:11

harmful
32:12

Harvey
25:11 28:3

hasn't
76:15 77:1

hauling
6:19 10:22 23:6

haven't
30:13 31:18

hazardous
12:14 30:24 31:1 75:9

hazards
18:2

he's

6:5 26:23 32:15 35:7
48:22 69:11 76:15

**health**
41:12

**healthy**
75:18

**hear**
75:8,9

**heard**
31:18,20 47:11,15
54:20 67:21,23 78:21,
22

**hearing**
38:22 39:16

**hearings**
7:20 39:3

**help**
37:3

**helped**
48:8

**helps**
33:15

**here's**
79:12,19

**hey**
4:20 6:5 58:15

**hiccup**
28:13

**high**
50:20,21 74:21,22

**higher**
81:21

**highlight**
7:5 39:23

**hire**
38:19 76:23

**hired**
28:5

**hires**
36:22

**hiring**
33:22

**history**
58:5

**HMB**
8:11,15

**hole**
49:20 52:13

**home**
7:7 40:13 74:9

**Homeowners**
34:23

**honest**
30:4 62:1 65:22

**hope**
47:24

**horse's**
73:11

**hose**
63:20

**hosing**
19:8

**hour**
19:1

**hours**
12:21 20:21 59:10,17
74:6,9

**house**
13:10 31:13 34:20
37:23,24 38:2 40:10

**houses**
23:17,22,23

**hundreds**
55:23 56:22 58:13 59:6

**hydrovac**
9:16

---

**I**

**I'd**
7:24

**I'll**
22:12 27:23 46:15
47:11 48:21 65:14,22
66:16

**I'm**
32:23 34:11 35:20,21
45:12 48:2,20 51:5
52:23 57:20 61:4,6 62:3
63:14 65:20 66:14,15

75:14,17 78:7 80:24

**I've**
75:24

**I-2**
6:15 30:21 46:17

**idea**
59:19 60:17 69:11

**ideas**
23:6

**identified**
5:4 18:8 44:6

**identifies**
45:22 46:1

**identify**
9:4 45:18

**illegal**
53:17 66:3

**illicit**
18:8

**Illinois**
7:14 35:22 36:3 37:11
43:18 69:9 70:11 78:17

**Imagine**
30:18 55:23

**immediate**
41:17

**impede**
42:4

**impermiable**
77:20

**implemented**
18:23 19:5

**incident**
77:8

**include**
12:14 14:19

**included**
49:7 51:5 52:8,20,21
68:12 69:1

**includes**
18:24

**including**
21:15 36:5 43:6 63:3

**incoming**

**12:8**

**Incorporated**
25:14

**indicated**
5:10 68:17

**indicating**
16:24 49:13 50:4 52:3
54:15

**individual**
18:7

**industrial**
6:15 30:22 31:2 45:19,
20 46:2,3,5,6,17,21

**industry**
6:22 11:4 67:22 81:2

**infectious**
82:14

**information**
28:16 29:10 37:16
68:24 69:2 70:18

**informed**
50:11 51:2 62:16

**infractions**
28:5

**INGERSOLL**
4:1,6,8,13,16,21 5:8,13
35:11 47:13,19 66:22
76:5 79:1,3,6,20 80:2,7,
16,19

**ingress**
42:24

**injurious**
41:16

**insight**
82:19

**inspect**
43:15

**inspections**
20:1 28:12,14 37:13
70:8,17,23

**intend**
9:22

**interested**
32:11 47:14

**interior**

44:8

**Internet**
73:8

**interrupt**
54:10

**interrupted**
66:1

**intertwined**
53:23 56:17 63:4

**intricately**
53:6

**introduce**
5:23 7:24 35:12

**introduction**
8:6

**invite**
4:11

**involved**
37:11 53:6 79:11,13,14

**iron**
50:16

**issue**
39:17

**issued**
42:20 64:15 68:21

**issues**
38:7 64:24 67:18

**it's**
4:23 6:9,15 11:8,9,19
12:21 14:15 16:6 23:24
24:8,10 25:2,4,7,16,23
28:10 30:23,24 31:1
33:6,11,23 34:4,6,12
38:1,7 39:7 40:1,23
41:23 42:4,11,12,15,23,
24 43:7 44:17 45:4,23
46:17 49:19,21,22
50:24 51:17,20 52:8,21,
24 53:11,20,23 57:9,23
58:9 59:2,11,12,16
61:19,20 62:5 67:4,12,
15 68:22 69:22 70:17
71:9,22 72:2,8 73:6,14
74:14 75:3 77:11 78:1,
2,15 79:17 80:7 81:8

**its**
4:24 39:22 62:18,19

## J

**jeopardy**
70:4,22,23

**Jim**
4:18 5:24 6:18,22 7:24
8:1,5,10 9:15 21:23
35:7 69:17,19 71:11

**job**
29:19 36:17,21 43:7
47:5 82:10

**jobs**
36:2 82:5

**Josh**
6:5 36:16

**Joshua**
4:20

**judicial**
46:15

## K

**Kankakee**
76:21

**keep**
22:10 23:4 29:12 31:22
58:17 75:12

**keeping**
33:21

**keeps**
25:1 67:17,18

**Ken**
6:1,2 35:12,13 58:11
59:5 68:4

**Kenneth**
4:19

**key**
51:24

**kind**
7:19 10:19,20 23:5
24:18 52:18 55:19 57:6
74:15

**kinds**
40:2 54:3

**KLF**

30:7 31:18

**know**
5:9 7:15 15:11 25:10
36:17,21 37:7,15,24
39:20 40:6 44:16 48:18
49:14,19 52:8,22 55:19
60:2 61:8,11 63:21
69:6,7 72:10 76:4 77:8
78:8,9,10,15 81:2
82:15,16,17,23

**knowing**
79:16

**knowledge**
68:2

**known**
49:2

**knows**
50:22 58:11 64:17

## L

**L-i-s-s**
4:19 35:13

**labor**
26:16

**ladies**
82:22

**laid**
32:9

**land**
15:19 37:24 46:1 51:4
57:10 75:1,5

**landfill**
27:19 31:1 36:6 40:14,
17 50:14 51:13 56:9
72:9,12 73:19

**landfills**
36:5 75:10

**landscape**
10:15 13:23 25:21 27:6
28:6 29:1

**landscaping**
9:7 11:8

**large**
80:13

**Larosa's**
66:1

**Larose**
47:16,18,22 48:2,3
54:9,11,14,16 61:13,17,
20 66:13,15,19 79:2,4,
8,14,15,20

**law**
19:16 43:18 45:3 62:6
68:20 77:15 81:19,20,
21

**laws**
81:22

**lawsuit**
50:2,6,10 51:1,10
65:15,16,19 68:23 69:1
79:12

**lawyer**
48:8 49:11

**lawyers**
51:12

**lay**
29:18

**leacha**
52:15

**leachae**
52:12

**leachate**
50:12,20

**leached**
50:18

**lead**
50:16 82:9

**leak**
23:22

**leaking**
23:18

**leaks**
72:4

**leave**
71:7 77:13

**left**
25:16 36:11 76:9,15
77:1

**legal**
4:3

**legally**
55:10,12

**let's**
37:6 53:2 66:22 76:5

**letter**
5:9 47:20 48:9 50:1

**liability**
67:18

**license**
24:10,12 72:7

**licenses**
28:11

**lie**
58:8 79:17

**limit**
20:12 76:5

**limiting**
34:22

**line**
20:12

**lines**
23:17,18

**liquid**
40:12

**Lis**
4:19 6:1

**Liss**
4:19 35:13,15,17,20
36:2 37:14 39:7,24
41:14,19 42:2,8,11,15,
19 43:2,7,15,20,24
44:3,13,22 45:1,5,7,8
49:2 50:22 58:11 59:5
68:4,7,9 69:13,15 72:5

**list**
15:14

**listened**
48:18

**little**
9:8 11:6 14:17 21:22
22:10 28:13 35:9 49:8
82:18

**live**
29:24 73:23 74:1,6,10,
11,14 75:24

**living**
31:10 41:21 60:4

**LLC**
5:18,21 8:8,11 54:5,16,
23,24

**load**
12:4 13:4 16:14 24:21
25:6

**loaded**
23:4

**loads**
11:17,22 13:11 64:21

**local**
12:1 16:1,2 21:17 45:3

**located**
14:20 16:22

**location**
33:11 72:19

**locations**
21:15

**locked**
35:4

**Lombard**
6:4 35:21

**long**
32:14 39:3 64:9 67:22
68:2 69:15

**longer**
20:21

**look**
31:24 34:6 38:10 40:8
41:21 49:20 50:9 52:5,
6,19,24 53:9 61:9 64:1
69:2 75:18

**looked**
68:9,23

**looking**
26:3 37:18 76:22,23,24
81:1

**looks**
41:19 45:22 68:10

**lose**
51:10

**lot**
20:12 22:23 23:13,14,
18 27:23 31:19 34:4,10
36:14,20 37:8 40:12
41:5,6,7 42:11 58:22

**77:11 81:1**

**love**
32:17

**low**
30:10

**lowest**
30:10

**luck**
29:7

**lumped**
40:16

**lunch**
34:3

---

**M**

**ma'am**
57:4 75:21

**machine**
16:15

**main**
16:1 71:16 72:20,21,22,
24

**maintain**
18:12

**major**
11:10 42:23

**majority**
22:17

**making**
78:3 81:5

**managed**
21:8

**Management**
9:18

**manager**
8:10,11,17 10:5 17:10

**managers**
27:24

**manganese**
50:17

**manner**
69:24

**Mark**
47:18 48:2 79:14

**marketable**
11:19

**Markham**
9:17 27:1,2,5,10 28:3,
18,22 29:2 30:18,21
32:19 57:2,11 61:4
65:6,7,10 70:16 74:6,7,
11 76:18

**match**
51:15

**material**
10:1 11:15,22 12:8,15,
20 13:3 14:5 15:1,19
16:5 24:22 27:18 30:17
34:10 42:16 63:1 71:18
81:5

**materials**
5:4,5,18 6:20,23,24 7:1
8:20 9:20 10:14 11:12,
18,20 12:6,11,13,19
13:1,2,20 14:3,8,11
15:4 17:5,7,13 18:13,
15,19 19:24 20:18,22
24:2 26:11 27:13,14
30:24 31:1 50:15 54:24
58:3 63:2 70:14 75:10
82:13

**matter**
4:23 47:15 66:10

**mattress**
40:21

**mayor**
10:4 27:2 34:14

**mean**
26:12 65:5 68:1

**means**
61:24 73:12

**measures**
18:22 19:5

**mechanisms**
73:4

**medical**
12:15

**meet**
46:21

**meeting**
80:22

meets
38:23

members
8:4 9:13 47:14,15

Menard's
10:6 34:16

mentioned
77:4 82:6

mercury
50:17

met
48:19

mile
56:20 60:16 61:14

miles
19:1

million
32:22 48:14 58:13

millions
58:14 59:6

mind
47:16 73:24 75:12

minimize
18:23

minimum
50:14

minor
28:5

minute
27:17

missed
54:17 62:4 78:20

mix
26:7

mixed
11:17 16:14

modify
37:4

momentarily
5:23

Monday
20:17 53:8

money
26:9 38:19 48:15 51:9

57:20,21 59:4 60:6
74:23

monitored
19:3

month
26:14 80:23

months
56:7 58:4

Morris
9:19 76:20

motion
79:24 80:7

motivate
69:5

Mount
74:10,15

mountains
55:23

mouth
73:11

move
14:16 22:2 26:23 65:6,7

moving
28:6 64:23,24

MSW
22:16,24 28:7 41:4
62:15,17

mud
65:13

mufflers
19:15

mulch
10:9 14:10 15:18 33:19

multiple
25:23

municipal
5:1,5 7:6 17:2 23:7,11
24:17 40:6,13,16 53:4,
24 55:8,18 56:17 63:2,3
81:20

municipalities
24:17 33:15 57:17

N

name
4:6,7 5:14 8:5 9:15
29:22 47:16,18 48:2
70:22 82:3

named
5:20

natural
36:10

nature
25:4

necessary
57:24

need
7:16,17 10:11,12 22:8
37:9 41:3 55:20 56:19,
24 57:9 58:2 61:1,2
78:17,18 79:4 80:9,11

needed
17:23 19:5 20:18 26:12,
19 35:8 47:12 65:11

needs
14:16 33:14 35:6 37:17

neighborhood
75:2

neighbors
25:9

never
23:11 24:16 44:14
64:15 67:5

new
20:10 67:16,20,21 68:1
71:20

newly
54:23,24 67:14

news
77:8

nice
11:9

nickle
50:17

night
51:14 59:14

noise

19:9

nonhazardous
27:13

nonrecyclable
12:8

normal
19:10

north
6:10 32:6 73:1

northwest
14:17

northwestern
14:12

noted
4:2

notice
4:3 45:17 46:15

noticed
33:2

number
10:20 33:5 74:21

O

obey
70:1

object
66:10 67:3

objecting
80:24

objectors
7:19 38:10 79:22

objects
16:11

occasionally
20:17 22:14

offer
45:8

offices
5:16 6:3

offloading
12:19

offsite
17:21

oh
61:1

oils
16:7

okay
8:1 11:6 13:17 14:1
35:9 45:10 47:10 54:17,
18 71:4 72:8 80:19

old
23:18 41:22 82:7

older
36:11

once
12:24 22:2 24:15 39:9,
16

ones
36:5

onsite
19:9 52:2 56:6 77:17
78:5

open
18:19 20:13 59:9 75:1
79:7

operate
6:23 22:7 37:1,19,22
38:4 48:5

operated
6:16,19

operating
18:24 20:16 21:1 29:23
65:12

operation
6:17 15:8 19:11 22:5
31:2 65:10 82:19

operations
8:21 17:11 19:9,14,22
38:12 65:8 75:7

operator
5:19 8:20 9:4 78:21

operators
48:17

opinion
41:13

opportunities
30:5 76:24

opportunity
39:16,18

opposing
71:1

ordinance
39:8

ordinances
36:20

originates
71:13

Orland
72:22

ought
60:18 61:8

outgoing
24:22

outgrown
28:19

outright
58:8

outside
38:20

overlooked
49:18

oversized
16:11

owned
11:3 49:12 63:16

owner
5:21 6:16 8:7 9:4 67:11
78:21

owners
50:3,7 54:16 68:14

oxygen
50:21

**P**

package
49:7 80:13

pads
71:20

page
46:12 50:11 62:21

pages
45:18 46:1,8,9 52:19

pains
27:22

paper
61:7

paperwork
28:15

paragraph
63:8

parcel
68:13

parcels
69:1

Park
22:13

part
5:11 7:6,11 14:13 23:24
26:10 31:2 40:5,7 41:2
47:20 53:4,14,20,21,22
55:4 62:2,17,18 63:6,7
65:15,16,18,19 79:10

participate
22:9 24:13

Particles
31:23

particular
24:5

passes
39:14

patio
73:17

patronized
34:8

pave
60:7

pavement
77:22

pavers
10:13

pay
24:24 38:2,17 51:12
60:6

paying
60:12 68:16

Pays
56:21

peek
55:15

people
22:23 25:2 26:2 28:6
29:17,24 30:7,16 31:10
32:22 33:8,23,24 34:4
36:8,15 37:9 40:20
47:10 49:24 52:14
57:19 60:15 65:16 67:7,
19 68:1 74:20,22 75:3,
5,6 76:23 82:5,10

people's
23:17

Peoples
23:14,15 24:5

percent
12:7

perfect
39:5

perform
48:16

performed
44:5

period
64:9

permit
22:16,24 28:9 29:1,4
36:8,24 37:19 39:13,15,
17,18 42:19,21 43:8

permits
15:8 22:9,12,18 28:24
36:17 69:21 70:4,23

permitted
41:18 52:12

permitting
36:7 68:19

person
17:12 36:7 79:15

personal
34:9

personnel
19:4

petroleum
16:6

phase
44:1,4 49:18,19,22
50:23 68:7,9,16

phenyl
50:15

pick
10:15 50:23 51:1

picking
57:2

picks
56:21

pickup
10:17

pictures
49:23

PID
73:5,8

piece
22:15 26:19 61:7

piles
58:3

pilot
26:4,13

pipe
23:20

place
10:5 17:3 34:15 36:24
42:20 44:17 59:16

places
73:20 74:20

plan
8:2 13:6 14:17 17:11
19:23 21:9 34:13 45:14,
17,18,21,22 46:4,9,16,
20 62:20 69:21,22

planned
32:8

plans
6:23 41:6

plant
30:3 34:20 41:22 72:15
82:7

plaster
40:12,13

please

4:17 68:6

point
13:8 22:6 37:14 39:2
79:23 82:23

pollution
19:23

pond
20:6 52:2,3,7,10,11,12,
17 59:7 77:4 78:1

Pontiac
35:22

poor
74:20,21 75:2,3,5 80:11
82:11

portion
5:6 20:5 57:13

position
33:9 35:4

possibility
72:16

possible
14:15

potting
16:19

poured
11:24

precautions
41:6

preference
4:12

preliminary
4:23

presence
19:4

present
5:22 18:18

presentation
47:5,23 55:14

presented
67:1

president
6:2 8:15,17 35:19,20
36:13 48:5

pretty
41:24 55:14 57:4 75:18

prevent
12:6 14:20 43:22

prevention
19:23

prevents
24:23

previous
6:15

previously
46:18

price
10:9 30:19

prices
34:17

Primarily
6:1

prime
33:9

principal
48:2

prior
15:8 17:16 72:10

prioritizes
45:20

private
10:2

probably
11:13 21:21 39:8 49:14
66:18 74:5 76:1

problem
29:9 37:3 52:4 53:19
64:16 70:15

problems
27:20 28:2,3,18 30:14
31:19 43:21 49:4 51:8
54:4 58:5,7 59:18

procedure
56:16 62:8

procedures
21:1,13

proceeding
5:11 47:21

process
7:21 16:19 23:2 28:23
30:10 37:10,18 38:15

39:8,10,14 41:3 48:9
53:1,9,11 55:14 56:1
68:22 75:1 81:3

processed
18:19 71:18

processes
54:1 70:19 71:23

processing
6:20,24 11:11,12,13,19
13:8,21 14:7 15:4 16:4,
10 18:14,16 20:17,18
28:20 30:24 32:4 43:16
62:24 63:1,2,3 71:10,12

produce
40:11

product
15:18

products
11:20 16:6 26:6 27:16

professional
69:24

professionals
31:15

program
12:4 26:4,13

prohibited
17:6 18:19

project
6:1,6 26:12,15 72:6,21,
22

projects
16:1,20 72:6 73:1 82:6,
10

promptly
17:20

proof
67:5

proper
4:2 18:9 55:3,4 73:13

properly
18:2 43:8

properties
42:5 65:19

property
5:2,20 6:8,14 8:6,7,18
11:9 20:5 26:19 31:16,

17,18 33:2,6 41:17,18,
24 42:3 44:3 49:10,13,
14,17 50:3,7,13 51:7,13
58:10 60:11,20 61:4
62:13 63:16,21,22 64:9,
20 65:4 68:13 79:16

**proposal**
48:18

**propose**
56:2

**proposed**
42:18

**Protection**
7:14

**proud**
31:6

**prove**
37:12 39:23 74:19

**proved**
67:5

**provide**
7:2 9:19 10:1 19:24
24:1 26:17 37:2 38:3
48:12 77:17 78:5

**providing**
26:16

**provisions**
46:13

**public**
8:14 29:2 41:12 47:14
70:17

**publish**
80:8

**published**
68:11

**Pulaski**
74:4

**pull**
23:2 40:19,24 45:13

**pulverized**
9:20 34:16

**purchasing**
44:3

**purpose**
69:4

**purposes**
41:17

**pursuant**
48:16

**pursued**
44:15

**pursuing**
78:15

**pushing**
29:12

**put**
8:2 10:13,18 22:11
23:19,20 26:6 29:16
40:21 52:18 53:12
63:21 73:5 81:24 82:1,3

**putting**
31:16 34:5 70:21

---

**Q**

**question**
29:24 30:2,6,15 31:11,
22 32:18 45:11 49:4
64:11 66:8 71:8,12

**questioned**
66:15,18

**questions**
21:23 29:21 35:8 45:9,
10 47:1 60:19 62:13
63:13 64:2,6 65:14,20,
21 66:16,22 69:13,14,
16 76:6,7 79:7,21

**quick**
64:7 77:14

---

**R**

**rail**
46:3,6,7

**railroad**
32:2,5

**rain**
20:14

**raise**
4:8,21

**raised**
66:19 79:15

**raising**
34:17

**ran**
32:18 33:1 51:9 57:1,10
61:3

**raw**
11:20

**read**
39:24 47:23 52:23
54:12 62:21 80:11

**reading**
45:17 80:10,15,18

**real**
52:3 55:20 60:19 61:23
62:5

**really**
24:10 25:23,24 33:8
41:20 52:11 53:3 56:19,
24 59:19 60:9,21 61:15,
21 62:14 73:14 82:17

**reason**
70:2 77:7

**reassure**
73:12

**received**
12:22

**recommendation**
46:24

**record**
5:11 8:14 29:2 35:18
47:17,21 49:21 79:5

**records**
18:13 49:20 50:24
68:10

**recyclable**
13:1 27:17

**recyclables**
18:14

**recycle**
9:23 27:18

**recycled**
13:2 24:1

**recycling**
6:24 9:17 13:3 14:3
25:12,19 48:6 59:16
62:22

**redeveloped**
63:22

**redevelopment**
45:19 46:10,11

**reduce**
30:19 33:9

**reduces**
33:7

**reducing**
31:17

**references**
55:6,8

**refile**
60:18 62:12 63:11

**refreshed**
76:8

**regarding**
4:1

**regular**
80:22

**regulations**
43:4 70:1 81:22

**regulators**
41:7 43:13 70:24

**rejected**
17:15

**rejecting**
17:13

**relatively**
45:24

**remediation**
72:6

**removal**
22:13

**remove**
16:10

**removed**
14:24 17:20 31:15

**renovate**
26:5

**renovated**
71:16

**renovation**
10:10 23:16,24

**report**
21:16 49:24 68:22

**reported**
18:9

**reports**
69:9,10

**represent**
48:3 66:5

**representative**
4:3 5:23

**request**
5:1 17:2

**require**
7:12,13 22:11 24:11

**required**
15:7 19:15 77:16 78:6

**requirements**
36:19,21 78:5

**requires**
74:24

**resale**
13:23

**rescinded**
22:2

**resell**
73:3

**reserve**
35:7

**residence**
74:10

**residents**
33:19,22 34:15

**resources**
54:22 55:1

**respect**
44:2 62:10 76:4

**respects**
45:3,4 77:15

**response**
64:5

**responsible**
17:12 18:7

**restricted**
19:20

**result**
19:9

**retail**
42:15

**retention**
20:6 52:2,7,10,11,17
77:4,16,18,24

**reusable**
81:6

**reused**
15:24

**reusing**
81:5

**revenue**
32:23

**review**
38:21 49:22 50:24
68:10

**reviews**
77:17

**revisit**
68:6

**rich**
30:2 74:15

**Richard**
4:7 5:15

**rid**
10:11 25:6 41:1 44:10
55:17

**right**
4:9,21 7:9 8:16 11:20
12:22 13:5 17:16 18:11
19:1 23:20 26:17,21
28:5 31:21 37:20 38:20
39:4 41:1 51:23 52:3,7,
20 53:9 54:2,14,15
55:6,15 56:3,23 57:6
59:11 60:19,23 61:20,
24 62:12 63:12,13,24
66:20 68:13 70:6,15
73:5 76:2 79:16,21
80:20

**risks**
29:23

**Riverdale**
5:18 6:23 7:23 8:20
9:18,21 10:3 19:24 24:2

26:3,4,24 30:1,8,10
32:13,16 33:2,3,16,17
34:1 39:1 48:6 49:9,16
50:2,8 54:24 56:5,21
57:5,13,18 59:21,23
60:5,10,14,15,16 61:15,
16,18 64:13 65:10,11
72:21 74:8,12 75:24
76:19 78:12 82:14

**Riverdale's**
45:14

**road**
26:18,21 29:3 41:8

**rocks**
40:23

**role**
35:16 66:8

**rollout**
11:24 23:12

**room**
28:21 30:7 33:1 49:15
60:2 65:8

**routine**
20:1

**rubber**
64:1

**rule**
50:9

**rules**
36:18 70:1

**run**
40:21

**running**
59:13

**runoff**
14:19,21 20:4 60:21
62:14

**S**

**s-i-t-i-n-g**
38:15

**safe**
5:20 18:24 30:15 77:11

**safer**
25:2

**safety**
41:12

**sale**
15:22 18:16

**sample**
44:12 72:8

**samples**
69:3 81:17

**sampling**
68:24 69:8

**sand**
10:14 73:2,3,4

**sands**
15:21

**Saturday**
20:18

**saving**
26:8

**saying**
51:6 57:20 58:15 72:14
80:24

**says**
52:8,20 54:8,21 60:13
62:6 65:18

**scale**
13:9,10

**scenario**
38:22

**scrap**
9:19 10:1

**screen**
16:17 45:16

**screening**
6:17 13:22

**second**
9:10 27:9 30:1 67:10
69:18 80:1,2,22

**section**
28:7 32:1,3 62:4

**see**
33:24 34:10 40:20 60:3
61:19 65:3,9 71:15
75:22 81:12

**seek**
24:12

seeking
7:10

seen
9:12 23:17 75:24

seep
77:5

segregated
12:20,24

self
42:3

sell
16:18 29:8

sells
29:8

semi
10:17 34:21

semis
34:21

send
56:9

sent
5:9 47:20 53:12,13

sentences
78:7

separate
16:12,15 27:14,16
28:11 62:8,18,19 67:17
73:3

separating
33:18

service
9:16,17 17:4

services
7:2 11:24 33:14 37:2
46:7 48:12,17

set
5:5 67:4

seven
29:14

sewer
16:1 23:20,21 71:16

Sheryl
48:4,5

Shiff
29:22

shifts
29:16

SHIPP
29:22 31:8 35:10 61:10,
16,19 64:4 71:8 72:14,
17,19 73:14,23 74:3,13,
18 75 2,15,24 77:4
79:24 80:5,9 81:9 82:5,
16

shipped
18:15

shorten
47:23

shots
45:16

show
13:6 31:5,7 37:12 42:21
54:9

showing
39:21

shows
44:18

shredded
14:12,23

shredder
44:9

sick
77:12

side
10:5 73:1 78:22,23

signed
82:8

similar
19:10 25:10 27:10
46:12,19

Similarly
28:22

single
49:9,11 63:8,18

sir
55:16 57:15 58:6 66:12

site
5:19 6:1,16 8:2 15:4
16:4,22 17:5,7,11 20:9
24:3 26:20 43:22 44:11
46:2,5,21 49:5 50:13,19

51:17 52:1,10,21,22,24
58:4,7,23 64:19 68:6
69:6 71:14 74:16 75:21
77:14,19 78:17 81:15,
18 82:2

sited
48:8

sites
74:17 81:13

siting
7:15 37:20 38:15 48:9
53:11 78:9

sitting
24:24 79:17

situations
21:8,14

six
27:6 56:7 58:4

size
77:18

skyscraper
81:24 82:2

slash
46:3

sleep
74:10

sleigh
78:12

slick
55:14,19

slide
53:16

slinging
65:13

slow
60:18

sludges
40:14

small
15:20 28:7 35:20

sneakily
52:18

soil
11:12 16:4 20:13 44:12
63:1 71:9,10,12,16,17

72:14 73:5,18 77:5
81:17,23

soils
16:4,19 64:22,24 73:21

sold
34:17

solid
5:1,5 7:7 17:2 22:2
40:6,14,16 53:4,24
55:8,18 56:18 63:2

solids
50:21

soluble
50:15

solution
58:18

somebody
38:2 62:4 70:13 82:8

somewhat
46:19

Sorry
54:10

sort
7:7 11:8 23:1 42:6,9

sorted
12:20,21,24 13:20

sorting
11:19 14:2

sound
19:15

source
71:22

south
6:11 10:5 33:11 77:9

southwest
20:5

space
20:14 32:19 57:2,10
65:12 75:1

speak
8:24 35:9 47:12

special
12:14 38:19 73:20

specialized
17:24

RECORD OF PROCEEDINGS - 09/07/2017                    i19

**specific**
21:2

**specifically**
62:24

**specify**
17:5,6

**speculating**
73:14

**speed**
18:24

**spend**
74:7

**spot**
25:8

**spread**
56:10,11

**Springfield**
6:3 35:22

**staged**
13:1

**stamp**
64:1

**stand**
4:14,17 58:6

**standards**
44:17

**standing**
68:2

**start**
47:19 49:1 51:15 64:13
78:19

**started**
32:21 33:1 78:16

**starting**
7:18 26:4,18 67:16

**state**
4:6 36:20 38:24 39:6,
13,14,16,19 43:9,13
44:14,17 45:3 68:12,20

**statements**
64:7

**stating**
47:16

**station**
7:1 38:1 40:18 48:6

51:20 53:4 54:1 55:9,17
56:20,24 59:15 61:17,
18 62:17,23 63:10

**Statistics**
74:18

**stay**
56:6

**steel**
27:16

**step**
7:16,21,22 8:1 37:15,20
38:6 47:11 71:11

**steps**
38:3 81:19

**stipulations**
22:11

**stockpiled**
13:2 14:12

**stockpiles**
14:23

**stockpiling**
13:22

**stone**
24:21 25:3 51:6 57:14
58:20

**stones**
24:3

**stood**
63:20

**stop**
34:3 37:7

**storm**
14:21 19:23 20:4,6 37:4

**story**
57:11 77:2

**straight**
72:12

**strange**
17:18 78:20

**stranger**
64:16

**street**
4:2 5:21 6:8,11 7:8 8:8
13:10 22:20 23:13 28:8
36:6 40:15 42:14,24

54:5 59:12 60:22 61:3
62:15 63:3 64:13 65:5

**streets**
25:3 55:21 59:13

**structures**
20:9

**study**
37:12 44:1,4

**stuff**
24:6 25:3 28:23 29:10
33:19 40:22 56:9 57:3
58:17,24 59:1,10,14,17
60:22 62:7 63:5,8 71:7
77:5 81:1,8

**subject**
8:7 28:11 43:5 66:6
70:8,23

**submit**
37:12

**submitted**
38:10 40:1

**submitting**
39:15

**substantiate**
69:3

**subtitle**
73:19

**subtitled**
71:9

**suburb**
24:10

**suburban**
30:2

**suburbs**
16:2 33:11

**successful**
27:1 29:13 32:20 38:8
48:22 61:5

**sudden**
52:21

**sued**
58:9

**suggest**
80:15

**suggested**

65:2

**summarize**
35:23

**summoned**
18:1

**super**
53:20

**supply**
24:19

**supposed**
36:10 68:15 70:14

**suppression**
31:23 36:18

**sure**
13:12 35:10 36:8,22,23
37:2 38:4,22 43:7 57:21
62:3

**surface**
51:4

**surrounded**
6:9

**surrounding**
16:2 32:1 33:13 42:5

**survey**
52:6

**suspended**
50:21

**swear**
4:11

**sweepers**
59:12

**sweeping**
22:20 55:21 60:23 61:3
62:15 63:3

**sweepings**
7:8 28:8 40:15 65:6

**sworn**
4:9,22

**system**
52:13,16

**T**

**T-o-t-h**
4:7

table
22:4 80:20 82:22

tainted
62:11,20

take
8:2 10:12 14:9 21:23
24:2,19,22 26:6 30:17,
18 31:4 40:8 41:5 42:1
44:9 45:16,17 46:15
48:21 49:6,21,23 50:9
52:23 53:21,23 55:6,8,
13,15 56:3 58:13,19
61:8 63:5,11 64:1 75:21

taken
25:23 32:7 42:13 44:12

takes
81:7

talk
6:22 12:5 21:22 27:1,8
37:6,10 49:23 52:1 53:2
67:8

talked
10:4 34:13 49:18 56:15
58:4 59:7,22 61:11 68:5

talking
68:14 69:11

talks
53:24 63:9

targeted
16:3 46:9,11

taxes
60:11 68:16

team
47:6

tear
44:8

technical
54:4

technology
73:9

telephones
21:16

tell
9:9 27:3 51:17 59:11
61:6 62:12 63:19 65:22
72:8 73:6 74:5,6

ten
21:6 37:16 38:12 54:12,
20

test
31:14 49:21 71:23 72:4,
8 73:9

tested
72:1 81:24

testers
73:5

testify
64:18 67:21,23

testifying
66:17,19

testimony
66:1

testing
71:23 73:9

tests
72:2,3

Thank
4:5 5:8,13,14 29:20
35:11 47:13 64:2,3,4
76:3 78:24 79:1,20

Thanks
65:23

Thel
20:12

theleachate
51:3

there's
5:3 6:10,12 7:19 9:6
12:10 13:19 14:19
15:14 17:23 20:9 23:16
26:17 27:20 28:22 29:2
31:8 36:10 37:3,4,8,15
38:11 39:15,17,20,21
42:19 44:20,23 46:8
48:24 49:16,24 51:13,
21,22,24 52:3 58:1 61:6
64:6,15,20 65:21 68:18
69:1,11,16 71:22 72:24
73:4,5,11,20 74:21
77:1,7 78:4,19 79:18
81:22 82:23

they'll
13:19 27:3

they're
6:21 13:12 34:2,17
38:11 48:17 55:4 56:3,
4,10 58:15 60:12 61:5,
13,14 63:9 66:10,11
68:16 72:15 74:22 81:4
82:13

thing
25:11 40:6 41:3 45:12,
15 47:24 49:1 50:9
51:15,18 52:1,13,23
54:19 55:3,5,20 56:13
57:16,22 58:12,16,17,
21 60:8 62:11 64:1 81:6

things
7:8,20 9:6 10:9 11:7
12:16 14:16 25:23,24
33:15 35:4 37:8,11,17,
21 38:9,11,12 39:2,21,
23 40:2,3 44:10 51:18
56:22 58:11 71:1 73:12
75:6,10 79:5 81:1 82:3,
24

think
38:15 42:2 46:12,16
51:11 53:16 54:3 55:3
56:13 57:4,23,24 59:19,
21 60:17 61:8,15 62:10
66:17 69:19 71:9 79:3

third
30:1

thorough
47:4 80:18

thoroughfare
42:23

thought
28:17

thousands
55:24 56:22

threatens
51:3

three
26:2 28:10,12 30:11,12
34:21 60:13 64:15
70:18 80:14 82:21

throw
6:18 40:20,21 51:14

tied
28:4 61:12,13

tightened
28:1

time
4:5 12:21 14:15 22:6
23:5 25:14 30:17 54:7,
20 64:9 65:23 69:15
74:7

times
54:12 69:10

tip
13:19

tipping
13:19

tires
12:16

today
7:16 9:1 29:5 39:22
43:17 66:12 68:14
73:10 78:16

told
58:12

ton
10:16 48:24

tonight
48:19 62:9

tons
55:23,24

topic
68:6

torn
41:22

totally
22:5 24:17 53:17

Toth
4:5,7,8,10,14,23 5:3,12,
14,15 8:6,10,14,17,20,
24 9:3 10:22 11:1,6,17,
22 12:4,10,13,18,24
13:6,13,16 14:1,6,11,
15,23 15:3,7,11,17,22
16:3,10,21 17:1,10,15,
18,23 18:4,7,12,18,22
19:3,8,13,19,22 20:4,9,
12,16,21,24 21:4,7,12,
21 27:8,20 30:21 32:5
33:14 35:7,12,14,16,19,
23 37:6 39:5,20 41:5,15
42:1,3,9,14,17,23 43:3,

12,16,21 44:1,20,23
45:2,6,8,12 47:6,10,13
54:8,10,13,15 64:5
65:24 66:14,17,21,24
68:8 69:13,17,23 70:2,
8,10,13,20 71:4,7,11
74:24 75:8,19 76:3,10,
12 77:1,14 78:4 79:1

**tour**
31:5

**town**
26:8,10,11 27:4 29:5
30:12,16,19,20 31:20
33:5,9,22 34:4,5 64:14
65:15

**tracks**
32:2,5 42:7

**traffic**
19:10 34:2 36:18 38:12
40:1 42:14

**train**
6:10

**trained**
21:1,9,13 30:16

**transfer**
5:1 7:1 9:17 29:1 40:18
48:6 51:19 53:3 54:1
55:9,17 56:20,24 59:15
61:17,18 62:17,22
63:10

**transferring**
57:19

**transition**
36:11

**transport**
9:16 24:1

**transported**
13:3

**trash**
22:15 52:14 56:21

**Tri-state**
48:4,5,10,15 65:16
79:10,11

**tricks**
78:19

**tried**
45:13

**tripping**
25:3

**truck**
10:17 19:10 24:15,24
32:21 33:7

**trucks**
13:18 23:4,8,9 32:23
33:8 34:3 40:5,20 42:12
59:17

**true**
62:1 75:3 79:18

**trust**
53:14

**truth**
58:12 69:11

**try**
23:4 53:16

**trying**
73:17,18 82:18

**Ts**
38:23

**Tuesday**
80:22

**turn**
7:22

**two**
34:21 36:2 51:18 54:3
62:21 63:20 65:8 78:7
80:14

**type**
12:20 24:13 43:10
52:24 75:4

**types**
11:7 40:14,15 74:19
75:13

**U**

**U.S.**
68:21 69:8

**ultilize**
24:21

**ultimately**
51:9

**unacceptable**
17:15,19

**unauthorized**
12:6,10,13

**unbeknownst**
22:23 30:6

**uncovered**
58:3

**undergoes**
16:10

**underneath**
59:1

**understand**
15:14 66:11 74:18
78:10

**understanding**
4:24 10:4

**unique**
24:18

**unloading**
17:16

**unnamed**
52:2

**unpainted**
14:7

**use**
6:18 7:17 11:9 14:4,6
16:3 19:20 24:3 25:24
30:22,23 35:2 38:19
40:22 41:11,15 46:2,3,
20 58:20 62:7,22 72:13
73:4 75:20

**useful**
7:2 14:3

**uses**
6:15 7:12 10:2,23 16:16
41:16 42:18 43:3 46:19,
21

**usually**
41:3 64:22 71:23 74:9
75:8 77:21

**utilities**
23:13 42:18

**utility**
9:15 24:1

**V**

**valid**
38:11

**valuable**
71:22

**value**
48:22 49:6

**values**
41:18

**various**
6:19 10:14 13:1 35:3

**verify**
72:5

**viable**
9:8

**vicinity**
41:17

**Village**
5:9 45:14 48:12,13,16
49:9 50:2,7,11 51:2
58:9 59:3 60:3,5 78:11
79:19 81:21

**violation**
69:20

**violations**
25:1 28:14 30:13 68:13,
17,21 70:17

**vision**
46:4

**visit**
75:21

**Volkswagon**
10:17

**volumes**
15:1

**voted**
82:21

**W**

**walk**
25:9 35:6 64:12

**walking**
65:3

RECORD OF PROCEEDINGS - 09/07/2017                    i22

**want**
7:5 8:1 10:18 22:16
24:5,6,9 25:8 26:1
28:20 30:5 33:8 34:20
35:3,4 38:5 49:1 51:17
57:3,22 61:11 65:13,24
69:16

**wanted**
28:17 77:3 81:24 82:23

**wanting**
69:19

**wants**
57:6,9,11 78:12

**waste**
5:1,6 7:7 10:22 11:18
12:14,15 17:2,7,15,19
18:14 22:2,18 23:7,11
24:17 28:6 29:1 40:6,9,
14,17 50:12,18,19 53:4,
24 55:9,18 56:18 57:17
63:2 73:20

**water**
14:19,21 16:1 19:23
20:4,6,13,14 31:16,22
36:4,16 37:4 50:23 51:5
72:4,15,20,21,22,24
77:6,23

**way**
8:6 25:5 29:13,16 34:6
36:9 45:22 52:15 53:10
60:19 62:1,5,12,18,19
63:12,13,24 70:20
73:13 78:2

**We'd**
31:4

**we'll**
10:12,14 12:5 13:21
21:23 24:1,4 26:3,13
31:6 32:22 34:19,21
35:5,7 38:8 46:23 47:1
58:15,16,19,21 71:7
78:5,6,18 79:7 82:22

**we're**
7:4,5,8,10,15,17,21
10:19 13:16 15:7,12
21:21 22:6 23:11 24:17,
18 25:18,21 26:4,5,6,7,
11,16,17,21,24 27:11,
12 28:11 29:14,15,18
30:10 31:5,6,16,17
32:1,2,3 33:9,17,18,21,

22 34:22 35:20 37:18
39:21 43:5,23 44:23
45:21 46:7,16,18 56:11
59:23 64:21,24 68:14
73:19,21 75:23 76:22,
24 77:20 78:3,11,14
79:3 82:19,20

**we've**
22:20 27:3 28:13 29:13
30:11 32:19 64:14

**website**
45:15

**weekly**
14:24

**welcome**
64:19

**welcomed**
29:4

**welfare**
41:13

**went**
36:12 65:2

**west**
4:2 5:21 6:8,12 8:7
54:5,16,22 74:3

**what's**
28:17 55:1,7 59:20
60:10 62:11 80:11

**whiteout**
53:20

**wife**
6:19

**win**
33:23 34:7

**wish**
39:24 47:15

**withdraw**
55:5 56:13 62:9

**withdrawing**
4:24 5:6 53:19 55:4
62:2

**withdrawn**
7:11 17:1 41:2

**withdrew**
40:6 51:10,11 53:3,14

**witness**
67:8

**witnesses**
4:11,17 66:21 67:1
78:23

**woke**
62:2,3

**won**
30:9

**won't**
32:12

**wondering**
74:14

**wood**
11:12 14:7,9,11,20,23
15:3,4 18:18 33:18,20

**work**
8:21 10:21 20:24 23:5,
13,14 24:14 29:7 33:4
36:12,14 38:20 44:24
71:24 74:6

**worked**
6:5 36:2,4 49:10

**working**
21:12 28:10 49:8 64:13
68:2 72:15

**works**
17:11

**worry**
44:21

**worse**
51:7

**wouldn't**
43:10

**Wrigley**
73:1

**written**
58:1

**wrong**
56:16

---

                    **Y**

---

**yard**
6:10 10:10 22:17 32:10
73:17 76:20,21

**yards**
34:21

**year**
32:23

**years**
6:21 11:1,4,5 22:22
23:19 30:11,12,13 49:2
55:22 58:13 67:22
77:11

**You'll**
20:16

**you're**
10:22 13:9 20:10 25:21
29:19 35:19 38:2 40:3
43:12 58:24 60:12,22
62:14 64:19,22 66:6,19
70:8,24 72:14 73:17
75:15,16 76:17 77:19
78:10 79:8 81:1

**you've**
11:8 39:8 40:2 56:19
70:20 78:21,22

**young**
36:15

**younger**
6:4

---

                    **Z**

---

**zinc**
50:16

**zoned**
6:14,15 30:21 38:1
46:17

**zoning**
7:17 15:13 38:7,14
46:22 53:10 62:6,7 78:8