# EXHIBIT L

RECORD OF PROCEEDINGS   - 11/02/2017

1

2    TRI-STATE DISPOSAL,                    )
                                            )
3                      Complainant,         )
                                            )
4    vs.                                    )
                                            )
5    RIVERDALE MATERIALS, LLC,              )
                                            )
6                      Respondent.          )

7

8                   Record of proceedings in the

9    hearing of the above-entitled cause, at 157 W. 144th

10   Street, Riverdale, Illinois, before the Village of

11   Riverdale Zoning Board, in the City of Riverdale,

12   County of Cook, State of Illinois, before Victoria

13   D. Rocks, CSR, Notary Public, commencing at 7:00

14   o'clock p.m., on the 2nd day of November 2017, A.D.

15

16

17

18

19

20

21

22

23

24

```
 1    APPEARANCES:

 2
           LaROSE & BOSCO, LTD.
 3         MR. MARK LaROSE
           200 N. LaSall Street
 4         Suite 2810
           Chicago, Illinois 60601
 5         (312)  642-4414
           mlarose@laroseboscolaw.com
 6
           appeared on behalf of the Complainant;
 7
           DALEY & GEORGES
 8         MR. RICHARD A. TOTHA
           20 S. Clark Street
 9         Suite 400
           Chicago, Illinois  60603
10         (312) 726-8797
           rtoth@daleygeorges.com
11
           appeared on behalf of the Respondent.
12

13

14

15

16

17

18

19

20

21

22

23

24
```

RECORD OF PROCEEDINGS    - 11/02/2017        Page 3

1                    I-N-D-E-X

2

3    Report of Proceedings:   4 - 112

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RECORD OF PROCEEDINGS   - 11/02/2017      Page 4

1

2       MR. WELCH:  We're going to do the roll call,

3  please.  I will call the order once more.

4       MR. REYNOLDS:  The Chairman is supposed to call

5  the meeting to order.

6       MR. WELCH:  It's not public comment.  Calling

7  to order the Zoning Board of Appeals Thursday,

8  November 2, 2017.  It is 7:00 p.m.

9       Madam Secretary, could you call the roll.

10       MS. RUSSELL:  A.J. Cunningham.

11       MR. CUNNINGHAM: Here.

12       MS. RUSSELL:  Mildred Blount.

13       MS. BLOUNT: Here.

14       MS. RUSSELL:  William Taylor.

15       MR. TAYLOR: Here.

16       MS. RUSSELL:  Andrea Johnson.

17       MS. JOHNSON: Here.

18       MS. RUSSELL:  Gus Stone.

19       MR. STONE:  Here.

20       MS. RUSSELL:  Helen Griffith.

21       MS. GRIFFITH: Here.

22       MR. WELCH:  A quorum is present.  The next item

23  is approval of the meeting minutes for September 7,

24  2017.

RECORD OF PROCEEDINGS   - 11/02/2017     Page 5

1      Chief, you had an amendment to the meeting

2  minutes.

3      MR. SCHARNHORST:  It should have been 250 feet,

4  not 50 feet.

5      MR. WELCH:  Item four, there's a reference to

6  letters were sent to businesses 50 feet, within 50

7  feet of the property. It is 250.  Do we have a

8  motion to approve the minutes subject to the

9  amendment?

10      MR. STONE: So moved.

11      MR. WELCH:  Is there a second?

12      MS. GRIFFITH:  Second.

13      MR. WELCH:  All in favor?

14      MS. BLOUNT:  Aye.

15      MR. WELCH:  The next item on the agenda is old

16  business, a conditional use to operate a recycling

17  facility at 1201 West 138th Street.  Is the

18  applicant present?

19      MR. TOTH:  The applicant is present.

20      MR. WELCH:  Please step forward.  I know that

21  there was some presentations made in a prior

22  meeting.  Who intends to testify further tonight?

23      MR. TOTH:  For whatever we need, we have

24  Mr. Jim Bracken, who is appearing on behalf of both

1    the coapplicants, Riverdale Materials, LLC and 1201

2    West 138th Street, LLC.

3        MR. WELCH:  Is there anyone who intends to

4    testify, if they could please step forward.

5        MR. TOTH:  As part of the applicant team, I

6    will call everyone forward.

7        MR. WELCH:  Please step forward to swear you

8    in.  Raise your right hand.  This is anyone who

9    intends to testify as part of the applicant's

10   testimony.  If everyone can state their name for the

11   record who is stepping forward.  One at a time.

12       MR. MATE:  Tom Mate.

13       MR. BRACKEN: Jim  Bracken.

14       MR. SYNEICKI: Michael Syneicki.

15       MR. WEBB:  Andre Webb.

16       MR. WITHERSPOON:  Terry Witherspoon.

17       MR. GREEN:  Shawn Green.

18       MR. HALL:  Xavier Hall.

19       MR. WELCH:  Everyone raise your right hand.

20               (Whereupon, all witnesses were

21                sworn in.)

22       MR. WELCH:  Okay.  Please go forward.

23       MR. TOTH:  I'd be happy to.  Good evening,

24   everyone.  My name is Richard Toth.  I am an

RECORD OF PROCEEDINGS   - 11/02/2017        Page 7

1    attorney with Daley and Georges in Chicago.

2         I guess I should congratulate you. I know

3    that there's some new Board members.  I thank you

4    for taking your time to learn about us and our

5    application.  Appearing on behalf of the applicants,

6    Riverdale Materials, LLC and the coapplicant,

7    property owner, 1201 West 138th Street, LLC, I know

8    some of you are new.  This is the third time we've

9    been out here.

10        We originally appeared in September when we

11   had a very detailed presentation.  The Board didn't

12   make a decision in September.  They were deferring

13   it.  We came out in October.  There didn't happen to

14   be a quorum.  So we are back today.  Happily, we

15   have a quorum today.

16        I know some of you are new, so we will try to

17   summarize what we presented in October.  I could

18   basically do the whole thing again, and you can stop

19   me if I do too much.

20       MR. WELCH:  Sure.  They were also provided the

21   record from the previous hearing to review.

22       MR. TOTH:  I am going to go into it.  Slow me

23   down if I'm doing too much.  Our main witness is Jim

24   Bracken.  Jim represents both Riverdale Materials,

1   LLC, which is going to operate the site, and the

2   property owner, 1201 West 138th Street, LLC.

3         They're affiliated companies.  Jim operates

4   both of them with his wife and a host of other

5   people as well.  Some of you recall that at the

6   prior meeting, we also had a gentleman here named

7   Ken Liss, who is the president of Andrews

8   Engineering, and we had Josh Hay.  He's also of

9   Andrews Engineering and is the project engineer.

10  They have done design work and applied for and

11  received various governmental permits for the site.

12        Ken came up from Springfield before his

13  testimony on the record.  You have would seen that.

14  Knowing that he's testified here, he could talk

15  about some of those things, but we have saved him

16  the four hour drive from Springfield and back for

17  tonight.

18        So is there a good place I could put this?  Is

19  it okay if I put it here?  I don't want to have

20  anybody not seeing that.  As we discussed the last

21  time, we were here the property is just under

22  18 acres.  It's next to a train yard to the north.

23  There's forest area to the east, west 138th Street

24  to the south.  And some large used car dealerships

1   to the west.

2         You could see all that there.  The property

3   is zoned by the Village of Riverdale for industrial

4   uses, which is what we're proposing to do for the

5   site.  Specifically, Riverdale has zoned it I-2.

6         Before Jim's company bought the property it

7   was operated most recently as a concrete crushing

8   and screening operation.  So in large part what we

9   are seeking to do here is not too far a throw from

10  that.  It's a continuation of that type of use.

11        Jim will talk more about the background, but

12  Jim Bracken has been operating various hauling and

13  processing facilities for the past 15 years or more.

14  They're very experienced in the industry.

15        I think you'll see that when you hear him

16  talk about it.  Riverdale Materials plans to operate

17  at the site as a materials processing and recycling

18  facility.  The facility is going to provide useful

19  services with environmental benefit to the area and

20  will bring employment opportunities to the

21  community.

22        We'll go into detail about what we're doing,

23  but it is probably first going to help us if we talk

24  about what we're not doing because I think there's

1  been a lot of information out there, misinformation.

2  We had proposed, but withdrew an earlier request to

3  process municipal solid waste.

4      Municipal solid waste is household garbage.

5  When we were asking for that, that was basically for

6  long-term planning.  That wasn't an immediate

7  proposal.  There's actually good reasons for the

8  site to be permitted to process that type of waste

9  in some quantities, but again, that request has been

10  withdrawn.  And it's not something you need to

11  consider or make a decision about tonight have past

12  on the application.

13      Also what this isn't, it isn't a landfill.

14  It isn't a garbage dump.  I know sometimes there's

15  resistance to those types of uses.  Sometimes

16  there's reasons for resistance to those types of

17  uses, but that is just not what we're talking about

18  here today.  In a moment, I will introduce Jim and

19  go through the planned activity of the site.  But I

20  want to have you hear from him about his background,

21  his experience in the industry.  Jim, come up here.

22      MR. BRACKEN:  Good evening.  My name is Jim

23  Bracken. I'll use Bracken Rollout Services and

24  Riverdale Materials to produce and recycle

1    aggregates for construction projects.

2         We were critical in the renovation of the

3    sewer project.  We provided the mayor with

4    100 percent of the aggregate material that they

5    finally completed for the new sewer project, which

6    has prevented a lot of the residents' basements from

7    flooding.  It would have cost the town a lot more

8    money had they not dealt with us.

9         And we are engaged in conversations with the

10   town to supply recycled materials to restructure

11   some of the alleys.  We're going to donate a lot of

12   the material to the town.  There's numerous other

13   projects that are in the works.

14        What we basically do is we're bringing

15   construction material, concrete, curbings, asphalt,

16   crushing it, screening it, and selling it.  I have

17   some handouts that will show pretty much, these are

18   pictures taken.  We also have landscape materials

19   we'll sell. I'll pass these out.

20        MR. WELCH:  Do we have a motion to make this

21   document part of the record?  We'll make it

22   applicant document number one.

23        MR. STONE:  Motion.

24        MR. WELCH:  Is there a second?

1    MS. RUSSELL:  Member Cunningham.

2    MS. JOHNSON:  Second.

3    MS. RUSSELL:  Member Taylor?

4    MR. TAYLOR: Aye.

5    MS. RUSSELL:  Member Johnson?

6    MS. JOHNSON: Aye.

7    MS. RUSSELL:  Member Stone?

8    MR. STONE:  Aye.

9    MS. RUSSELL:  Member Griffith?

10   MS. GRIFFITH:  Aye.

11   MR. WELCH:  This document will be entered as

12   Applicant's Document 1.

13   MR. BRACKEN:  This is pretty much what we're

14   doing at the operation.  Some of the Board members

15   have been there and purchased products, and some of

16   the residents.

17       Some of the residents are not familiar with

18   what's going on, but this is what's going on.

19   There's a lot of disinformation.  There's lot of

20   people afraid of new business.  I have some of my

21   employees here who have worked with me on numerous

22   businesses.

23       This business is helping them expand their

24   work activities.  It's giving them stability to

1   produce their own products.  More opportunities for

2   everybody.  I could bring some of the gentlemen up.

3        MR. TOTH:  We'll get there.  Let me back you up

4   a little bit.  If you could tell the members of the

5   Board how you started in the industry, how long

6   you've been working in the industry.  What is your

7   experience?

8        MR. BRACKEN: I started in the trucking

9   industry.  I drove a truck for 15 years and decided

10  to go on my own.

11       I started with dump truck work and then I

12  went into the rollout business.  I have moved out to

13  Markham and expanded.  I like moving out to the

14  south because there's a lot of real estate.  There's

15  not as much real estate towards the city.  There's

16  real estate out here.

17       The administration are friendlier.  There's

18  less red tape to go through, and there's workforce

19  that is out here of people willing to work.

20       MR. TOTH:  How many years has it been?

21       MR. BRACKEN:  Twenty years in business I've

22  been doing this. I have had multiple companies.

23  Even though this is a new company, it's being

24  managed by a person who has been in business 20

TS_00467

1    years.

2         MR. TOTH:  Where are your other sites?

3         MR. BRACKEN:  I have a site in Markham, a 12

4    acre facility, recycling facility.  We don't have

5    room in Markham to produce these types of

6    aggregates.  That's why we moved to Riverdale.

7         We're not moving out of Markham.  We're

8    staying there and operating in Riverdale.  We have a

9    yard, we own 74 acres in Kankakee.  Another 12 acres

10   in the City of Chicago.  We're expanding and

11   growing.

12        We're offering multiple opportunities for

13   many people.  We have over 150 employees.  A lot of

14   them out here from the south and some from the city.

15        MR. TOTH:  If the Board has questions, they

16   could ask them.  I want to going through the types

17   of things we're doing, planning to do and doing at

18   the site.

19        There are sort of three different categories

20   one of which is processing construction and

21   demolition debris.  That is going to happen at the

22   northern end of the site, is that's correct?

23        MR. BRACKEN:  Correct.

24        MR. TOTH:  Tell us what that material is,

TS_00468

1    construction demolition.

2        MR. BRACKEN:  That could be anywhere from

3    concrete, asphalt.  It could be wrecking from a torn

4    down house.

5        We were the premier demolition company in

6    Riverdale.  We were always the lowest bid in

7    Riverdale and saved money the last three years, and

8    we could save more money if we could bring and

9    process the material inside of Riverdale, keep the

10   transportation cost down, create jobs for local

11   people.

12       MR. TOTH:  What it is again?  If one of the

13   Board members here renovates their bathrooms and

14   kitchen and what's torn out of there from drywall

15   and whatever, that is construction demolition

16   debris?

17       MR. BRACKEN:  Yes.

18       MR. TOTH:  And if they redo their driveway and

19   tear up the asphalt, that is construction from

20   demolition?

21       MR. BRACKEN:  Yes.

22       MR. TOTH:  That is the type of materials we're

23   talking about, demolition debris?

24       MR. BRACKEN:  Yes.  People are unaware if you

1  tear down your garage you could chip up that wood,

2  mulch it and make mulch out of recycled wood.

3      MR. TOTH:  So the facility is going to accept

4  mixed loads of construction and demolition waste

5  material, and the material that is for sorting and

6  processing it into marketable product and raw

7  materials?

8      MR. BRACKEN:  Correct, using loads of material

9  will be delivered to your facility by some of your

10  own affiliated companies, maybe trucks and by other

11  construction and demolition contractors, by waste

12  generators, and maybe by local citizens if somebody

13  fills up the back of a pickup and brings their

14  material?

15      MR. BRACKEN:  Right.

16      MR. TOTH:  There's a load checking program that

17  is used to prevent the delivery of unauthorized

18  materials and ensure that less than 25 percent of

19  incoming material is nonrecycled?

20      MR. BRACKEN:  Correct.

21      MR. TOTH:  Unauthorized materials include

22  hazardous wastes, special wastes, medical wastes.

23  Asbestos containing materials, batteries, tires

24  things like that?

RECORD OF PROCEEDINGS   - 11/02/2017        Page 17

1      MR. BRACKEN:  Absolutely.

2      MR. TOTH:  You do not accept those type of

3   things?

4      MR. BRACKEN:  It's not our business.

5      MR. TOTH:  Materials are deposited into the

6   offloading area, and materials are sorted by

7   material within 48 hours from the time it's

8   received, correct?

9      MR. BRACKEN:  Correct.

10     MR. TOTH:  Once it's sorted and segregated, the

11  various recycled materials are staged at the

12  facility and different material stockpiles and

13  materials transported for recycling when it's

14  accumulated?

15     MR. BRACKEN:  Right.

16     MR. TOTH:  So it might be a pile of wood and a

17  pile of asphalt, and it gets sorted?

18     MR. BRACKEN:  It gets sorted, processed and

19  resold.

20     MR. TOTH:  Some of it can be used?

21     MR. BRACKEN:  Yes.

22     MR. TOTH:  So that is one category of work

23  you're doing at the facility?

24     MR. BRACKEN:  Correct.

TS_00471

1       MR. TOTH:  It may be the biggest.  I don't

2   know, is it?

3       MR. BRACKEN:  Correct.

4       MR. TOTH:  The second category of things we're

5   talking about here at the facility is wood materials

6   processing?

7       MR. BRACEKN:  Correct.

8       MR. TOTH:  That is targeted for the northern

9   part of the site?

10      MR. BRACKEN:  Correct.

11      MR. TOTH:  That is processing clean, unpainted

12  wood materials?

13      MR. BRACKEN:  Yes.

14      MR. TOTH:  Clean wood materials are shredded

15  and stockpiled on the northern part of the

16  footprint, although you may have to adjust depending

17  on volumes and operating needs?

18      MR. BRACKEN:  Correct.

19      MR. TOTH:  Water runoff controls will include

20  fencing as to prevent wood chips from entering storm

21  water runoff and things like that?

22      MR. BRACKEN:  Yes.

23      MR. TOTH:  The shredded wood stockpiles will

24  particularly be removed on not less than a weekly

1    basis as volumes dictates, right?

2          MR. BRACKEN:  Yes.

3          MR. TOTH:  Riverdale Materials will use a

4    woodchipper for processing the clean wood materials?

5          MR. BRACKEN:  Yes.

6          MR. TOTH:  Any required air permits will be in

7    place?

8          MR. BRACKEN:  In place.

9          MR. TOTH:  End products will include mulch,

10   compost, some amount of material that might go to

11   landfills and dirt.  Some of that will be for sale

12   on the site too?

13         MR. BRACKEN:  Correct.

14         MR. TOTH:  So we talked about two categories.

15   One is the construction and demolition debris, which

16   could come from your house renovations.

17             One is the wood processing, which is not too

18   far from that.  A third category is the clean soil

19   processing.  The company is proposing to accept and

20   process clean soil.  Clean soil I understand is

21   excavation material that is not contaminated by

22   petroleum products, crude oil, by environmental

23   contaminants or the like.  Correct?

24         MR. BRACKEN:  Correct.

TS_00473

1    MR. TOTH:  So the soil undergoes processing to

2  remove oversized objects, is that right?

3    MR. BRACKEN:  Correct.

4    MR. TOTH:  And that gets processed and can be

5  reused or resold as well?

6    MR. BRACKEN:  Yes.

7    MR. TOTH:  Back into the recycling stream.  For

8  general information on sort of all the type of work

9  you do, there will be collection service agreements

10  that will specify that any materials delivered to

11  the facility do not contain any prohibited waste

12  materials, is that correct?

13    MR. BRACKEN:  Correct.

14    MR. TOTH:  There will be a facility manager

15  there that managers will work under an operations

16  plan and will be responsible for approving materials

17  for receipt or rejecting materials, sending them

18  away without taking them.  Is that correct?

19    MR. BRACKEN:  Correct.

20    MR. TOTH:  Unacceptable waste will be rejected

21  prior to loading, is that correct?

22    MR. BRACKEN:  Correct.

23    MR. TOTH:  If some very strange things happens

24  and some of it is unacceptable was somehow dumped,

1    it will be promptly removed from the facility and

2    appropriately disposed of offsite?

3        MR. BRACKEN:  Correct.

4        MR. TOTH:  That is not your business at this

5    site?

6        MR. BRACKEN:  Correct.

7        MR. TOTH:  In the event the waste cannot be

8    medically reloaded, specialized contractors are

9    summoned to the facility to evaluate and properly

10   dispose of hazardous materials, right?

11       MR. BRACKEN:  Correct.

12       MR. TOTH:  That costs more, and you don't want

13   those materials.  You don't want to do that because

14   you don't want to pay more to do so?

15       MR. BRACKEN:  We don't do it now.  We don't

16   have a license for that.

17       MR. TOTH:  Any individual responsible for

18   illegal dumping at the facility will be identified

19   and reported to the proper authority, is that

20   correct?

21       MR. BRACKEN:  Correct.

22       MR. TOTH:  The facility will maintain accurate

23   and up to date records of both materials accepted

24   for processing and recycling waste material that are

RECORD OF PROCEEDINGS    - 11/02/2017        Page 22

1    shipped from the facility for further processing and

2    sale and disposal, is that right?

3

4        MR. BRACKEN:  Yes.

5        MR. TOTH:  Because there will be some wood

6    materials at the site, open burning will be

7    prohibited there, is that correct?

8        MR. BRACKEN:  Correct.

9        MR. TOTH:  Dust control measures will be

10   implemented to minimize the creation of dust due to

11   safe operating speed not in excess of 15 miles per

12   hour for vehicles?

13       MR. BRACKEN:  Correct.

14       MR. TOTH:  Facility is monitored daily by

15   personnel for the presence of dust, and dust control

16   measures will be implemented as needed, is that

17   correct?

18       MR. BRACKEN:  Yes.

19       MR. TOTH:  Noise generated as a result of

20   onsite operations is similar in amount to any normal

21   truck traffic or construction, is that correct?

22       MR. BRACKEN:  Yes.

23       MR. TOTH:  All equipment designated for

24   operation at the facility will be equipped with

1  mufflers or sound decimating devices required for

2  compliance with applicable law, is that correct?

3      MR. BRACKEN:  Yes.

4      MR. TOTH:  Access to the facility will be

5  restricted through the use of fencing and gates,

6  correct?

7      MR. BRACKEN:  Correct.

8      MR. TOTH:  Operations will be covered by

9  Riverdale Materials' storm water pollution

10  prevention plan, which provides for routine

11  inspections and other controls, is that correct?

12      MR. BRACKEN:  Yes.

13      MR. TOTH:  Riverdale Materials facility plans

14  to operate Monday through Friday and occasionally

15  Saturday if needed for the processing of materials,

16  correct?

17      MR. BRACKEN:  Yes.

18      MR. TOTH:  But it plans to be opened 24 hours a

19  day for dumping?

20      MR. BRACKEN:  Yes.

21      MR. TOTH:  All employees working at the

22  facility will be trained in the operating procedures

23  pecific to the facility, correct?

24      MR. BRACKEN:  Yes.

RECORD OF PROCEEDINGS - 11/02/2017     Page 24

1      MR. TOTH:  General emergency and contingency

2   situations will be managed in accordance with the

3   emergency action plan, and employees will be trained

4   accordingly, is that correct?

5      MR. BRACKEN:  Correct.

6      MR. TOTH:  All employees working in at the

7   facility will be trained in procedures --

8      MR. WELCH:  We have a court reporter as well as

9   a tape recording to create a record.  We need to

10  stop the discussion because it's impeding the

11  ability to create a record.

12     MR. TOTH:  All employees working at the

13  facility will be trained in procedures for handling

14  emergency or contingency situations, is that

15  correct?

16     MR. BRACKEN:  Yes.

17     MR. TOTH:  The location of all firefighting

18  equipment, including fire extinguishers and

19  telephones to report an emergency with the local

20  fire department will be communicated to all

21  employees of the facility, is that correct?

22     MR. BRACKEN:  Yes.

23     MR. TOTH:  So Jim, you've operated similar

24  businesses over many years.  You've got engineering

```
 1   help to design this site as to operate in a way that
 2   will not be detrimental to or endanger public
 3   health, safety, comfort and general welfare.  Is
 4   that correct?
 5        MR. BRACKE:  Yes.
 6        MR. TOTH:  That is in accordance with what we
 7   talked about before?
 8        MR. BRACKEN:  Yes.
 9        MR. TOTH:  The property that we are talking
10   about is in an industrial zoned area.  The Village
11   of Riverdale in its wisdom has zoned this as an
12   industrial area.
13        And your uses are similar to those
14   historically present at the site, is that correct?
15        MR. BRACKEN:  Yes.
16        MR. TOTH:  Based on your experience, your uses
17   will not be injurious to the uses and enjoyment of
18   other property in the vicinity or diminishment or
19   diminish their value, correct?
20        MR. BRACKEN:  Correct.
21        MR. TOTH:  At the first hearing we talked not
22   just about the site industrial zoning, but also the
23   Village of Riverdale's comprehensive plan, which was
24   adopted fairly recently in 2014.
```

1        We talked about how that plan identifies the

2   site as being in an area that is a priority for

3   industrial development.  That future plans for the

4   area are for industrial development under the

5   Village's plan.  Is that correct?

6        MR. BRACKEN:  Correct.

7        MR. TOTH:  So based on all that and your own

8   experience, research, and planning, the approval of

9   your planned uses will not impede the normal and

10  orderly development and improvement of surrounding

11  property, is that correct?

12       MR. BRACKEN:  That's correct.

13       MR. TOTH:  In fact, it fits within the context

14  of other uses, correct?

15       MR. BRACKEN:  Correct.

16       MR. TOTH:  You have worked with your

17  engineering firm, Andrews Engineering, and it's been

18  determined that adequate utilities, access roads,

19  drainage, and necessary facilities have been or will

20  be provided.  Is that correct?

21       MR. BRACKEN:  Yes.

22       MR. TOTH:  And you don't probably use much in

23  the way of materials.  It's minimal uses anyway,

24  correct?

1      Let's talk about your engineering consultant

2   that testified to all those specifics previously, is

3   that right?

4      MR. BRACKEN:  Yes.

5      MR. TOTH:  And let's talk about drainage.

6   Most of the site is outdoor work.  You're not really

7   building any new large buildings, right?

8      MR. BRACKEN:  No.

9      MR. TOTH:  No skyscrapers going on the site,

10  there's a lot of undisturbed ground.  You're not

11  really generating a need for water retention.  You

12  had mostly dirt before, and you will have mostly

13  dirt after, correct?

14     MR. BRACKEN:  Correct.

15     MR. TOTH:  The site is on 138th Street based on

16  the size and volume of that road and this and

17  similar businesses, access to the site is sufficient

18  and set up to minimize traffic congestion, correct?

19     MR. BRACKEN:  Yes.

20     MR. TOTH:  You and your engineer already

21  obtained various state and County permits for

22  operations on the site.  And in addition to those

23  you'll conform to all Riverdale ordinances?

24     MR. BRACKEN:   Yes.

1       MR. TOTH:  I will note for the record I think

2   that I could submit it again, we had submitted

3   copies of all our various state and county permits.

4       MR. WELCH:  Yes, it's part of the record from

5   the last hearing.

6       MR. TOTH:  Okay.

7       MR. WELCH:  It's been provided to all Board

8   members.  You're welcome to go through them.  It's

9   part of the record.

10      MR. TOTH:  We'll answer questions from the

11  Board, but if you have some other people who want to

12  speak in favor of it, that's fine.

13      MR. BRACKEN:  Sure.  Tell them what your

14  experience with the facility is and your experience

15  with me.

16      MR. WEBB:  My name is Andre.  I have been there

17  fore five years.

18      MR. WELCH:  State your last name.

19      MR. WEBB:  Webb.  I have been there five years.

20  I was unemployed and had CDLs and couldn't find a

21  job.  And he gave me an opportunity.  I've been

22  working there five years.

23          And I mean everything is good.  The facility

24  that I work out of, I am a rollout driver, and there

1  is nothing cut.  Everything is straight to the

2  chase.

3      MR. CUNNINGHAM:  What is your job?

4      MR. WEBB: I'm a rollout driver.

5      MR. CUNNINGHAM:  And you move material I'm

6  assuming with the truck?

7      MR. WEBB:  Yes.

8      MR. CUNNINGHAM:  So you're onsite many times?

9      MR. WEBB:  Yes, every day.

10      MR. CUNNINGHAM:  Thank you.

11      MR. WITHERSPOON:  My name is Terry Witherspoon.

12  I've been working for Jim for six years.  I am a

13  truck driver.  I drive semis.

14      I moved from Chicago out here, and he

15  provided a job for me.  Me and my wife live in

16  Riverdale.  So far everything has been great, and I

17  thank him for the job that he's provided.

18      MR. GREEN:  My name is Shawn Green.  I have

19  been with Bracken for eleven years.  I came from

20  hauling diesel fuel to this.

21      I left hauling diesel because it was

22  hazardous.  Three people at the job passed away. One

23  included my stepdad.  I left there making $80,000 a

24  year.  I came here.  I'm not making as much, but my

1    health is more important.

2         So he's a real good guy to work for.  I

3    haven't had any problems in 11 years.

4      MR. HALL:  My name is Xavier Hall.  I have been

5    working for Bracken's company for over three years.

6    . I moved out this way because I wanted a better

7    environment for my kids.

8         The city was kind of rough.  So I wanted to

9    move to the suburbs and get a better education, a

10   better upbringing.  When I moved out here, I went to

11   to of the trucking companies, a disposal company,

12   Tri-State.  I've been there a couple of times trying

13   to put in an application, but they always told me

14   they weren't hiring.

15        I see some of their drivers, and I see new

16   drivers.  None of them are minorities.  He also

17   helped my wife and I with a house.  It's been good

18   working there.  I haven't had no problems.  He

19   provided jobs for the miniorities.

20        He provided jobs in the community.  So it's a

21   good environment to work in.  That is about it.

22   Like I said, it's a good place to work.  He's

23   putting out jobs.  And you go to him ask for

24   anything, help you out.  Times get rough sometimes,

TS_00484

1    but you know, he's very approachable, and the

2    company is good.

3        MR. CUNNINGHAM:   You drive as well, Xavier?

4        MR. HALL:   Yes.   I've been driving, I had my

5    CDL for 26 years.   I have been driving dumps for 19

6    years.

7        And I would say 16 out of the 19 years I've

8    been laid off in the wintertime collecting

9    unemployment.   This is the first dump company I have

10   been at where we work all year round.   We work every

11   day.

12       I might get a little slow in the wintertime.

13   You might have a day or two off, but this is the

14   first company I've been in with my driving

15   experience where you are working all year round,

16   never laid off.   It's provided revenue for the

17   family.   You don't have to worry.

18       MR. CUNNINGHAM:   Not to interrupt you, Xavier.

19   To go on and address the pink elephant in the room

20   which everyone came out here for, we're not doubting

21   that he's a good guy because we met a few times.

22       I even patronized.   I have my own small

23   construction company.   So I patronize.   Most people

24   don't understand the process of what's going on.

1   That's why it's a lot of rumors going on.  We just

2   want to know that there's no harm, the activities

3   going to be done.  That's what the bottom line is

4   with this whole big turnout.

5       MR. HALL:  First of all, when we go to a site

6   and get loaded, you already know whether or not the

7   waste, whatever we're hauling is contaminated or

8   not.

9       If it's contaminated waste, we take it to

10  places that specialize in contaminated waste.

11      MR. CUNNINGHAM:  I understand that.  You know

12  you wouldn't take the stuff.

13      MR. WELCH:  One person speak at a time.

14      MR. HALL:  No hazardous waste comes in over at

15  138th, none at all.  Most of the stuff that comes

16  there is concrete, asphalt, stuff like that.  Stuff

17  that can be recycled.

18      But as far as hazardous waste, things of that

19  nature we take them to waste management.  You get a

20  manifest for it and take it out to where it belongs

21  and that's it.  Nothing hazardous comes in that

22  facility.  Absolutely none.

23      MR. CUNNINGHAM:  From my knowledge, I do

24  understand that because if I have got a load that

1   had iron in the concrete, that metal being there it

2   wouldn't be accepted.

3        So that's the same procedure that you guys

4   are working under?

5        MR. WELCH:  Who is familiar with the procedure?

6   Who can speak to it?

7        MR. BRACKEN:  We would not accept anything

8   contaminated.

9        MR. WELCH:  Sir, there's testimony going on.

10  Can you speak to the procedure when materials are

11  delivered onsite?  How is the testing conducted?

12       MR. BRACKEN:  It will come up to the scale, and

13  the scale master will look into the load.  Ask him

14  where it came from.  There will be documentation of

15  where it came from.

16       He will look to see if there's any

17  contaminants.  He will turn around, reject it.  It's

18  basically concrete and asphalt.  They'll dump out in

19  the back.  There's a guy with a machine and radio.

20  If someone tried to pull a fast one, the guy in the

21  machine will radio to him that this guy pulled one

22  over on you.  And it will be reloaded and hauled

23  away.

24       MR. WELCH:  Everyone, please.  This is a

1    hearing.  Please be respectful.  No one has

2    disrespected the residents.  Everyone will have an

3    opportunity to testify and ask him questions.

4         MR. CLARK:  I'm Mr. Clark.  I want to be

5    called.

6         MR. WELCH:  Continue.

7         MR. BRACKEN:  There are procedures in place to

8    protect our site, as well as surrounding area and

9    surrounding town.

10        MR. WELCH:  How do you determine -- you say

11   they will determine if there's contaminants.  How is

12   that determined?

13        MR. BRACKEN:  Even the scale master will look

14   at the load.  There's also items called the PID

15   tester that you could test the dirt.

16            It's a tool you put on the load, and it will

17   detect any contaminants in most excavations that are

18   done in the City of Chicago, anywhere in the State

19   of Illinois they have implemented rules that most of

20   the soil has to get tested, and there has to be a

21   form that goes with the load before it gets

22   delivered.

23            So it has to be approved.  Every site has to

24   be approved or the facility can't take it.  There's

1    a record of that form onsite or in an office

2    somewhere at every facility.

3        MR. WELCH:  Which governmental agency oversees

4    this process?

5        MR. BRACKEN:  The IEPA.

6        MR. WELCH:  What's their role in this process

7    How do they communicate with your business?

8        MR. BRACKEN:  The IEPA will do frequent visits.

9    Some are announced.  Some are unannounced.  They

10   have come to our site in Markham over the last seven

11   years without an issue.

12       If there's a violation they'll tell you.  If

13   there's a violation they will give you a chance to

14   remedy the violation.  But they show up at any time.

15   They'll check out your records and talk to your

16   employees and make sure everything is on the up and

17   up, and they're very active.

18       MR. WELCH:  Do they inspect your processes

19   before you operate?

20       MR. BRACKEN:  Yes.

21       MR. WELCH:  Have they inspected your operations

22   at the site?

23       MR. BRACKEN:  Yes, they are scheduled to come

24   out and inspect it again.

1        MR. WELCH:  And what were the results of the

2   initial inspection?

3        MR. BRACKEN:  No violations.

4        MR. WELCH:  Okay.  Do you have all of the

5   necessary licensing from the Illinois Environmental

6   Protection Agency?

7        MR. BRACKEN:  Yes, we do.

8        MR. WELCH:  Is your presentation concluded?

9        MR. TOTH:  We'll offer ourselves up for

10  questioning if there's something.  Again, like I

11  said, there's misinformation out there, but things

12  that were needing doing or dealing with garbage,

13  things we're not doing.

14        We're not a landfill.  We're not a garbage

15  dump.  Three categories construction of demolition

16  debris and things from your own house or your

17  driveway being broken up.  Wood materials.

18  Processing clean wood materials ran clean soil

19  processing.

20        So that is what we're doing, and we could

21  answer any further questions.

22        MR. BRACKEN:  Once again, these are the

23  drivers.  They operate in the facility, and they

24  live in this area.  They could answer any questions.

1   If there was something wrong, I'm sure they would be

2   the first to bring it up.

3       MR. WELCH:  Does the Board have any questions

4   of the applicant?

5       MS. BLOUNT: I have one that I'm interested in.

6   Because it says this property had been vacant for

7   some time and had been popular as a tourist

8   attraction, people interested in wildlife.

9           And you stated that we are trying to protect

10  some of the wetland areas.

11      MR. WELCH:  That is the minutes from the

12  previous meeting.  Embolism.

13      MS. BLOUNT:  Okay.  I wasn't there.

14      MR. STONE:  I would like to ask one question in

15  reference to all of your permits that are required

16  for you to be fuctioning.  Are you up to date with

17  all of your permits?

18      MR. BRACKEN:  I believe we are.

19      MR. STONE:  All stipulations and amendments?

20      MR. BRACKEN:  Yes.

21      MR. STONE:  As of this date November 2nd, you

22  are complying with all procedures, all protocol?

23      MR. BRACKEN:  Yes, sir.

24      MR. TOTH:  As part of the record, I do have a

1   set of our permits, and I could pass that out to

2   Board members if that is desirable.

3        MR. WELCH:  Yes.  Could we have a motion to

4   enter the forthcoming packet as Applicant's

5   Documents number two.

6        MS. BLOUNT:  Motion.

7        MR. WELCH:  Is there a second?

8        MS. GRIFFITH:  Second.

9        MR. WELCH:  Roll call.

10       MS. RUSSELL:  Mr. Cunningham.

11       MR. CUNNINGHAM:  Aye.

12       MS. RUSSELL:  Member Blount.

13       MS. BLOUNT:  Aye.

14       MS. RUSSELL:  Member Taylor.

15       MR. TAYLOR:  Aye.

16       MS. RUSSELL:  Member Johnson.

17       MS. JOHNSON:  Aye.

18       MS. RUSSELL:  Member Griffin.

19       MS. GRIFFITH:  Aye.

20       MR. TOTH:  I have eight or nine sets.  The

21  first page is a summary sheet.  The rest are copies

22  of permits.  We could still answer questions.

23       MR. STONE:  I have one more question in

24  reference to your removing the materials, such as I

1  think was described as air brushing.

2       What was that for removing some of the wood,

3  and the materials that would use some type of

4  implement where it gets airborne?

5       MR. BRACKEN:  A grinder or crusher.  There is

6  dust control.  We were just visited by the IEPA

7  recently.

8       A month or two ago a lady came in with

9  regards to concerns about air, and we had a

10  suppression system.  She was very pleased.  We have

11  a water truck that goes around the site and water

12  hooked up to the machine that will suppress any dust

13  or pollutants that go into the air, but they don't.

14       MR. STONE:  If I may, you're hauling materials.

15  Does that happen on a weekly basis, 24 hour basis?

16       MR. BRACKEN:  Right now it's a daily basis.

17       MR. STONE:  Monday through Friday?

18       MR. BRACKEN:  Yes.

19       MR. STONE:  Thank you.   No further questions.

20       MR. WELCH:  If there's no further testimony

21  from the applicant, you could sit down.  You may be

22  called up for further questions.

23       MR. WELCH:  At this time I ask that we could

24  open up for public testimony.

1     MR. STONE:  So moved.

2     MR. WELCH:  Is there a second?

3     MR. CUNNINGHAM:  Second.

4     MR. WELCH:  All in favor say aye.  Is there

5  anyone who would like to speak in relation to this

6  application?  State your name.

7     MS. SHIPP:  Good evening.  My name is Carmella

8  J. Shipp.  And you all know me.  I was chairperson

9  on the Board.

10     First of all, the love of money is the root

11  of all kinds of evil.  I just want to know how much

12  money is at stake in Riverdale to harm poor black

13  people.  On the people that testified for how much

14  money you made, that is all you could testify is how

15  much money you are making working with this company.

16  If you are, but you don't have the idea of what's

17  going on.

18     I was chairperson, been here since 2008.

19  Because how they knew how strongly I was against

20  this company coming in to dump any kind of waste on

21  our land, the Mayor of Riverdale personally gave me

22  a letter right away to terminate my position as

23  chairperson on the previous board meeting and hire,

24  I assume, people that would probably be on his side,

1    which is what they rightfully do.

2         I could say working with the mayor because

3    they're so interested in saying how lovely this

4    company is.  Oh, I have done business with this

5    company.  Then you go out and shout against the

6    audience here hollering against the neighbors.  We

7    live in this town.

8         I am standing on behalf of myself, the

9    neighbors here and future neighbors.  You took an

10   oath to serve and protect people.  You're not doing

11   that.  So it's all about the mighty buck.  I don't

12   know if some of you all are involved in this evil

13   works.  How can you sleep at night?

14        They always, and I'm going to say the white

15   people come in and make money off the blacks.  Then

16   the blacks come in.  They testify oh, such a lovely

17   company.  Oh, such a lovely company.  They do it all

18   the time.  They do it when they're running for

19   mayor.  Whatever office.

20        They use us as their money pocket and then

21   when in -- Riverdale is already in the hole.  Why

22   they're running here, I don't know if it's because

23   they make more money off the suffering poor people.

24   People don't wake up.  You better wake up, black

1   people.

2        You could get with the mayor.  Maybe they

3   promised you some money.  That say what it's all

4   about.  What money did they promise you.  But they

5   say black lives matter.  Don't matter here in

6   Riverdale or is it just a Chicago slogan.  It's

7   happening all over.  In fact, it's in the paper

8   about the black community and the poor suburban

9   community pay the highest water bill.  Mine was

10  $142. I don't know about you, but I never in my life

11  paid a $142 water bill.  This is a poor community.

12       MR. WELCH: Ms. Shipp, I'm sorry to interrupt.

13  This is a hearing on the application to --

14       MS. SHIPP: Don't interrupt me.  This is all

15  coming together about the love of money is the root

16  of all evil, and this company is a part of it.  And

17  you might be a part of it too.  So keep that on the

18  record.  We can't do anything.

19       MR. WELCH:  We have to keep it relevant to the

20  proposed operations of this business.

21       MS. SHIPP:  Don't shut me down.  We live here.

22  They pay you a check that comes from the poor

23  residents of Riverdale.

24       You should never shut down talking that pays

1    your salary.  So the people that came to testify, a

2    lot of you made such money.  You're killing lives.

3    Can you sleep at night?

4        MR. WELCH:  Thank you.

5        MS. HORTON:  My name is Mrs. Horton.  I have

6    been in Riverdale almost 30 years.  Mr. Welch, I am

7    disapppointed in you tonight, I really am, simply

8    because -- I'm serious.

9        Simply because had there been more

10   transparency, we wouldn't have had to do this.  If

11   somebody would let us know something sometimes, but

12   very rarely do we find out anything.  When we find

13   out, it's already at a critical stage.

14       MR. WELCH:  Respectfully, this is a public

15   hearing on the operations of the facility.

16       MS. HORTON:  I know what it is now, but I

17   didn't know what it was until somebody brought it to

18   my attention.

19       I didn't even know that they were trying to

20   put anything over there.  Sir, I am so sorry that

21   you feel like if we are getting on your nerves, but

22   we're going to get on your nerves worse than this if

23   you put something out here that is going to be

24   detrimental and poisonous.

1    MR. CUNNINGHAM:  What is getting on my nerves--

2    MS. HORTON:  I have the floor right now.

3  Robby, when you get a moment you could tell

4  Ms. Horton what the heck is going on because to tell

5  you the truth in this room, the only person I trust

6  in here that is up there is you because you have

7  always been straight for me, and you always tell me

8  the truth.  I hope to God that you are never lying

9  to me.

10       So far you haven't.  But I do not appreciate

11  having to come up here and not know anything.  You

12  know darn well these people don't know nothing about

13  whatever in the heck it is you're talking about.  I

14  don't know what these gentlemen are talking about.

15       The young men, I am so glad you got jobs.  I

16  don't never want to see you without a job.  I want

17  you all to have a job, but I don't want you to have

18  a job that is going to poison me.  It's just about

19  the transparency.  We don't find out nothing until

20  it's too late.

21    MR. WATSON:  My name is Thomas Watson.  I'm not

22  turning my back on you.  I want to talk to the rest

23  of us.  I am the most proud black person you could

24  ever know.

1       This gentleman right here, I work for him,

2 but in a different way.  I own two dump trucks.  Out

3 of all the dump trucks in the City of Chicago, this

4 man is the only one that have taken me in and a lot

5 of other black folks.

6       I am just saying that now to residents.  I

7 dump clean concrete, clean gravel, clean rocks.  If

8 it was contaminated in there I would be sick.  All

9 the folks, all them guys would be contaminated and

10 would be sick.  We're driving this stuff.  We're

11 walking on this stuff.  I want to talk to them to

12 let them know that all that stuff that is going on

13 down there it's clean.

14       If you drive down there, all that stuff is

15 clean over there.  There is nothing contaminated.

16 The reason why, because I drive a long way every day

17 to Joliet to Waste Management to take the

18 contaminated stuff.  Everything is clean over there.

19 That is all I could tell you.

20     MR. WELCH:  Stat your name for the record.

21     MR. REYNOLDS:  My name is James Reynolds.  I am

22 listening to everybody talk.  And everybody says

23 good things about this company.  Maybe so that is

24 true.

1    The first things we were told about this
2 company is that they're going to come in here, and
3 they were going to have materials that we could buy
4 and use, such as mulch and dirt.  There is no way no
5 one in Riverdale, unless you have a dump truck can
6 go over there and buy anything because they do not
7 cell mulch, dir, gravel to anyone by the bag.
8    You have to be a contractor because they sell
9 it by the ton.  I've been there.  I made an inquiry.
10 You have to buy it by the ton, and you have to have
11 a truck for them to load it.  They're not selling
12 you bags of mulch, bags of dirt or bags of gravel.
13    Another thing I would like to know is does
14 this company have a site setting for that site?
15    MR. WELCH:  Could you explain what you mean by
16 a setting?
17    MR. REYNOLDS:  That is like to do this dumping.
18 Are you dumping over there now?  Are you dumping
19 over there now concrete or anything else?
20    Can I get an answer?  Are you dumping
21 concrete?
22    MR. WELCH:   could you answer the question?
23    MR. BRACKEN:  Yes, we're dumping concrete.
24    MR. REYNOLDS:  You don't have a permit?

1       MR. BRACKEN:  We do.

2       MR. REYNOLDS: From who?

3       MR. BRACKEN:  The IEPA.

4       MR. REYNOLDS:  And you dump concrete and cover

5   over it with dirt.  Don't tell me.  I have the

6   pictures.  I was there.  Don't you see it?

7       I'm looking at it.  This is concrete, and you

8   got the load covering it over with dirt.

9       MR. WELCH:  If you are asking them a question--

10      MR. REYNOLDS:  No, I'm not asking a question.

11      MR. WELCH:  Ask a question, and they will

12  respond.

13      MR. REYNOLDS:  I will withdraw the question.

14      MR. WELCH:  Again, Mr. Reynold has the floor.

15  Whoever has the floor should be permitted to speak.

16  We're creating a record.  We need to be able to

17  understand what everyone is saying.

18      MR. REYNOLDS:  Let me finish. I am not going to

19  stand by.  We were told that they were going to sell

20  mulch.  I went over there, and mulch cost something

21  like $27 a ton.

22      My buddy here says he buys mulch and dirt

23  from there.  I went there.  I said I need some

24  mulch.  The lady at the gate says sure, you could

1  get all the mulch and dirt you want, but you must

2  brinkg your truck.

3      So how does that benefit us in Riverdaele

4  when they tell you that you could go here, and you

5  could buy this mulch and this dirt.  So that is just

6  a coverup.  So behind all this facade all the way

7  back in the back, all the way back in the back dump

8  trucks are coming in every day, twenty-four hours a

9  day dumping.

10      And they got a loader there covering it up

11  with dirt.  That is illegal, first of all.  Don't

12  tell me.  It's illegal, I know.

13      MR. WELCH:  Address the Board, Mr. Reynolds.

14      MR. REYNOLDS:  And like I was seeing by the

15  Board we have all these new members on here.  I

16  would like to address this question to the Board.

17      What is a conditional use?  What does that

18  mean to you?  What does that mean to you?  Can any

19  one of you all tell me that?  Can anyone tell me

20  that is on this Commission?

21      MR. WELCH:  That will be discussed during Board

22  discussion.

23      MR. REYNOLDS:  What is a variance?  You are

24  going to issue these people a permit, and they're

1   going to say eventually we might accept waste.  We

2   might on a conditional basis, but yet still you all

3   don't know what it is and what they might accept.

4        And you guys here is going to vote for this

5   here, and they're talking about bringing waste in

6   from Chicago to dump.  When they dump -- in Chicago

7   you know what is in the streets of Chicago and

8   eventually you talk about the water runoff.

9        Ask him about the water runoff.  Where is the

10  water running off to?  Where is it going to go, into

11  a retention pond?  How can you put it in a retention

12  pond if they do not own a retention pond?  Where is

13  this water going to go?

14        You as members of the Zoning Board, you must

15  think about this before you all make a rational

16  decision.  This is going to affect my life, and the

17  lives of the people and the residents of Riverdale.

18  You sit there smiling and all glib and like this

19  here and say yes.

20        All you're going to do is say I approve, but

21  you're not thinking about the long term down the

22  road.  The effects it's going to have on us.  You're

23  not thinking about that.  Stopping thinking of

24  yourself, think about the future of our community.

1    You need to think about sitting there glib and all.

2    This don't mean a thing if you are going to kill us

3    down the road.

4           Cancer comes from stuff like this here, not

5    right away, but do you know the road.   Think about

6    that.   I'm through.

7           MR. WELCH:   State your name for the record.

8           MR. DEAN:   Dion Dean.

9           MR. WELCH:   Mr. Dean has the floor.   We need to

10   be quiet.   There's a record being created.

11          MR. DEAN:   For one thing, I am here as a

12   concerned resident of Riverdale.   One of the things

13   that was just spoken about, first of all, the lack

14   of information given to the community before this

15   was even moved on.

16          I think that the Zoning Board and the Board

17   of Trustees allowing this to move forward, one of

18   the concerns is I want to you know the fact of lack

19   of information given to us as a community to know

20   that this was going on.

21

22          We got it at the fifth hour that we have a

23   company that wants to dump in Riverdale.   Now, in

24   that particular area that was an area during my

1    time, and the Board, most of you know who I am.

2    That's an area we were looking at cleaning up.  We

3    were doing lawsuits too.

4         This is on point.  We were doing lawsuits to

5    make companies come to clean that area up.  Now,

6    we're talking about bringing in hazardous materials

7    from wherever, Chicago.  We know it is coming from

8    Chicago.  We know this is material that is not going

9    to be clean material coming to our community.

10        This is where we raise our children.  This is

11   where our seniors and all these working men and

12   women live.  I think it is wrong, that the way this

13   has been done is wrong.  Now, one of the things I

14   did read and have some materials on, I didn't have

15   an opportunity to bring it with me this evening is

16   the material is going to be there at least 45 days

17   to six months sitting in our community.

18        Now, you tell me that these dumping

19   situations are not contaminated, but I know all

20   materials has something going on with it.  For it to

21   sit in our community, none of you all can tell me

22   I'm wrong.  I have the document.  They have 45 days,

23   to almost six months sitting in our community.

24        You are telling me you have ways to protect

1  it from spilling.  Where is it going?  Is it going

2  into the pond that is already contaminated that we

3  were talking about cleaning up?  Where is it going?

4  This is our water going to our community.  Where is

5  it going?  This is information we should know before

6  you move forward on projects like this.

7        We're drinking the water in this community.

8  None of you all are.  I don't know about how clean

9  the materials are, but you don't live in Riverdale.

10  These are the concerns we have. There are

11  communities right now that have contaminated water

12  due to dumping.

13        Now, you're going to bring it here to

14  Riverdale.  I think it's a shame.  In that area

15  right now not only are you hurting our community,

16  also other businesses that want to come along that

17  corridor that we were talking about cleaning up.

18  Why should they come in knowing that we're making it

19  a dumping ground?  They're not going to come now

20  because they have employees that work in that

21  building, the bosses, the residents have to be in

22  that building as well.

23        I think you guys need to think this through.

24  This is our community.  This is our community.

RECORD OF PROCEEDINGS   - 11/02/2017      Page 53

1       MR. McKAY:  My name is Roy McKay.  I have a

2   question.  My first question, we have one transfer

3   station in the Village already right around the

4   corner.

5       Why do we need another one is my point?

6   Number one, you also said that you guys would take

7   all the stuff out that shouldn't being there.  I

8   want to know how are you going to take the oils out?

9   How are you going to take all those things out that

10  goes into the ground and who is going to remove it.

11  Why do we need another transfer station?  It's not

12  going to work here because we know exactly what's

13  going on here.

14      And I for one -- most of you know who I am.

15  I do this work every day.  I am done.  So I'm not

16  for it, and you guys are wrong for doing it.

17      MR. WELCH:  State your name for the record.

18      MR. CLARK:  Everybody know my name.  My name is

19  William Clark.

20      MR. WELCH:  Do you swear to tell the truth?

21      THE WITNESS:  Most of the time.

22      MR. WELCH:  You need to say yes.

23      MR. CLARK:  Yes. I tell the truth all the time.

24  You all trying to make this community, and you know

1    what I'm talking about, like where my son lives in

2    University Park.

3        It has been devastated there because they have

4    a mess like this.  What do you all know about what

5    Roy McKay is talking about, and Dion is talking

6    about?  You haven't been here long enough to know

7    other than Mr. Cunningham.

8        That land is contaminated.  It has always

9    been contaminated because that's why nothing was

10   ever over there other than the scrap metal place,

11   and ABC with the oil contaminated the land.

12       They come in and covered it up.  And in order

13   to remove contamination you got to go 6 feet down,

14   put crushed rock.  On top of the crushed rock, you

15   got to put boulders to clean up the contamination.

16       Why do you think nothing has been over there

17   in 20 years, thirty years?  I have been in Riverdale

18   for 28 of them years.  When I moved here the scrap

19   metal place was shut down.  The oil from the motors

20   from ABC running off into their land.  You all had

21   no idea what Mr. Reynolds was talking about when he

22   asked you about zoning.  You don't know.  You are

23   hand picked puppets.

24       MR. CUNNINGHAM:  Now, you're out of line.  I

1    have a degree in construction technology.  I know

2    more about construction and building than any of you

3    all.

4        MR. WELCH:  Mr. Clark and Mr. Cunningham,

5    order.  Mr. Cunningham, Mr. Clark, keep it civil.

6    Keep it to the application.

7        MR. CLARK: Stop getting put on these Boards

8    that you're not qualified to be on.

9        MR. WELCH:  Mr. Clark.

10       MR. CLARK:  You are not qualified to be on the

11   library Board.

12       MR. WELCH:  Mr. Clark, please discuss the

13   application.

14       MR. CLARK:  Running around playing police

15   officer.

16       MR. WELCH:  Keep it to the application.

17       MR. CLARK:  Sometimes it is better to be a

18   tired fool and open your mouth and remove all

19   doubts.  Ain't nobody going to mess with me.

20       MR. WELCH:  Mr. Cunningham, Mr. Clark, let's

21   give mutual respect.

22       MR. CLARK:  You want to see me?

23       MR. WELCH:  Mr. Clark, please.

24       MR. CLARK:  Get back to the issue.  It would be

1    a shame.  You are all a disgrace to our community.

2    We don't need no dump.  We need hardware store.  We

3    need a supermarket, something that is going to

4    benefit the community.

5           The thing of it is why not act like

6    responsible community people and ask for things that

7    we need.  Ask for things that the children can be

8    proud to go to.  You want your child going up there

9    to a dump, no.

10          Nobody is trying to bring anything into this

11   community that we need.  It was they were going to

12   open a restaurant right across the street here.

13   That was a year and a half ago.  It ain't open yet.

14   Why?  Because the property taxes are too high.

15   We're not going to get no supermarket.  That is

16   18 miles of land.

17          That would have been nice to get.  But this

18   administration can't get those kinds of businesses

19   to come here.  We suffer from the lack of knowledge.

20   We do nothing to try to uplift this community.  We

21   kill it, just like University Park.  My son and his

22   children, and his wife live in a devastated

23   community.

24          That is just the way this one is headed.

1   Ms. Horton got a daughter that live in University

2   Park.  There is absolutely nothing there.  Four

3   policemen, four firemen.

4        MR. WELCH:  Mr. Clark.

5        MR. CLARK:  All the people in that

6   administration, $800,000 messed up government money.

7   Being indicted.

8        MR. WELCH:  Mr. Clark, keep it relevant to this

9   application.

10       MR. CLARK:  The application should be thrown in

11  the garbage.  It should be thrown in the garbage. It

12  ain't even worth the paper that it's written on.

13       MR. WELCH:  State your name for the record.

14       MS. GILMORE:  Cynthia Gilmore.  One of the

15  things that came to mind when you guys talk about a

16  recycling dump, whether it be hazardous or not, if

17  you check the property values, I recently had an

18  appraisal done on my house, and it is heartbreaking.

19       Most of us couldn't move if we wanted to

20  because our value in our house is so under water, it

21  is heartbreaking.  And half of the reasons is

22  because nobody wants to buy in Riverdale because of

23  all the problems that we having.

24       We have multiple problems and to add one more

1   to that pile is unacceptable.  Mr. Clark stated all

2   the things that we need in this community.  Some of

3   the things -- and Robby, I talked to you I swear

4   once a week.  We can't control squatters.  We can't

5   control renters.  We can't control these crackheads

6   running around here.

7        I know they got EPA and all that good stuff.

8   On a day to bay basis all we have is you.  I have a

9   problem getting a house looked at because we have

10  squatters stealing gas, electric and water.

11       Their intentions may be good in the beginning

12  just like every other business.  They're all nice,

13  shiny and cute and come with all these little pieces

14  of paper saying what they're going to do.

15       Four months down the line it's a whole

16  different story.  I came to a Board Zoning meeting.

17  You let a place go in on 139th and Indiana. Everyone

18  said all the right words, we're going to stay open

19  from nine to five.

20       We called you several times on that company.

21  Robby, your hands are full as it is with the other

22  stuff.  This community needs a lot of things.  A

23  recycling plant is not one of them or a recycling

24  dump or whatever word you wan to put on it.

1      Once again, we only have you to monitor all

2   of these problem.  And right now as of today like I

3   said, you have a house on my block.  I can't get any

4   satisfaction on that situation, Robby.  When they

5   get together what they're going to do, who are we

6   going to call?  It took us 15 to 20 years to get

7   some sewers in there.  That finally got done.  Yeah,

8   but 20 years that people had to suffer through.

9

10      How long is it going to take?  How many years

11   is it going to take when they start doing what they

12   want to do at our expense.  Nobody over here.  I

13   don't know what city you live in.  When my value was

14   down, your value was down, and your value was down.

15   I don't care what they do with their house.

16      We can't sell.  And the only people buying

17   coming to this community are renters who are

18   Section 8.  I'm not saying all Section 8 are bad.  We

19   don't have enough people to monitor half the things

20   that is going on.

21      You've been on 138th Street.  They have a

22   license I understand.  You're doing a terrible job,

23   and we're going to continue to let more stuff get

24   dumped on us.  I really wish you guys would look at

1  what you're doing, not just this company, but with

2  anybody else you bring in the future.

3          This is ridiculous  Check your value on your

4  home.  I'm assuming all you guys lives in Riverdale,

5  am I correct?  Google it.  Try to sell it.  Call an

6  agent.  Crime is going up.

7      MR. CUNNINGHAM: I paid for mine cash.

8      MS. GILMORE:  Good for you, but a lot of people

9  still have mortgages.  A lot of elderlies that have

10  a mortgage.

11      MR. WELCH:  Mr. Cunningham, please.

12      MS. GILMORE:  You guys better do a better job.

13      MR. BRACKEN: Can I jump in to say one thing?

14      MR. WELCH:  We'll give you a chance.

15      MS. RANDALL:  Kay Randall.  I have been living

16  in Riverdale since 1986.  My house is worth less

17  than what I paid for it in 1986, and and as bad as

18  we need business in Riverdale, this is not a

19  business that we need.

20          We need a business that is going to benefit

21  our kids' kids because we might not be here long

22  enough to see the effects of a dump.  As they said

23  earlier, who is going to monitor this and what's

24  already in the soil from ABC Auto and the other one

1  across the street in Blue Island.

2        They're dumping cars, their engines on daily

3  basis that's been sitting there for years.  I lived

4  here for 31 years.  When I moved to Riverdale, that

5  place on 138th Street was on its way out.  So if

6  that property has been vacant that long, who has

7  went in there to clean it up to make it salvageable

8  now?

9        Who cleaned up that property?  Now they're

10  asking us to put more waste on top of waste.  Please

11  think about our village.  As bad as we need business

12  here, and we are in desperate need of businesses to

13  offset our homeowners property tax.

14        Our property taxes are ridiculous because we

15  don't have any businesses to absorb anything here.

16  We used to have Acme Steel.  When Acme Steel was

17  here, all things were good.  When I moved to

18  Riverdale my taxes were $400 a year.  Now it's

19  $4,000.  And I paid $58,000 for my house, and it's

20  worth less now than it was in 1986.  That's a shame.

21        As they say, you can't sell it.  I can't

22  move.  All I could do is walk away and cut a loss.

23  That's all I can do.  And that's what my neighbors

24  are doing because the property taxes in Riverdale

1    are ridiculous.  But we're just one of many suburbs

2    that are in this place.

3            And we don't need this type of business.  We

4    need grocery stores.  We need doctors here.  I can't

5    even come up to 144th Street and buy a tomato.

6    Where can you get a tomato in Riverdale?  Where can

7    you get a green pepper in Riverdale?  I don't know.

8    That is what we need.

9            Do anybody know where you could get an onion

10   in Riverdale?  We used to have a grocery store.  Not

11   anymore.  144th Street used to be very vibrant.  We

12   had everything right here in Riverdale.  But for one

13   reason or another those businesses left.

14       MR. WELCH:  This is a hearing on an

15   application.

16       MS. GILMORE:  I am talking now, and I have the

17   floor now.

18       MR. WELCH:  It has to be relevant to the

19   application.

20       MS. GILMORE:  It is relevant.

21       MR. WELCH:  General discussions in the

22   community.

23       MS. GILMORE:  You don't live in Riverdale.

24       MR. WELCH:  Let's talk about the application.

1      MS. GILMORE:  When this meeting is over, you

2   get in your car and leave Riverdale, and the next

3   time you come back is when we have a meeting, yet we

4   pay your salary, and you're trying to cut me off.

5   And I do not appreciate it.

6       And it is relevant.  It is relevant because we

7   don't need somebody to dump on top of a dump.

8      MR. WELCH:  Fair enough.  Let's talk about the

9   dump.

10     MS. GILMORE:  That's what I'm talking about.

11     MR. WELCH:  We're talking about --

12     THE WITNESS:  It ties into all of it.  We don't

13  need a dump.  We already have one.  Why do we need

14  another dump in Riverdale?

15      Who is going to go there and buy mulch and

16  in bulk.  Do you need a half a ton of mulch at your

17  residence.  Are you going there to buy mulch and

18  dirt.  Who needs that kind of dirt?  Please take

19  into consideration, like I say, we might be around

20  to see the negative events, but if you have

21  children, grandchildren and some of you might have

22  great children, think about them if not yourself.

23  Thank you.

24     MR. BRACKEN:  One thing I want to make pretty

1  clear, everybody keeps referring to it as a dump.

2  It's a recycling facility.  We could use the

3  material.  That is beneficial to the town.

4  Everybody believes in the chief.  Chief, you've been

5  there.  You've seen it.  We have also done other

6  things for the town.  We have done demolition.

7      MR. WELCH:  It's his application.  He could be

8  called up.  State your name for the record.

9      MS. SIMS:  Janice Sims.  I've been in this

10  community since 1984s.

11      I am appealing to you Board members, please.

12  We don't need this.  We need other things.  I'm a

13  retired educator and a nurse.  We need a health care

14  facility.  We need so many other things.  So please

15  in your heart, please reevaluate it.

16      And most important, put prayer on it.  Do you

17  hear me?  Please do that.  Twenty-five years ago, I

18  don't know the old timers around here, they tried do

19  the same thing.  Ms. Horton and I, we go back years.

20  We didn't need it then.  We don't need it now.  We

21  need other things.

22      So please and that is all Ms. Sims has to

23  say. Put prayer on it please, because I am.

24      MR. WELCH:  Do you intend on calling anyone up

1    to testify?

2        MR. LaROSE:  I might, but it's probably just

3    going to be me.

4        MR. WELCH:  State your name for the record.

5        MR. LaROSE:  Mark LaRose.  Members of the

6    Board, I do not agree with or condone any attacks on

7    your integrity or your knowledge or anything about

8    why you are here.

9            Mr. Welch, I submitted a letter earlier

10   today, November 2nd, a supplement to my

11   September 5th letter.

12       MR. WELCH:  Do you want to make a motion to

13   enter this document into the record.  It's called

14   LaRose Document number 1.

15       MR. LaROSE:  Tri-State.

16       MR. WELCH:  You're here as counsel for

17   Tri-State?

18       MR. LaROSE:  Yes.

19       THE WITNESS:  We'll call it Tri-State Document

20   number 1.  Do we have a motion?

21       MR. CUNNINGHAM:  Aye.

22       MR. WELCH:  So moved.

23       MS. JOHNSON:  Second.

24       MR. WELCH:  All in favor.  Roll call.

RECORD OF PROCEEDINGS   - 11/02/2017      Page 66

1    MS. RUSSELL:  Member Cunningham.

2    MR. CUNNINGHAM: Yes.

3    MS. RUSSELL:  Member Blount.

4    MS. BLOUNT: Yes.

5    MS. RUSSELL:  Member Taylor.

6    MR. TAYLOR:  Aye.

7    MS. RUSSELL:  Member Johnson.

8    MS. JOHNSON:  Aye.

9    MS. RUSSELL:  Member Stone.

10   MR. STONE: Aye.

11   MS. RUSSELL:  Member Griffin.

12   MS. GRIFFITH:  Aye.

13   MR. WELCH:  Okay.

14   MR. LaROSE:  I apologize for getting this

15   document to you so late, but at the last hearing  --

16   that was actually a hearing on September 5.  Some of

17   you were here.  Mr. Cunningham was here.  Ms. Blount

18   was here.  I think maybe Ms. Anthony was here.

19        Anyway, the Board asked for additional

20   information and said they wanted additional

21   information to consider it and that is why this is

22   here.  I apologize for being late.  There's a reason

23   for it.  Some folks stood up and said there was a

24   lack of transparency.

RECORD OF PROCEEDINGS   - 11/02/2017        Page 67

1      I found out about two weeks ago that

2   Ms. Shipp was terminated from the Board.  They said

3   that she was terminated because her term had

4   expired.  Well, her term had expired two years ago.

5   She only got terminated after she expressed some

6   displeasure that she was against this application.

7      That same day, three of you guys were

8   appointed to the Board.  Mr. Stone was one of them.

9   When I called the Village and said can you tell me

10  who is on the Board, you know what they told me?

11  File a Freedom of Information request.  Really.

12  Spend the time and money to write a letter to find

13  out what somebody could have and should have told me

14  over the telephone.

15     I didn't know until last night who was on

16  this Board.  I got the answer to the Freedom of

17  Information request last night.  So I couldn't even

18  address this letter to you all until today and

19  that's why you got it today.

20     Mr. Stone, you asked a great question.  Do

21  you have all of the permits.  Guess what?  They said

22  they did.  That's a lie.  That's a lie.  If you look

23  at the applicant's submittal, I think it was number

24  two, and there's a summary page, the only thing they

1    have from the IEPA is the third thing down,

2    Riverdale CCD recycling application.  And it's for

3    the development of a recycling facility.

4         I have looked at that permit because I had to

5    FOIA the IEPA and the Village to get it.  It doesn't

6    allow operation.  One, it's only a developmental

7    permit.  It says that the applicant still has to

8    apply for the proper Riverdale approvals, and it

9    says that they can't operate until they get an

10   operating permit.  Well, guess what.  They're

11   operating.  They're operating.

12        And in the package I gave you --

13        MR. WELCH:  Hold it.  Everyone again, we're

14   creating a record.  He has the floor.

15        MR. LaROSE:  Everyone, please.  I was

16   respectful of all of you.  So they're operating.  In

17   the package that I gave you today, there's pictures

18   of the operation.

19        Also while I respect all of your positions

20   on the Board and your appointments and all that, and

21   it's in here.  Ms. Shipp heard the evidence.  People

22   stood up.  They were sworn in to tell the truth.

23   They did some more of that tonight.

24        They get rid of Ms. Shipp.  The mayor is for

1   this.  His picture is on the street there.  Another

2   project brought to you by Lawrence Jackson.  So we

3   kind of know what's going on here, but my question

4   is isn't it difficult for any of you that were newly

5   appointed to rule on this now without taking a

6   closer look at it when you weren't here for the

7   prior testimony?

8        Now, this is my court reporter.  They didn't

9   pay for this, I did.  I have a court reporter.  You

10  might have all been given the transcript, but as you

11  know, the transcript is words, and the testimony is

12  testimony.  You look in people's eyes.  You could

13  tell what's going on.

14       MR. WELCH:  Mr. LaRose, they don't rule on

15  anything.  They're merely a recommending body.  And

16  any review is a legislation decision subject to de

17  novo review.

18       MR. LaROSE:  I understand that, but they are

19  going to vote to recommend or not recommend.  So if

20  they're not doing that, what are we doing here?

21       MR. WELCH:  They're voting to recommend.

22       MR. LaROSE:  To recommend or not recommend.  So

23  they do decide stuff with all due respect,

24  Mr. Welch.

1      So you're going to be asked to decide whether

2   to recommend approval of the Village Board of this

3   application or not recommend it.  When your

4   ordinance -- and it's in this document I gave you.

5   Your ordinance says that you shouldn't give a

6   conditional use to somebody who created their own

7   problem.

8      Well, they bought the property.  They applied

9   for the permit, but they didn't get them all.

10      MR. WELCH:  Could you identify where that

11   applies, the conditional use?

12      MR. LaROSE:  Sure.  It's in the letter if

13   anybody took the chance to read it.  It is Title 17

14   of the zoning regulations, and it says the VBA shall

15   vary its zoning regulations --

16      MR. WELCH:  That's a variance.

17      MR. LaROSE:  If the difficulty or hardship is

18   caused by Title 17 and has not been created in any

19   way by the persons presently having an interest in

20   the property.

21      MR. WELCH:  That is a variance.  They are

22   applying for a conditional use.  They're not the

23   same thing.

24      MR. LaROSE:  So the conditional use, I'm not

1  sure why you're asking me questions because you

2  don't have any jurisdiction here, none whatsoever.

3      MR. WELCH:  I am their attorney advising them.

4      MR. LaROSE:  You could advise them, but I'm not

5  sure why I have to be cross-examined by you because

6  you're not on the Board.  You're not the Chairman of

7  the Board.

8      Quite frankly, you shouldn't be saying

9  anything at all.

10     MR. WELCH:  The Board has authorized me.

11     MR. LaROSE:  There is a Chairman of this Board,

12 I would imagine that has been assigned as chairman.

13     MR. WELCH:  Not at this time.

14     MR. LaROSE:  Anyway, here's the point.  Do you

15 want to let me be cross-examined by your attorney,

16 fine.

17     These folks came here to get your

18 recommendation to operate this business.  And before

19 the hearing is even over, they're operating the

20 business.  This is the kind of folks you're dealing

21 with, okay.  I'll tell you something else about this

22 property.

23     Some of you knew this because you were here

24 before.  But I worked in this property and at this

1  property from 1986 to 1994 almost every single day.

2  I didn't live in Riverdale, but I worked here

3  almost every single day.

4       There isn't anybody in this room, maybe not

5  many people left in Riverdale that know this

6  property better than I do.  I'll tell you one thing,

7  it's a sham.  These guys talk about where the runoff

8  is going into the detention pond right here.  Guess

9  what, here is the property line.

10      They don't own the detention pond.  They have

11  no right to put anything in there.  They don't own

12  the retention pond.  The other thing is kind of like

13  do you add insult to injury.  The injury is the

14  already terrible condition of the site.  Mr. Toth,

15  the attorney, and Mr. Liss, the last time it's in

16  this letter here verbatim from the record said

17  there's no environmental problem with the property.

18      I got up there and said I know differently.

19  I said that's a lie.  Attached to this is an

20  Illinois Appellate Court case, from the early 1960s

21  that approved the shutdown of this open pit

22  landfill.  Some of the testimony that was in this

23  Appellate Court case, and I gave it to you here,

24  says that it operated 24 hours a day.

1   They dumped sludge.  They dumped hazardous

2   waste.  They dumped paint.  When it got too hot it

3   lit on fire, and the flames were more than 100 feet.

4   That is not me talking, that's the Appellate Court

5   case and that's these guys saying there's no problem

6   with this site.  And there it is in writing.

7   Don't listen to me, listen to the Illinois

8   Appellate Court.  Now, does any expect them to clean

9   it up?  I say no.  It would cost hundreds of

10  millions of dollars.  But the point is all that

11  stuff that got dumped into the landfill, all of the

12  hazardous waste, it's still there.  That's the

13  injury.  The insult is -- so remember what they

14  said.  It's all dirt.  We won't have any problem.

15  You're going to put materials on the dirt.

16  When the rains hits it could leach further into the

17  ground and add insult to the injury that's already

18  there.

19  If this place was going to be developed

20  correctly, it should be capped off with some kind of

21  asphalt, concrete so that materials that are dumped

22  on top of it can't get back into the ground to add

23  insult to injury.

24  Let's talk for a second about the new

1   company. I get that. I am a transactional lawyer.

2   I help people form new businesses every single day.

3   So a guy comes to me and says I'm going to form a

4   new business because I am going to buy this

5   property. I'll run it. Form me a new business

6   because I don't want my other businesses to be

7   liable for what I'm doing in the new business.

8        That's really smart. I do that for people all

9   the time. But the reason for that is so that if

10  something goes wrong, then that new business can

11  just go bankrupt and walk away, and the riches of

12  the other businesses don't get touched. So there's

13  a way to solve that.

14       My client is Tri-State Disposal. Tri-State

15  is not 700-yards from this facility. Right around

16  the corner on Ashland. When Tri-State came in the

17  early 2000s and took over the transfer station they

18  were required by the Village of Riverdale to post a

19  $50,000 CD. It's still sitting in the bank for the

20  benefit of Riverdale.

21       They also were required by contract to pay

22  royalties to the City, to the Village and since the

23  early 2000s my client has paid over one million

24  dollars. None of this maybe we'll fix your alley or

1  we'll give you some dirt.  They pay every month to

2  go in there with a report.  There is what I dumped

3  there, and here's your royalty.  Well over a million

4  dollars.

5      If you are thinking about doing this, make

6  sure you put some conditions in there that says

7  these guys got to put up some security because if it

8  don't work out for them and they run for the hills,

9  then we have something to take care of the property.

10     Mr. Bracken says -- Mr. Stone, you asked

11  another good question or somebody did.  How do you

12  know that what comes in there isn't hazardous?

13  Well, Mr. Bracken said we look at it.  And then he

14  said they backed up and said hey, there's some

15  paperwork and should be in the office, whatever.

16  They do this every day, this environmental stuff.

17     With the U.S. EPA, IEPA, the Cook County

18  Department of Environment, the City of Chicago

19  Metropolitan Sanitary District.  None of them look

20  at nothing.  It is the owner's responsibility if

21  it's special waste, which is industrial waste,

22  pollution control, waste.  It has to have a

23  manifest.  If it's industrial waste, it can't go

24  there.  But if it's got nothing, you can't just look

1    at a pile of dirt.

2           My job for the scrap metal yard was to test

3    their waste every month.  Literally I got on the

4    pile, took my sample itself, sent it into the lab to

5    determine what the content was.  Was it PCBs, was

6    there lead in it.  Was there cadmium.  That was kind

7    of the bad actors that you were trying to stay away

8    from.  I still do that today.

9           I still go out.  I climb on a waste pile, and

10   I take the sample.  You can't look at it.  I could

11   take a scoop of dirt from the back yard, and it

12   could have lead in it.  You would never know.  You

13   can't look at it.  You have to test the materials.

14          So the idea that nothing is hazardous, maybe,

15   maybe not.  I just want -- and we've been here a

16   long time.  So I'm going to wrap it up unless

17   there's any questions.  I want you to take a look at

18   the records from the last time and take a look at

19   these additional materials I submitted today, the

20   Appellate Court.

21          Testimony from the hearing.  The fact that

22   they're operating, and they don't have an operating

23   permit.  But even if they did have an operating

24   permit they still need approval from your

1    recommendation and from the full Board and that

2    ain't happening.  So before you jump, especially the

3    newer folks, take a close look.  It really deserves

4    a closer look.  Unless there are any questions,

5    thank you.

6         MR. WELCH:  Is there any further testimony?

7    Again, is there any further testimony?

8         MR. SYNEICKI:  Michael Syneicki of Daley and

9    Georges.  I represent the applicant.  I just wanted

10   to state for the Board that this is not a dump site.

11   We're clean construction debris that will be

12   transferred to another location.

13        There's a competitor here that Mr. LaRose

14   represents who is trying to mislead and confuse the

15   Board.  There will be no hazardous materials at this

16   site.  Mr. Bracken has paid over $300,000 in taxes

17   for this site last year.  I think this is a real

18   opportunities for the Village to bring jobs here and

19   it could bring back revenue.  Thank you.

20        MR. WELCH:  Seeing no further testimony --

21        MR. MATE:  My name is Tom Mate.  I am the

22   general manager of that facility.  And I have worked

23   for many garbage companies, including competitors

24   right around the corner.

1       I make sure that my guys check the loads.

2  Our loads coming in are PID tested.  I know my

3  competitors does not have a PID tester.  They do not

4  test the loads.  I know that.  I worked at the

5  place.  I work here.  We have a PID tester that

6  checks for the stuff.

7       The lawyer said they check once a month.  I

8  get checked more than that by the EPA all the time.

9  They drop in regularly.  I just had one this week.

10 This week they came in, an air EPA.  I passed with

11 flying colors.  They were unannounced.  They dropped

12 in, had complaints.

13      We are going to be doing stuff for the

14 residents.  The man said he came there and a woman

15 said that they don't sell it unless you have a

16 truck.  The normal person that is at the scale is

17 not a woman, it's a man.  But anyway it doesn't

18 matter.  I know who works on the scale.  The normal

19 person is a man that works there.  And the woman

20 that was filling in didn't know how the operations

21 go.

22      If somebody comes to the facility and wants

23 something, I make every effort to get a truck and

24 have it delivered.  If they want a truck delivered I

1   have done it myself where I have gotten a truck,

2   loaded it, and I have gone to places for the

3   residents.  I am in the process of buying bags.

4   They are there onsite.  And any of you can come

5   there tomorrow and see I have bags.  The city have

6   already bought them.

7          But we have to get approved for everything to

8   start it, and we can't go ahead and jump into

9   everything when we don't have -- I am not going to

10  hire a whole bunch of guys to start doing the bags

11  when we can't yet.  But it is there.  It is all

12  ready.  We have scales.

13         We're putting things in and getting ready to

14  do this.  And we're doing everything we can to make

15  things right.  I check every day.  I have a man at

16  the scale that checks every day.  We have PID

17  testers.  We have EPA drop ins all the time.  I've

18  had the federal, the State, the County at my

19  facility four times this month alone.

20         And I have not one complaint, not one thing

21  wrong.  What we do in the back, is crushing

22  concrete.  Crushing concrete, I have pictures on my

23  phone.  Everybody keeps saying it's contaminated

24  dirt.  We were told by the EPA we cannot take it

TS_00533

```
 1    out, but we covered it up with 2 feet of clay.  We

 2    have brick, concrete and crushed stone that we crush

 3    at our facility.

 4         The reason why we are operational is because

 5    we had to prepare the site, which was what the

 6    permit said.  We had to prepare the site.  We had

 7    the concrete crushers.  We're crushing concrete

 8    onsite.  Anybody can drop by.  I'll give you a tour

 9    personally.  We have clean concrete that is crushed.

10    I have pictures on my phone if anybody would like to

11    see.  I took pictures.

12         You could see where the land was, and I put

13    2 feet of bricks and concrete over the contaminated

14    stuff because that's what we were told to do.  Then

15    we covered with the crush stone.  Then we put

16    asphalt grinds six inches thick on the material.

17         Nobody is going to come up and be able to

18    afford that, but we're doing it.  Everybody keeps

19    saying there is nobody in the neighborhood.  Nobody

20    been there for 30 years, 20 years you finally got

21    somebody to take an interest to want to do something

22    in this town.

23         MR. REYNOLDS:  What is good about it?

24         MR. MATE:  We're making stone.  I see the
```

1    pictures that somebody puts propaganda that we're

2    dumping the stuff.  We temporarily still dumped for

3    the Nary project, which did something for the

4    community because we helped with the project with

5    the waterway so you guys didn't flood no more.

6         That stone was from us.  We crushed the

7    concrete to make the stone for that property.  We

8    got it for a cheap price.  They didn't do it for

9    free.

10        MR. WELCH:  This is not a back and forth, this

11   is testimony.

12        MR. MATT:  I just want to let you know we are

13   trying to make things right for the business.

14        MR. REYNOLDS:  You are insulting the people of

15   Riverdale.  You need to sit down and get out of

16   here.

17        MR. WELCH:  Mr. Reynolds.

18        MR. REYNOLDS:  That is them covering it up

19   right there.  Dumping and covering it up.  And then

20   they're not supposed to be dumping, and here are

21   pictures of them dumping and covering it.

22        MR. WELCH:  I'm trying to maintain order.

23        MR. REYNOLDS:  I seen it. I was there looking

24   at it.

TS_00535

1     MR. WELCH:  Is there anyone else that would

2  like to speak?   We have to create a record.

3     MS. WILLIAMS:  I'm Paula Williams.  I just want

4  to find out how are they operating without being

5  able to vote them in and say okay, we want to deal

6  with this or whatever?

7        We are the people that live here in

8  Riverdale.  How are they operating already without

9  our knowledge?  That's my question.

10     MR. WELCH:  The code allows temporary

11  operations.  What happened was the Village

12  misidentified the use as a permit use and authorized

13  them to begin.

14        When it was reviewed, there was discussion

15  made that said you know what, this is more properly

16  a conditional use.  So the operator in reliance on

17  what the Village said, began operating because the

18  Village identified them as a permitted use that

19  would not be subject to hearings.

20        When the mistake was noticed, we informed

21  them that that was the wrong identification.  You

22  need to go through the conditional use process.  The

23  code allows temporary operations pending outcomes.

24     MS. WILLIAMS:  Have they been stopped with

1    their operations right now?

2        MR. WELCH:  As I stated, the code permits

3    temporary operation.

4        MS. WILLIAMS:  How long is the temporary

5    operations going to last?

6        MR. WELCH:  They're going through the process.

7    If it were to be denied, their operations would

8    cease.

9        MS. WILLIAMS:  How long is this process?

10   That's my question.

11       MR. WELCH:  This process should conclude, I

12   would say, by the fourth Tuesday of November when it

13   going in front of the Board for a final decision.

14       MS. WILLIAMS:  Do the Riverdale residents have

15   a say so?

16       MR. LaROSE:  The fourth Tuesday in November.

17       MS. WILLIAMS:  Do we have a say so in this,

18   whether we want them here or not?

19       MR. WELCH:  You're exercising your say so right

20   now in being made part of the record.

21       MS. WILLIAMS:  Well, I'm saying no.  So after

22   November the 4th, whatever you said, will their

23   operations ceased?

24       MR. WELCH:  It depends on the type of action

1    taken by the Village Board.

2        MS. WILLIAMS:  Is the Village Board including

3    the residents or just the Board?

4        MR. WELCH:  The Village Board are the

5    individuals that is community elected to represent

6    them in their village and government.

7        MS. WILLIAMS:  So that you all sitting here --

8        MR. WELCH:  No.  This is a recommending body.

9    It's the Zoning Board.

10       MS. WILLIAMS:  When do the residents find out

11   whether this is an ongoing process or it will cease?

12       MR. WELCH:  The fourth Tuesday in November will

13   be the Village Board meeting where whatever

14   recommendation is submitted that this Board makes

15   will be submitted to the Village Board for final

16   action.

17       MS. WILLIAMS:  We will be able to find out

18   November 4?

19       MR. WELCH:  The fourth Tuesday in November.  I

20   don't have a calendar in front of me.  November 28.

21       MS. WILLIAMS:   Because right now we all kind

22   of upset because you all have got one in here

23   without our knowledge.

24           And it's like we don't agree with a lot of

RECORD OF PROCEEDINGS   - 11/02/2017      Page 85

1    the things that has been going on.  I don't know how

2    did you all do this without our knowledge of this.

3         And you're not even bringing any lucrative

4    business in the Village.  So with that, you all need

5    to really reconsider this because I am in

6    disagreement with this dumping.  I would rather see

7    some more lucrative business in the Village.  I've

8    been here 30 years.

9         I don't see anything running downtown

10   Riverdale right now.  You have a grocery store.  We

11   have a drugstore, that's fine.  But other

12   businesses, we don't have anything. I would rather

13   see other businesses coming in here even if you have

14   to do low income.  Let's get some business here in

15   Riverdale.

16        MS. PLEVENS:  My name is Patricia Plevens.  She

17   answered on what I was just thinking.  What benefit

18   is it to Riverdale for the residents?  What is it

19   bringing to Riverdale?  If anybody can answer.

20        MR. WELCH:  This is testimony.  If you don't

21   feel it's bringing anything, I think you should

22   inform the Board the basis for your belief.

23        MS. PLEVENS:  What business or advantages is it

24   bringing to the people of Riverdale?

1    MR. WELCH:  Ma'am, this is testimony.  If

2  that's your belief, you should inform them of the

3  basis that leads you to believe that it's not a

4  benefit.  You're testifying in front of them.

5    MS. PLEVENS:  Well, I'm asking what benefits?

6  How is it benefiting Riverdale?

7    MR. WELCH:  It is testimony on your part.  You

8  could set forth the facts.

9    MS. PLEVENS:  I've been here for a while

10  myself, and all I've seen is tyranny and that's all

11  I've seen.  I went to my assessor's office for

12  Thornton.

13      Riverdale has the highest rank because they

14  have no businesses or we pay higher taxes than

15  anybody in Thornton.  The rate of the assessment,

16  because we have empty houses that are standing.  You

17  have businesses that are not here anymore.

18      So does it bring in that type of business,

19  how does that benefit Riverdale except bring in more

20  revenue for Riverdale?

21    MR. CUNNINGHAM:  Yes, tax revenue as well and

22  job opportunities.  It's bringing in more people to

23  come in to patronize the village.

24    MR. WELCH:  She's a person testifying.  It's

1  not a question and answer session.

2      MS. MEADORS:  I don't think it will benefit

3  residents.

4      MR. WELCH:  Ma'am, for purposes of the record

5  can you spell your last name?

6      MS. MEADORS:  M-e-a-d-o-r-s.

7      MR. WELCH:  I believe everyone has testified.

8  Is had anything else?

9      MS. REYNOLDS:  I got a question since you all

10  said that.  My name is Dorcel Reynolds.  I have a

11  question for the company.

12      I have a CDL license.  So since you said

13  you're giving jobs to people, is it possible for me

14  to get a job?

15      MR. BRACKEN:  We have jobs.

16      MS. REYNOLDS:  Am I qualified to get one of

17  those jobs?

18      MR. BRACKEN: Is it class A or class B?

19      MS. REYNOLDS:  It's class B.

20      MR. BRACKEN:  If your MVR is clean.

21      MS. REYNOLDS: I got it.

22      MR. BRACKEN:  I'll see you tomorrow.

23      MR. WELCH:  Is there any further testimony?

24  Seeing no further testimony, we're going to Board

1    discussion.

2         Is there a motion to go into Board

3    discussion?

4         MS. GRIFFITH:  A motion.

5         MR. WELCH:  Is there a second?

6         MS. BLOUNT:  Second.

7         MR. WELCH:  All in favor.  You have the

8    application in front of you.  It's an application

9    for a conditional use to operate a recycling

10   facility and transfer station at 1201 West 138th

11   Street.

12        Conditional use is a use that is tantamount

13   to a legislative finding that the use is in harmony

14   with the general zoning plan, but there may be some

15   attributes to this particular use that is unique to

16   the applicant and that you need to put conditions on

17   it to minimize the negative secondary effects of the

18   surrounding property.

19        There's seven elements that the code provides

20   that you have to find this use meets and if for

21   whatever reason you feel this use doesn't meet one

22   of these elements, it doesn't qualify for a final

23   use, but you can put conditions on this use to

24   assist the use in meeting these conditions.  And

```
 1    it's in that nature that it's a conditional use.
 2          There was some discussion about whether this
 3    is a variance.  This is not a variance.  A variance
 4    relates to bulk regulations such as yard setbacks,
 5    heights, regulations, things of that nature.  A
 6    variance is something where you allow someone to
 7    construct something that is in direct conflict with
 8    your code.
 9          A conditional use, the code says the code
10    says a transfer station and recycling facility is
11    generally allowed in this area as long as it can
12    meet these seven conditions.  And it should only be
13    denied if it doesn't.  So what are those conditions
14    in this.  This is 17.03.11.  And it's that the
15    establishment maintains operation of a conditional
16    use will not be detrimental to or endanger the
17    public health, safety, morals, comfort, health or
18    general welfare.
19          So when you consider this you cannot deny
20    when there's a legislative finding the Village Board
21    most likely decades ago listed these uses as
22    conditional use.  You're not permitted to deny it
23    just because it's a transfer station or a recycling
24    facility, so that it's not permitted to be denied.
```

1   It has to be there's something peculiar to this use
2   that prevents it from meeting the standard.  So that
3   is standard one.
4        It will not be detrimental or endanger the
5   public health, safety, morals, comfort or general,
6   two, the conditional use will not be injurious to
7   the uses and enjoyment of other property in the
8   immediate facility.  Three, from the establishment
9   of the conditional use will not impede the normal
10  and orderly development and improvement of the
11  surrounding property for uses permitted in that
12  district.
13       Four, adequate utilities, access roads,
14  drainage and/or necessary facilities have been or
15  are being provided.  Five, adequate measures have
16  been or will be taken to provide ingress and egress
17  so as to minimize public congestion on public
18  streets.  Six, that the proposed conditional use is
19  not contrary to the objectives of the current land
20  use plan of the Village.
21       And seven, the conditional use shall in all
22  aspects conform to the applicable regulations of the
23  district.  So you take the testimony that was
24  provided, the documents that were put into the

1    record, and you have to determine whether or not

2    this meets the standards.

3           And in doing so, again, you have the

4    authority to place reasonable conditions, and the

5    conditions have to be conditions that are designed

6    to minimize any potential impact on surrounding

7    properties.

8           So with that being said, I open it up for

9    discussion amongst yourselves, discussions whatever

10   you deem is appropriate.

11       MS. BLOUNT:  My understanding is we already

12   have a company.  The last time we met we have a

13   company here already.

14       MR. WELCH:  Yes.

15       MS. BLOUNT:  That is providing what we're

16   discussing with this new company that wants to come

17   here.

18       MR. WELCH:  Right.

19       MS. BLOUNT:  And I feel the company we already

20   have is sufficient.

21       MR. WELCH:  Well, that is not a judgment call

22   for you to say we have enough.  If the code has

23   provided -- has said that this is an appropriate use

24   as long as it meets these conditions,  one of the

1   conditions is not whether there's another use, the

2   same use in the Village.

3       MS. BLOUNT:  Well, with the environment -- with

4   the pictures that was presented.

5       MR. WELCH:  What pictures?

6       MS. BLOUNT:  By the company.  What I am asking

7   is this the company we already have in Riverdale,

8   that is providing the same steps and giving

9   Riverdale the same uses, this is a waste company?

10      MR. WELCH:  I believe you're speaking about

11  Tri-State?

12      MS. BLOUNT:  Yes.

13      MR. WELCH:  What is your question?

14      MS. BLOUNT:  Isn't one company sufficient?

15      MR. WELCH:  That's not your role to determine

16  whether one company is sufficient.  Your role is the

17  Board has said that these types of uses are an

18  acceptable conditional use.

19      The basis by which you can deny it is on

20  those seven factors.  If it don't meet those seven

21  factors.

22      MS. BLOUNT:  You're saying actually two

23  companies can operate in Riverdale if they are

24  offering -- even though they're offering the same

1  usage?

2       And since the people are so upset with this

3  company coming here is it really necessary since we

4  already have a facility?

5       MR. WELCH:  Again, everyone has a right as well

6  as applicant.  So we have to confine ourselves to

7  the discretion that the code provides.

8       So you can't say well, the people are mad,

9  I'm going to deny it.

10      MS. BLOUNT:  That's not what I'm saying.  I am

11  saying that the company we already have should be

12  sufficient.

13      MR. WELCH:  That is not a discretion that's

14  been granted to the Zoning Board.

15      MR. LaROSE:  Mr. Welch, what's the first

16  condition?

17      MR. WELCH:  It's not an open discussion.

18      MR. LaROSE:  What you are saying is wrong.  The

19  first condition is is there a need.  That's what

20  she's trying to address.

21      MR. WELCH:  The discussion has to be open.  So

22  if there's any question --

23      MR. STONE: I have several questions.  My first

24  question is this due to the severity of these

1    hazards that we're talking about, I think that it

2    was also stated they were operating without a proper

3    permit.

4         And also because of the extreme nature,

5    you're talking hazards.  I don't see that in the

6    seven statutes that you just previously stated.  My

7    question to you is I don't feel that I have enough

8    knowledge right now at this time.  I have just been

9    recently appointed to this Board.

10        Can they guarantee, is there a guarantee

11   anywhere that would ensure the safety of the

12   residents that they were stating there were

13   instances where wood would be burning, and people

14   testified there been stuff dumped there for God

15   knows how long, and people saying so many feet so

16   much concrete must be placed over that.  I feel

17   uncomfortable with myself with these seven pieces of

18   procedure that we were supposed to follow and base

19   our decision on.  We're talking maybe toxic.  I

20   don't know.  But I'm being truthful.

21        MR. WELCH:  So the question is are there

22   questions that you could put on this to address your

23   concerns?

24        MR. STONE:  These conditions that we were, to

1   address my concerns at this specific time, are we

2   trying to make a decision at this specific moment

3   and at this time?

4        MR. WELCH:  A recommendation, yes.  So let's go

5   through step by step.  What are your concerns?

6        MR. STONE:  My first concern is the safety of

7   my neighborhood in which I reside.

8        MR. WELCH:  What is your belief?  What is the

9   dangers?

10       MR. STONE:  I've heard stated that they have

11  been operating without proper paperwork.

12       MR. WELCH:  So we could put a condition that

13  they shall obtain and maintain all proper state,

14  federal and local permits and shall comply.

15       So now for them to operate under -- to have

16  the conditional use, that would be one of the

17  conditions.  And if at any point during their

18  operations they're found to be operating without the

19  necessary permits, their conditional use is subject

20  to revocation.

21       So that is an appropriate -- again, you've

22  identified a concern.  So these are the types of

23  conditions to minimize the potential negative impact

24  that you could place on this use.  So I think that

1   is a legitimate condition, that the applicant shall

2   obtain and maintain all required federal, state and

3   local permits and shall comply with all conditions

4   contained in those permits so that in the event they

5   violate one of those, they're subject to revocation

6   from the federal and state level.

7        But they're also subject to revocation on the

8   local level because of the condition you just

9   discussed.

10   MR. LaROSE:  Mr. Welch, with all due respect, I

11   want to make an objection for the record, a standing

12   objection to your participation in any way.

13        You're giving them advice.

14   MR. WELCH:  Duly noted.

15   MR. LaROSE:  Thank you.

16   MR. REYNOLDS:  One thing I forgot to tell you.

17   The EPA said they're going to investigate this site,

18   whether you all know it or not.

19   MR. TAYLOR:  Is this regulated waste or

20   unregulated?

21   MR. WELCH:  It's regulated.  We need to keep

22   structure to this meeting.

23   MR. REYNOLDS:  How did you get on the Zoning

24   Board anyway?

1      MR. WELCH:  I'm the attorney for the Zoning

2  Board.  There's an individual who arrived late.  If

3  you would like we could open it back up for public

4  testimony or we could continue our discussion.

5      MR. RICHARDS:  I apologize for being late.

6      MR. WELCH:  State your name for the record.

7      MR. RICHARDS:  Richards, 13901 Wentworth.  It's

8  more of an inquiry.  If we're dealing with a waste

9  transfer station, are we dealing with regulated

10  waste, unregulated waste?

11      If it's regulated waste, is it manifested as

12  to where did it come from?  What is the source of

13  it? Is it toxic?  How much years do you have to have

14  it here before it becomes nontoxic?

15      What protocols will you have in place to

16  test and determine that they are doing it correctly.

17  Because you are not going to have someone there 24/7

18  when these trucks come in, and they unload the

19  waste.  Is the waste supposed to be in containers?

20  What kind of containers? Is it cardboard or metal?

21  Are they sealed.  There's a whole myriad of

22  protocols that you want to be familiar with before

23  you give carte blanche to someone bringing waste in,

24  and you don't know the source of it.

RECORD OF PROCEEDINGS    - 11/02/2017        Page 98

1        MR. WELCH:  Can I recommend you pose your

2    question to the applicant to answer.

3        MR. TOTH:  For the record, Mr. Richards, you

4    came late so you didn't hear any of our testimony.

5        MR. RICHARDS:  I didn't.

6        MR. TOTH:  I wish you had.

7        MR. RICHARDS: I apologize for being late.  If

8    you have a cheat sheet or some statement or protocol

9    mission statement.

10       MR. SYNEICKI:  We're happy to provide that, but

11   Jim can answer some questions.

12       MR. BRACKEN:  All of the stuff is regulated,

13   but there's no special waste involved.  People keep

14   referring to it as a dump.  It's a recycling center

15   for recycling concrete and aggregate.

16           We provide sand for the town.  There's a lot

17   of information out there.  People are taking

18   pictures.  There's been a few people inside the

19   facility.  It's a concrete crushing facility.

20       MR. RICHARDS:  You're making gravel?

21       MR. BRACKEN:  That's all.  It is part of the

22   lead program.  Here i the pressure water truck,

23   supression.  The material piles, the road.  All the

24   asphalt grinds.

TS_00552

1        People are saying there's dirt.  There's no

2   dirt there.  There's the mulch, sand.  A lot of

3   people in here haven't been to the facility so they

4   don't know.

5        MR. WELCH:  Hold on.

6        MR. BRACKEN:  It's all regulated.

7        MR. TOTH:  For Mr. Richard's benefit, we talked

8   about there are three types of materials,

9   construction demolition debris.

10       So if you tear up your driveway or tear out

11  your walls, that's one category.  Second category is

12  clean wood.  And it's been shredded.  The third

13  category is clean soil.  So I think you may be

14  thinking or you may be concerned about some other

15  things.

16       MR. RICHARDS:  Again, I arrived late.  I want

17  to have an idea of what the aggregates were and what

18  the sources of the material are.

19       MR. BRACKEN:  There's some confusion.  It's not

20  exactly like Tri-State.  We don't own any garbage

21  trucks.  There are two different things going on.

22  Tri-State has garbage trucks.

23       MR. RICHARDS:  I understand.

24       MR. BRACKEN:  There's a lot of disinformation.

1    People don't realize what we're doing.

2         MR. RICHARDS:  We've had some issues in our

3    town for the last 28 or 30 years.  We've had enough.

4    We welcome good business.  We want people to come

5    here.

6         MR. BRACKEN:  We could hire your services.

7         MR. RICHARDS:  Ideally they need to feel

8    comfortable.

9         MR. BRACKEN:  Why don't we take them all out to

10   the site.

11        MR. RICHARDS:  Put it in writing what you're

12   doing.  It adds some transparency.  We have an issue

13   with the Village.  Some of the people are new.

14   They're all good people here.  And we get into areas

15   that we are not familiar with, we haven't  dealt

16   with.

17        We have one guy here, and something else

18   coming in.  This is our home.  This is where we

19   chose to raise our families and where we want to be.

20   And we pay a high price to be here.  If someone is

21   going to come in and burn or dump something --

22        MR. BRACKEN:  There is no burning.

23        MS. WILLIAMS:  We don't know this.  We heard a

24   dump.

1    MR. WELCH:  So let's go back to Board

2    discussion.  We have heard the testimony from

3    Mr. Richards.  We could go back to discussing

4    concerns and issues related to the proposed use.

5        MS. JOHNSON:  The concern that I have relates

6    to the first standard that -- and it's self

7    explanatory that the establishment, maintenance or

8    operation of conditional use will not be detrimental

9    to or endanger the public health, safety, morals or

10   comfort or general welfare.

11       My concern is that the testimony provided was

12   not a verifiable measure that there would not be any

13   detriment or endangerment to the public health.  So

14   that is a concern that I have.

15       MR. WELCH:  Well, there are the statements

16   recommending the state regulators who view their

17   operations, and they're subject to continuing

18   review.

19

20       So again that sort of feeds into maintaining

21   all required federal, state, and local permits and

22   compliance with all conditions in those permits.  If

23   they are ever found to be operating outside of those

24   we can pull the zoning license, the zoning

RECORD OF PROCEEDINGS   -  11/02/2017       Page 102

1   conditional use permits that were granted.

2         So for example, if you look at applicant

3   document number two, there's a document dated

4   August 16th from the IEPA.  And if you look at pages

5   two through 9,there's a long list of conditions that

6   the EPA has put on the construction of the facility,

7   which the IEPA is saying in order for you to operate

8   and to be in compliance with our regulations you

9   have to do X, Y, Z.

10        So by the last condition that we discussed we

11  have incorporated all seven pages of the IEPA's

12  conditions into your zoning, conditional use permits

13  as a condition.

14    MS. GRIFFITH:  I think that was one of my main

15  concerns also, his concern and also her concern that

16  you clarified already what can be done.

17    MR. WELCH:  Right.  Then if you look in the

18  next packet there's County, which also has a number

19  of special conditions, which are also being

20  incorporated with the -- if you were to recommend

21  approval would be incorporated by inclusion of the

22  proposed condition that they comply at all times

23  with the conditions sets forth in all federal, state

24  and local permits.

1    So if you would be incorporating the IEPA

2  conditions and incorporating the county's

3  conditions.

4    MS. JOHNSON:  What about as relates to the

5  drainage?  I have concerns about that drainage and

6  or runoff.

7    MR. WELCH:  One reasonable condition is -- it's

8  also in these permits, but I do remember a reference

9  to a storm water prevention plan.

10    We can make it subject to review and approval

11  by the Village engineer.  And that they comply with

12  the approved, the storm water prevention plan that

13  is approved that has been approved by the Village

14  engineer as a condition to the operations.

15    Does that sound like a reasonable condition?

16    MR. STONE:  Yes, most definitely.

17    MR. GREEN:  What was that?

18    MR. WELCH:  That the applicant shall comply

19  with the storm water prevention plan to be submitted

20  to and approved by the Village engineer.

21    MR. STONE:  To clarify one last time in

22  laymen's terms for me, this is not a dump, but a

23  recycling facility?

24    MR. WELCH:  Well, you've heard testimony from

1   both sides.  And you're weighing what you've heard.

2       MR. STONE:  Construction material crushing and

3   recycling?

4       MR. CUNNINGHAM:  Right, not a dump.

5       MR. STONE:  This site wasn't tested on a

6   regular basis?

7

8       MR. WELCH:   I believe I heard testimony on how

9   the IEPA inspects, and they will be subject to

10  inspections by the Village just as is Tri-State or

11  any other business specifically by the Village.

12      MR. STONE:  How often are the inspections?

13  What are they monthly, annually?

14      MR. WELCH:  They're annual on the Village

15  level, but the IEPA, I believe you heard testimony

16  that it's more than monthly from what I heard.

17      MR. BRACKEN: Correct.

18      MR. LaROSE:  That is not true.  That's not even

19  close to being true.

20      MR. WELCH:  That's what the testimony was.

21      MR. LaROSE:  They come out when they get a

22  complaint. Otherwise, they come out annually.

23      MS. JOHNSON:  Our concern  was that information

24  relayed to Riverdale to the Zoning Board the outcome

1   of those tests?

2       MR. WELCH:  After you make your recommendation,

3   your role in relation to this application is over.

4   So the enforcement of the ordinance is the

5   responsibility of the Village.

6           These were the plans that were mentioned.

7   There is also a dust control plan.  Why don't we put

8   that -- my proposal would be to put that in the same

9   context as the storm water prevention.

10      MR. STONE:  Of the air?

11      MR. WELCH:  Right.

12      MR. STONE:  These tests are done annually like

13  you said or the EPA has its own independent way of

14  --

15      MR. WELCH:  I would have to defer to the

16  testimony that was taken.

17      MS. JOHNSON:  I have a concern there was

18  testimony provided about the concerns of the

19  diminishment of property values and the standard B

20  states that it's specific to about substantially

21  diminishing and impairing property values within the

22  neighborhood.

23          With business as such, to what degree if any

24  is there any diminishment of property values?

1     MR. WELCH:  So there was statements from people

2  who believe it will affect property values.  But

3  there wasn't much testimony of experts or any sort

4  of cause and effect, right.  So that is one of the

5  reasons you have zoning, which is where you create

6  districts.  The idea being you don't have a

7  residence next to ABC Auto.  So that is why if you

8  look at the Village's zoning map, the residential

9  districts are on the east portion of Riverdale for

10  the most part.

11     There's exceptions, but the industrial tends

12  to be the general rule on the west side.  And the

13  idea in separating the districts like that is to

14  protect property values.  Residential doesn't mesh

15  well with industrial.  So we put the industrial here

16  and put the residential here.  That is how

17  Riverdale's zoning map has been constructed to

18  minimize the impact of industrial uses which are

19  over there with the residential that is over here.

20     MR. STONE:  What guarantee do we have as I

21  heard from testimony that they were already

22  functioning?

23

24     MR. WELCH:  Speak up.

1        MR. STONE:  What assurances do we have that we

2    or do we have assurances that proper functioning

3    would be 100 percent, and no way that anybody can

4    cut corners?

5        MR. WELCH:  So what happened here was they were

6    originally identified as a permitted use by the

7    Village staff.  And a closer examination and they

8    were notified.

9        So the applicant believed they were permitted

10   use.  On further review, they determined that this

11   was more appropriately defined a conditional use,

12   and they should go through a public hearing.  But

13   because of the incorrect identification and the

14   reliance, the applicants put the Village permitted

15   them to operate on a temporary basis while these

16   procedures went through, which is authorized by the

17   code.

18       Now, what sort of protection do you have that

19   they operate properly with all the necessary

20   permits?  Well, the conditional use ordinance is

21   subject to revocation in the event you fail to

22   comply with the conditions of the ordinance.  And

23   the conditions are everything we said here.

24       And then the Village has a sort of template

1   of conditions that they put on everyone, on every

2   conditional use regardless of the type of use and

3   that is the use shall at all times comply with all

4   applicable local rules, ordinances, regulations, et

5   cetera.

6        MR. STONE:  Established prior to --

7        MR. WELCH:  If you look at least since 2013

8   you'll see every conditional use that has come

9   through.  There's a condition that the use shall

10  comply with all applicable local ordinances, rules

11  and regulations.

12       MR. STONE:  Since 2013, correct?

13       MR. WELCH:  At least.

14       MR. STONE:  Now, in 2017?

15       MR. WELCH:  We're still doing it.  I'm saying

16  it's been at least since then from then to now this

17  has been a continual condition.

18       MS. BLOUNT:  Could I ask a question.  How long

19  have they been operating here in Riverdale?

20       MR. WELCH:  Since mid summer.

21       MS. BLOUNT:  When did you begin operations?

22       MR. BRACKEN:  Midsummer.

23       MS. BLOUNT:  Midsummer?

24       MR. BRACKEN:  Right.

1      MR. WELCH:  So the code permits temporary

2   operations for six months.  I will recognize you.

3      MS. WILLIAMS:  Basically this has nothing to do

4   with Thornton Township.  This is really Calumet

5   Township.  It has nothing to do with Thornton

6   Township as far as tax breaks.

7      MR. WELCH:  I believe this is Calumet Township.

8      MS. WILLIAMS:  Why are we sitting here?

9      MR. WELCH:  Riverdale is in two townships.

10     MS. WILLIAMS:  Riverdale is in two townships?

11     MR. WELCH:  Correct.

12     MS. WILLAMS:  But it don't benefit us here in

13   Riverdale.

14     MR. WELCH:  We went a little astray.  Riverdale

15   is in two townships.  I believe this is in  Calumet.

16   Is there other discussion, concerns?

17       I think one important thing was they withdrew

18   their municipal solid waste.  We received a letter.

19   I think we would put that as a recognition.

20       Your recommendation will go to the Village

21   Board, who will get your recommendation, will go to

22   the Village Board.

23       Members of the Village Board will receive the

24   record, have access to the records, view the

1   records, and they will make a final determination.

2   Whether you recommend a denial or an approval it's a

3   recommendation, and the Board will take final

4   action.

5      MR. REYNOLDS:  It don't matter.  The Board is

6   going to do it their way like they did the church.

7   They said no.  The Village Board said we're going to

8   do it anyway.  Why waste your time.

9         They already sold out, and they're doing it.

10  The same people sit on that Zoning Board.  I hope

11  you're the best.

12     MR. WELCH:  Is there anything further?  So the

13  question is --  we have discussed these conditions.

14  Would this use subject to these conditions meet the

15  standards set forth that we discussed?

16        This would be if this use operating in

17  compliance with the conditions met the standards to

18  grant a conditional use.  There's going to be a

19  vote.  So I will make the motion.  Feel free to

20  amend it.  Then so move.

21        I will give words to the motion and amend it

22  after I state it if you feel that there is something

23  misstated.  So it would be a motion to recommend

24  approval of the conditional use to operate a

1   recycling facility and transfer station at 1201 west

2   138th Street subject to the following conditions.

3         Applicant shall obtain and maintain all

4   required federal, state and local permits.

5   Applicant shall comply with all conditions as set

6   forth in the required federal, state and local

7   permit.

8         Applicant shall at all times comply with the

9   storm water prevention plan and the dust control

10  measures plan as approved by the Village engineer.

11  And municipal solid waste shall be strictly

12  prohibited.

13        Are there any amendments to the conditions,

14  any additional conditions that you believe are

15  warranted.  If not, it would be so moved and then a

16  vote aye, a second and then a vote.

17        MR. CUNNINGHAM:  So moved.

18        MR. WELCH:  We have a motion.  Is there a

19  second?

20        MS. GRIFFITH:  Second.

21        MR. WELCH:  A motion and a second.  Roll call.

22        MS. RUSSELL:  Member Cunningham.

23        MR. CUNNINGHAM:  Aye.

24        MS. RUSSELL:  Member Blount.

1      MS. BLOUNT:  No.

2      MS.  RUSSELL:  Member Taylor?

3      MR. TAYLOR:  Aye.

4      MS. RUSSELL:  Member Johnson.

5      MS. JOHNSON:  Aye.

6      MS. RUSSELL:  Member Stone.

7      MR. STONE:  No.

8      MS. RUSSELL: Member Griffith.

9      MS. GRIFFITH:  Aye.

10      MR. WELCH:  Okay.  So the Board is a

11  recommending body.  The recommendation shall be

12  forwarded to the Village Board for final action at

13  the November 28th regular Board meeting.

14          At this time we're going into new business.

15

16

17

18

19

20

21

22

23

24

TS_00566

```
 1    STATE OF ILLINOIS )

 2                      ) ss:

 3    COUNTY OF C O O K )

 4

 5              VICTORIA D. ROCKS, C.S.R., Notary

 6    Public, being first duly sworn, deposes and says

 7    that she is a Certified Shorthand Reporter, doing

 8    business in the City of Chicago, County of Cook,

 9    State of Illinois, and reported proceedings in the

10    Courts in said County;

11              That she reported in shorthand and

12    thereafter transcribed the foregoing proceedings;

13              That the within and foregoing

14    transcript is a true, accurate, and complete record

15    of the proceedings had upon the hearing in the

16    County of Cook, State of Illinois, on this 9th day

17    of November, 2017.

18

19

20    _____

21                    VICTORIA D. ROCKS, C.S.R.
                      License No. 084-002692
22

23

24
```

RECORD OF PROCEEDINGS - 11/02/2017     i1

**$**

**$142**
42:10,11

**$27**
47:21

**$300,000**
77:16

**$4,000**
61:19

**$400**
61:18

**$50,000**
74:19

**$58,00O**
61:19

**$80,OOO**
29:23

**$800,OOO**
57:6

---

**0**

**084-002692**
113:21

---

**1**

**1**
12:12 65:14,20

**100**
11:4 73:3 107:3

**11**
30:3

**12**
14:3,9

**1201**
6:1 7:7 8:2 88:10 111:1

**138th**
6:2 7:7 8:2,23 27:15
32:15 59:21 61:5 88:10
111:2

**139O1**
97:7

**139th**
58:17

**144th**
62:5,11

**15**
9:13 13:9 22:11 59:6

**15O**
14:13

**16**
31:7

**16th**
102:4

**17**
70:13,18

**17.O3.11**
89:14

**18**
8:22 56:16

**19**
31:5,7

**1960s**
72:20

**1984s**
64:10

**1986**
60:16,17 61:20 72:1

**1994**
72:1

---

**2**

**2**
80:1,13

**20**
13:24 54:17 59:6,8
80:20

**2000s**
74:17,23

**2013**
108:12

**2014**
25:24

**2017**
108:14 113:17

**24**
23:18 39:15 72:24

**24/7**
97:17

**25**
16:18

**26**
31:5

**28**
54:18 84:20 100:3

**28th**
112:13

**2nd**
37:21 65:10

**2O13**
108:7

**2OO8**
40:18

---

**3**

**30**
43:6 80:20 85:8 100:3

**31**
61:4

---

**4**

**4**
84:18

**45**
51:16,22

**48**
17:7

**4th**
83:22

---

**5**

**5**
66:16

**5th**
65:11

**6**

**6**
54:13

**7**

**700-yards**
74:15

**74**
14:9

**8**

**8**
59:18

**9**

**9,there's**
102:5

**9th**
113:16

**A**

**ABC**
54:11,20 60:24 106:7

**ability**
24:11

**able**
47:16 80:17 82:5 84:17

**absolutely**
17:1 32:22 57:2

**absorb**
61:15

**accept**
16:3 17:2 19:19 33:7
49:1,3

**acceptable**
92:18

**accepted**
21:23 33:2

**access**
23:4 26:18 27:17 90:13
109:24

accumulated
17:14

accurate
21:22 113:14

Acme
61:16

acre
14:4

acres
8:22 14:9

act
56:5

action
24:3 83:24 84:16 110:4
112:12

active
35:17

activities
12:24 32:2

activity
10:19

actors
76:7

add
57:24 72:13 73:17,22

addition
27:22

additional
66:19,20 76:19 111:14

address
31:19 48:13,16 67:18
93:20 94:22 95:1

adds
100:12

adequate
26:18 90:13,15

adjust
18:16

administration
13:17 56:18 57:6

adopted
25:24

advantages
85:23

advice
96:13

advise
71:4

advising
71:3

affect
49:16 106:2

affiliated
8:3 16:10

afford
80:18

afraid
12:20

agency
35:3 36:6

agent
60:6

aggregate
11:4 98:15

aggregates
11:1 14:6 99:17

ago
39:8 56:13 64:17 67:1,4
89:21

agree
65:6 84:24

agreements
20:9

ahead
79:8

ain't
55:19 56:13 57:12 77:2

air
19:6 39:1,9,13 78:10
105:10

airborne
39:4

alley
74:24

alleys
11:11

allow
68:6 89:6

allowed
89:11

allowing
50:17

allows
82:10,23

amend
110:20,21

amendments
37:19 111:13

amount
19:10 22:20

and/or
90:14

Andre
6:15 28:16

Andrews
8:7,9 26:17

announced
35:9

annual
104:14

annually
104:13,22 105:12

answer
28:10 36:21,24 38:22
46:20,22 67:16 85:19
87:1 98:2,11

answered
85:17

Anthony
66:18

anybody
8:20 60:2 62:9 70:13
72:4 80:8,10 85:19
86:15 107:3

anymore
62:11 86:17

anyway
26:23 66:19 71:14
78:17 96:24 110:8

apologize
66:14,22 97:5 98:7

appealing
64:11

appeared
7:10

Appearing
7:5

Appellate
72:20,23 73:4,8 76:20

applicable
23:2 90:22 108:4,10

applicant
6:5 11:22 37:4 39:21
68:7 77:9 88:16 93:6
96:1 98:2 102:2 103:18
107:9 111:3,5,8

applicant's
6:9 12:12 38:4 67:23

applicants
7:5 107:14

application
7:5 10:12 30:13 40:6
42:13 55:6,13,16 57:9,
10 62:15,19,24 64:7
67:6 68:2 70:3 88:8
105:3

applied
8:10 70:8

applies
70:11

apply
68:8

applying
70:22

appointed
67:8 69:5 94:9

appointments
68:20

appraisal
57:18

appreciate
44:10 63:5

approachable
31:1

appropriate
91:10,23 95:21

appropriately
21:2 107:11

approval
26:8 70:2 76:24 102:21
103:10 110:2,24

approvals
68:8

approve
49:20

approved
34:23,24 72:21 79:7
103:12,13,20 111:10

approving
20:16

area
8:23 9:19 17:6 25:10,12
26:2,4 34:8 36:24 50:24
51:2,5 52:14 89:11

areas
37:10 100:14

arrived
97:2 99:16

Asbestos
16:23

Ashland
74:16

asked
54:22 66:19 67:20 70:1
75:10

asking
10:5 47:9,10 61:10 71:1
86:5 92:6

aspects
90:22

asphalt
11:15 15:3,19 17:17
32:16 33:18 73:21
80:16 98:24

assessment
86:15

assessor's
86:11

assigned
71:12

assist
88:24

assume
40:24

assuming
29:6 60:4

assurances
107:1,2

astray
109:14

Attached
72:19

attacks
65:6

attention
43:18

attorney
7:1 71:3,15 72:15 97:1

attraction
37:8

attributes
88:15

audience
41:6

August
102:4

authority
21:19 91:4

authorized
71:10 82:12 107:16

Auto
60:24 106:7

aye
12:4,6,8,10 38:11,13,
15,17,19 40:4 65:21
66:6,8,10,12 111:16,23
112:3,5,9

---

B

back
7:14 8:16 13:3 16:13
20:7 33:19 44:22 48:7
55:24 63:3 64:19 73:22
76:11 77:19 79:21
81:10 97:3 101:1,3

backed
75:14

background
9:11 10:20

bad
59:18 60:17 61:11 76:7

bag
46:7

bags
46:12 79:3,5,10

bank
74:19

bankrupt
74:11

base
94:18

based
25:16 26:7 27:15

basements
11:6

basically
7:18 10:5 11:14 33:18
109:3

basis
19:1 39:15,16 49:2 58:8
61:3 85:22 86:3 92:19
104:6 107:15

bathrooms
15:13

batteries
16:23

bay
58:8

began
82:17

beginning
58:11

behalf
7:5 41:8

belief
85:22 86:2 95:8

believe
37:18 86:3 87:7 92:10
104:8,15 106:2 109:7,
15 111:14

believed
107:9

believes
64:4

belongs
32:20

beneficial
64:3

benefit
9:19 48:3 56:4 60:20
74:20 85:17 86:4,19
87:2 99:7 109:12

benefiting
86:6

benefits
86:5

best
110:11

better
30:6,9,10 41:24 55:17
60:12 72:6

bid
15:6

big
32:4

biggest
18:1

bill
42:9,11

bit
13:4

black
40:12 41:24 42:5,8
44:23 45:5

blacks
41:15,16

blanche
97:23

block
59:3

Blount
37:5,13 38:6,12,13
66:3,4,17 88:6 91:11,
15,19 92:3,6,12,14,22
93:10 108:18,21,23
111:24 112:1

Blue
61:1

board
7:3,11 12:14 13:5 14:15

RECORD OF PROCEEDINGS - 11/02/2017    i4

15:13 28:7,11 37:3 38:2
40:9,23 48:13,15,16,21
49:14 50:16 51:1 55:11
58:16 64:11 65:6 66:19
67:2,8,10,16 68:20 70:2
71:6,7,10,11 77:1,10,15
83:13 84:1,2,3,4,9,13,
14,15 85:22 87:24 88:2
89:20 92:17 93:14 94:9
96:24 97:2 101:1
104:24 109:21,22,23
110:3,5,7,10 112:10,12,
13

**Boards**
55:7

**body**
69:15 84:8 112:11

**bosses**
52:21

**bottom**
32:3

**bought**
9:6 70:8 79:6

**boulders**
54:15

**BRACEKN**
18:7

**BRACKE**
25:5

**Bracken**
6:13 7:24 9:12 10:22,23
12:13 13:8,21 14:3,23
15:2,17,21,24 16:8,15,
20 17:1,4,9,15,18,21,24
18:3,10,13,18,22 19:2,
5,8,13,24 20:3,6,13,19,
22 21:3,6,11,15,21
22:4,8,13,18,22 23:3,7,
12,17,20,24 24:5,16,22
25:8,15,20 26:6,12,15,
21 27:4,8,14,19,24
28:13 29:19 33:7,12
34:7,13 35:5,8,20,23
36:3,7,22 37:18,20,23
39:5,16,18 46:23 47:1,3
60:13 63:24 75:10,13
77:16 87:15,18,20,22
98:12,21 99:6,19,24
100:6,9,22 104:17
108:22,24

**Bracken's**
30:5

**breaks**
109:6

**brick**
80:2

**bricks**
80:13

**bring**
9:20 13:2 15:8 37:2
51:15 52:13 56:10 60:2
77:18,19 86:18,19

**bringing**
11:14 49:5 51:6 85:3,
19,21,24 86:22 97:23

**brings**
16:13

**brinkg**
48:2

**broken**
36:17

**brought**
43:17 69:2

**brushing**
39:1

**buck**
41:11

**buddy**
47:22

**building**
27:7 52:21,22 55:2

**buildings**
27:7

**bulk**
63:16 89:4

**bunch**
79:10

**burn**
100:21

**burning**
22:6 94:13 100:22

**business**
12:20,23 13:12,21,24
17:4 21:4 35:7 41:4
42:20 58:12 60:18,19,

20 61:11 62:3 71:18,20
74:4,5,7,10 81:13 85:4,
7,14,23 86:18 100:4
104:11 105:23 112:14
113:8

**businesses**
12:22 24:24 27:17
52:16 56:18 61:12,15
62:13 74:2,6,12 85:12,
13 86:14,17

**buy**
46:3,6,10 48:5 57:22
62:5 63:15,17 74:4

**buying**
59:16 79:3

**buys**
47:22

**C**

**C.S.R.**
113:5,20

**cadmium**
76:6

**calendar**
84:20

**call**
6:6 38:9 59:6 60:5
65:19,24 91:21 111:21

**called**
34:5,14 39:22 58:20
64:8 65:13 67:9

**calling**
64:24

**Calumet**
109:4,7,15

**can't**
34:24 42:18 56:18 58:4,
5 59:3,16 61:21 62:4
68:9 73:22 75:23,24
76:10,13 79:8,11 93:8

**Cancer**
50:4

**capped**
73:20

**car**
8:24 63:2

**cardboard**
97:20

**care**
59:15 64:13 75:9

**Carmella**
40:7

**cars**
61:2

**carte**
97:23

**case**
72:20,23 73:5

**cash**
60:7

**categories**
14:19 19:14 36:15

**category**
17:22 18:4 19:18 99:11,
13

**cause**
106:4

**caused**
70:18

**CCD**
68:2

**CD**
74:19

**CDL**
31:5 87:12

**CDLS**
28:20

**cease**
83:8 84:11

**ceased**
83:23

**cell**
46:7

**center**
98:14

**Certified**
113:7

**cetera**
108:5

**chairman**

71:6,11,12

**chairperson**
40:8,18,23

**chance**
35:13 60:14 70:13

**chase**
29:2

**cheap**
81:8

**cheat**
98:8

**check**
35:15 42:22 57:17 60:3
78:1,7 79:15

**checked**
78:8

**checking**
16:16

**checks**
78:6 79:16

**Chicago**
7:1 14:10 29:14 34:18
42:6 45:3 49:6,7 51:7,8
75:18 113:8

**chief**
64:4

**child**
56:8

**children**
51:10 56:7,22 63:21,22

**chip**
16:1

**chips**
18:20

**chose**
100:19

**church**
110:6

**citizens**
16:12

**city**
13:15 14:10,14 30:8
34:18 45:3 59:13 74:22
75:18 79:5 113:8

**civil**
55:5

**clarified**
102:16

**clarify**
103:21

**Clark**
34:4 53:18,19,23 55:4,
5,7,9,10,12,14,17,20,
22,23,24 57:4,5,8,10
58:1

**class**
87:18,19

**clay**
80:1

**clean**
18:11,14 19:4,18,20
36:18 45:7,13,15,18
51:5,9 52:8 54:15 61:7
73:8 77:11 80:9 87:20
99:12,13

**cleaned**
61:9

**cleaning**
51:2 52:3,17

**clear**
64:1

**client**
74:14,23

**climb**
76:9

**close**
77:3 104:19

**closer**
69:6 77:4 107:7

**coapplicant**
7:6

**coapplicants**
6:1

**code**
82:10,23 83:2 88:19
89:8,9 91:22 93:7
107:17 109:1

**collecting**
31:8

**collection**
20:9

**colors**
78:11

**come**
10:21 19:16 33:12
35:10,23 41:15,16
44:11 46:2 51:5 52:16,
18,19 54:12 56:19
58:13 62:5 63:3 79:4
80:17 86:23 91:16
97:12,18 100:4,21
104:21,22 108:8

**comes**
32:14,15,21 42:22 50:4
74:3 75:12 78:22

**comfort**
25:3 89:17 90:5 101:10

**comfortable**
100:8

**coming**
40:20 42:15 48:8 51:7,9
59:17 78:2 85:13 93:3
100:18

**Commission**
48:20

**communicate**
35:7

**communicated**
24:20

**communities**
52:11

**community**
9:21 30:20 42:8,9,11
49:24 50:14,19 51:9,17,
21,23 52:4,7,15,24
53:24 56:1,4,6,11,20,23
58:2,22 59:17 62:22
64:10 81:4 84:5

**companies**
8:3 13:22 16:10 30:11
51:5 77:23 92:23

**company**
9:6 13:23 15:5 19:19
30:5,11 31:2,9,14,23
40:15,20 41:4,5,17
42:16 45:23 46:2,14
50:23 58:20 60:1 74:1
87:11 91:12,13,16,19

92:6,7,9,14,16 93:3,11

**competitor**
77:13

**competitors**
77:23 78:3

**complaint**
79:20 104:22

**complaints**
78:12

**complete**
113:14

**completed**
11:5

**compliance**
23:2 101:22 102:8
110:17

**comply**
95:14 96:3 102:22
103:11,18 107:22
108:3,10 111:5,8

**complying**
37:22

**compost**
19:10

**comprehensive**
25:23

**concern**
95:6,22 101:5,11,14
102:15 104:23 105:17

**concerned**
50:12 99:14

**concerns**
39:9 50:18 52:10 94:23
95:1,5 101:4 102:15
103:5 105:18 109:16

**conclude**
83:11

**concluded**
36:8

**concrete**
9:7 11:15 15:3 32:16
33:1,18 45:7 46:19,21,
23 47:4,7 73:21 79:22
80:2,7,9,13 81:7 94:16
98:15,19

RECORD OF PROCEEDINGS    - 11/02/2017                i6

condition
72:14 93:16,19 95:12
96:1,8 102:10,13,22
103:7,14,15 108:9,17

conditional
48:17 49:2 70:6,11,22,
24 82:16,22 88:9,12
89:1,9,15,22 90:6,9,18,
21 92:18 95:16,19
101:8 102:1,12 107:11,
20 108:2,8 110:18,24

conditions
75:6 88:16,23,24 89:12,
13 91:4,5,24 92:1 94:24
95:17,23 96:3 101:22
102:5,12,19,23 103:2,3
107:22,23 108:1
110:13,14,17 111:2,5,
13,14

condone
65:6

conducted
33:11

confine
93:6

conflict
89:7

conform
27:23 90:22

confuse
77:14

confusion
99:19

congestion
27:18 90:17

congratulate
7:2

consider
10:11 66:21 89:19

consideration
63:19

construct
89:7

constructed
106:17

construction
11:1,15 14:20 15:1,15,

19 16:4,11 19:15 22:21
31:23 36:15 55:1,2
77:11 99:9 102:6 104:2

consultant
27:1

contain
20:11

contained
96:4

containers
97:19,20

containing
16:23

contaminants
19:23 33:17 34:11,17

contaminated
19:21 32:7,9,10 33:8
45:8,9,15,18 51:19
52:2,11 54:8,9,11 79:23
80:13

contamination
54:13,15

content
76:5

context
26:13 105:9

contingency
24:1,14

continual
108:17

continuation
9:10

continue
34:6 59:23 97:4

continuing
101:17

contract
74:21

contractor
46:8

contractors
16:11 21:8

contrary
90:19

control
22:9,15 39:6 58:4,5
75:22 105:7 111:9

controls
18:19 23:11

conversations
11:9

Cook
75:17 113:8,16

copies
28:3 38:21

corner
53:4 74:16 77:24

corners
107:4

correct
14:22,23 16:8,20 17:8,
9,24 18:3,7,10,18
19:13,23,24 20:3,12,13,
18,19,21,22 21:3,6,11,
20,21 22:7,8,13,17,21
23:2,6,7,11,16,23 24:4,
5,15,21 25:4,14,19,20
26:5,6,11,12,14,15,20,
24 27:13,14,18 60:5
104:17 108:12 109:11

correctly
73:20 97:16

corridor
52:17

cost
11:7 15:10 47:20 73:9

costs
21:12

couldn't
28:20 57:19 67:17

counsel
65:16

county
27:21 28:3 75:17 79:18
102:18 113:3,8,10,16

county's
103:2

couple
30:12

court

24:8 69:8,9 72:20,23
73:4,8 76:20

Courts
113:10

cover
47:4

covered
23:8 54:12 80:1,15

covering
47:8 48:10 81:18,19,21

coverup
48:6

crackheads
58:5

create
15:10 24:9,11 82:2
106:5

created
50:10 70:6,18

creating
47:16 68:14

creation
22:10

Crime
60:6

critical
11:2 43:13

cross-examined
71:5,15

crude
19:22

crush
80:2,15

crushed
54:14 80:2,9 81:6

crusher
39:5

crushers
80:7

crushing
9:7 11:16 79:21,22 80:7
98:19 104:2

Cunningham
12:1 29:3,5,8,10 31:3,
18 32:11,23 38:10,11

40:3 44:1 54:7,24 55:4,
5,20 60:7,11 65:21
66:1,2,17 86:21 104:4
111:17,22,23

curbings
11:15

current
90:19

cut
29:1 61:22 63:4 107:4

cute
58:13

Cynthia
57:14

**D**

daily
22:14 39:16 61:2

Daley
7:1 77:8

dangers
95:9

darn
44:12

date
21:23 37:16,21

dated
102:3

daughter
57:1

day
23:19 29:9 31:11,13
45:16 48:8,9 53:15 58:8
67:7 72:1,3,24 74:2
75:16 79:15,16 113:16

days
51:16,22

de
69:16

deal
82:5

dealerships
8:24

dealing
36:12 71:20 97:8,9

dealt
11:8 100:15

Dean
50:8,9,11

debris
14:21 15:16,23 19:15
36:16 77:11 99:9

decades
89:21

decide
69:23 70:1

decided
13:9

decimating
23:1

decision
7:12 10:11 49:16 69:16
83:13 94:19 95:2

deem
91:10

defer
105:15

deferring
7:12

defined
107:11

definitely
103:16

degree
55:1 105:23

delivered
16:9 20:10 33:11 34:22
78:24

delivery
16:17

demolition
14:21 15:1,5,15,20,23
16:4,11 19:15 36:15
64:6 99:9

denial
110:2

denied
83:7 89:13,24

deny
89:19,22 92:19 93:9

department
24:20 75:18

depending
18:16

depends
83:24

deposes
113:6

deposited
17:5

described
39:1

deserves
77:3

design
8:10 25:1

designated
22:23

designed
91:5

desirable
38:2

desperate
61:12

detail
9:22

detailed
7:11

detect
34:17

detention
72:8,10

determination
110:1

determine
34:10,11 76:5 91:1
92:15 97:16

determined
26:18 34:12 107:10

detriment
101:13

detrimental
25:2 43:24 89:16 90:4
101:8

devastated
54:3 56:22

developed
73:19

development
26:3,4,10 68:3 90:10

developmental
68:6

devices
23:1

dictates
19:1

didn't
7:11,13 43:17,19 51:14
64:20 67:15 69:8 70:9
72:2 78:20 81:5,8 98:4,
5

diesel
29:20,21

different
14:19 17:12 45:2 58:16
99:21

differently
72:18

difficult
69:4

difficulty
70:17

diminish
25:19

diminishing
105:21

diminishment
25:18 105:19,24

Dion
50:8 54:5

dir
46:7

direct
89:7

dirt
19:11 27:12,13 34:15
46:4,12 47:5,8,22 48:1,
5,11 63:18 73:14,15
75:1 76:1,11 79:24
99:1,2

TS_00574

RECORD OF PROCEEDINGS  - 11/02/2017                    18

16

**disagreement**
85:6

**disapppointed**
43:7

**discretion**
93:7,13

**discuss**
55:12

**discussed**
8:20 48:21 96:9 102:10
110:13,15

**discussing**
91:16 101:3

**discussion**
24:10 48:22 82:14 88:1,
3 89:2 91:9 93:17,21
97:4 101:2 109:16

**discussions**
62:21 91:9

**disgrace**
56:1

**disinformation**
12:19 99:24

**displeasure**
67:6

**disposal**
22:2 30:11 74:14

**dispose**
21:10

**disposed**
21:2

**disrespected**
34:2

**district**
75:19 90:12,23

**districts**
106:6,9,13

**doctors**
62:4

**document**
11:21,22 12:11,12
51:22 65:13,14,19
66:15 70:4 102:3

**documentation**
33:14

**documents**
38:5 90:24

**doesn't**
68:5 78:17 88:21,22
89:13 106:14

**doing**
7:23 9:22,24 12:14
13:22 14:17 17:23
36:12,13,20 41:10 51:3,
4 53:16 59:11,22 60:1
61:24 69:20 74:7 75:5
78:13 79:10,14 80:18
91:3 97:16 100:1,12
108:15 110:9 113:7

**dollars**
73:10 74:24 75:4

**don't**
8:19 14:4 18:1 21:12,
13,14,15 26:22 31:17,
24 39:13 40:16 41:11,
22,24 42:5,10,14,21
44:12,14,16,17,19
46:24 47:5,6 48:11 49:3
50:2 52:8,9 54:22 56:2
59:13,15,19 61:15 62:3,
7,23 63:7,12 64:12,18,
20 69:14 71:2 72:10,11
73:7 74:6,12 75:8 76:22
78:15 79:9 84:20,24
85:1,9,12,20 87:2 92:20
94:5,7,20 97:24 99:4,20
100:1,9,23 105:7 106:6
109:12 110:5

**donate**
11:11

**Dorcel**
87:10

**doubting**
31:20

**doubts**
55:19

**downtown**
85:9

**drainage**
26:19 27:5 90:14 103:5

**drinking**
52:7

**drive**
8:16 29:13 31:3 45:14,

**driver**
28:24 29:4,13

**drivers**
30:15,16 36:23

**driveway**
15:18 36:17 99:10

**driving**
31:4,5,14 45:10

**drop**
78:9 79:17 80:8

**dropped**
78:11

**drove**
13:9

**drugstore**
85:11

**drywall**
15:14

**due**
22:10 52:12 69:23
93:24 96:10

**duly**
96:14 113:6

**dump**
10:14 13:11 31:9 33:18
36:15 40:20 45:2,3,7
46:5 47:4 48:7 49:6
50:23 56:2,9 57:16
58:24 60:22 63:7,9,13,
14 64:1 77:10 98:14
100:21,24 103:22 104:4

**dumped**
20:24 59:24 73:1,2,11,
21 75:2 81:2 94:14

**dumping**
21:18 23:19 46:17,18,
20,23 48:9 51:18 52:12,
19 61:2 81:2,19,20,21
85:6

**dumps**
31:5

**dust**
22:9,10,15 39:6,12
105:7 111:9

E

**earlier**
10:2 60:23 65:9

**early**
72:20 74:17,23

**east**
8:23 106:9

**education**
30:9

**educator**
64:13

**effect**
106:4

**effects**
49:22 60:22 88:17

**effort**
78:23

**egress**
90:16

**eight**
38:20

**elderlies**
60:9

**elected**
84:5

**electric**
58:10

**elements**
88:19,22

**elephant**
31:19

**eleven**
29:19

**Embolism**
37:12

**emergency**
24:1,3,14,19

**employees**
12:21 14:13 23:21 24:3,
6,12,21 35:16 52:20

**employment**
9:20

TS_00575

RECORD OF PROCEEDINGS    - 11/02/2017                    i9

empty
86:16

endanger
25:2 89:16 90:4 101:9

endangerment
101:13

enforcement
105:4

engaged
11:9

engineer
8:9 27:20 103:11,14,20
111:10

engineering
8:8,9 24:24 26:17 27:1

engines
61:2

enjoyment
25:17 90:7

ensure
16:18 94:11

enter
38:4 65:13

entered
12:11

entering
18:20

environment
30:7,21 75:18 92:3

environmental
9:19 19:22 36:5 72:17
75:16

EPA
58:7 75:17 78:8,10
79:17,24 96:17 102:6
105:13

equipment
22:23 24:18

equipped
22:24

especially
77:2

Established
108:6

establishment
89:15 90:8 101:7

estate
13:14,15,16

et
108:4

evaluate
21:9

evening
6:23 10:22 40:7 51:15

event
21:7 96:4 107:21

events
63:20

eventually
49:1,8

everybody
13:2 45:22 53:18 64:1,4
79:23 80:18

evidence
68:21

evil
40:11 41:12 42:16

exactly
53:12 99:20

examination
107:7

example
102:2

excavation
19:21

excavations
34:17

exceptions
106:11

excess
22:11

exercising
83:19

expand
12:23

expanded
13:13

expanding

14:10

expect
73:8

expense
59:12

experience
10:21 13:7 25:16 26:8
28:14 31:15

experienced
9:14

experts
106:3

expired
67:4

explain
46:15

explanatory
101:7

expressed
67:5

extinguishers
24:18

extreme
94:4

eyes
69:12

F

facade
48:6

facilities
9:13 26:19 90:14

facility
9:18 14:4 16:3,9 17:12,
23 18:5 20:11,14 21:1,
9,18,22 22:1,14,24
23:4,13,22,23 24:7,13,
21 28:14,23 32:22
34:24 35:2 36:23 43:15
64:2,14 68:3 74:15
77:22 78:22 79:19 80:3
88:10 89:10,24 90:8
93:4 98:19 99:3 102:6
103:23 111:1

fact
26:13 42:7 50:18 76:21

factors
92:20,21

facts
86:8

fail
107:21

Fair
63:8

fairly
25:24

familiar
12:17 33:5 97:22
100:15

families
100:19

family
31:17

far
9:9 19:18 29:16 32:18
44:10 109:6

fast
33:20

favor
28:12 40:4 65:24 88:7

federal
79:18 95:14 96:2,6
101:21 102:23 111:4,6

feeds
101:20

feel
43:21 85:21 88:21
91:19 94:7,16 100:7
110:19,22

feet
54:13 73:3 80:1,13
94:15

fencing
18:20 23:5

fifth
50:22

File
67:11

filling
78:20

fills

RECORD OF PROCEEDINGS   - 11/02/2017        i10

16:13

**final**
83:13 84:15 88:22
110:1,3 112:12

**finally**
11:5 59:7 80:20

**find**
28:20 43:12 44:19
67:12 82:4 84:10,17
88:20

**finding**
88:13 89:20

**fine**
28:12 71:16 85:11

**finish**
47:18

**fire**
24:18,20 73:3

**firefighting**
24:17

**firemen**
57:3

**firm**
26:17

**first**
9:23 25:21 31:9,14 32:5
37:2 38:21 40:10 46:1
48:11 50:13 53:2 93:15,
19,23 95:6 101:6 113:6

**fits**
26:13

**five**
28:17,19,22 58:19
90:15

**fix**
74:24

**flames**
73:3

**flood**
81:5

**flooding**
11:7

**floor**
44:2 47:14,15 50:9
62:17 68:14

**flying**
78:11

**FOIA**
68:5

**folks**
45:5,9 66:23 71:17,20
77:3

**follow**
94:18

**following**
111:2

**fool**
55:18

**footprint**
18:16

**fore**
28:17

**foregoing**
113:12,13

**forest**
8:23

**forgot**
96:16

**form**
34:21 35:1 74:2,3,5

**forth**
81:10 86:8 102:23
110:15 111:6

**forthcoming**
38:4

**forward**
6:4,6,7,11,22 50:17
52:6

**forwarded**
112:12

**found**
67:1 95:18 101:23

**four**
8:16 57:2,3 58:15 79:19
90:13

**fourth**
83:12,16 84:12,19

**frankly**
71:8

**free**
81:9 110:19

**Freedom**
67:11,16

**frequent**
35:8

**Friday**
23:14 39:17

**friendlier**
13:17

**front**
83:13 84:20 86:4 88:8

**fuctioning**
37:16

**fuel**
29:20

**full**
58:21 77:1

**functioning**
106:22 107:2

**further**
22:1 36:21 39:19,20,22
73:16 77:6,7,20 87:23,
24 107:10 110:12

**future**
26:3 41:9 49:24 60:2

**G**

**garage**
16:1

**garbage**
10:4,14 36:12,14 57:11
77:23 99:20,22

**gas**
58:10

**gate**
47:24

**gates**
23:5

**general**
20:8 24:1 25:3 62:21
77:22 88:14 89:18 90:5
101:10 106:12

**generally**
89:11

**generated**
22:19

**generating**
27:11

**generators**
16:12

**gentleman**
8:6 45:1

**gentlemen**
13:2 44:14

**Georges**
7:1 77:9

**get all**
48:1

**getting**
43:21 44:1 55:7 58:9
66:14 79:13

**Gilmore**
57:14 60:8,12 62:16,20,
23 63:1,10

**give**
35:13 55:21 60:14 70:5
75:1 80:8 97:23 110:21

**given**
50:14,19 69:10

**giving**
12:24 87:13 92:8 96:13

**glad**
44:15

**glib**
49:18 50:1

**go**
6:22 7:22 9:22 10:19
13:10,18 19:10 28:8
30:23 31:19 32:5 39:13
41:5 46:6 48:4 49:10,13
54:13 56:8 58:17 63:15
64:19 74:11 75:2,23
76:9 78:21 79:8 82:22
88:2 95:4 101:1,3
107:12 109:20,21

**God**
44:8 94:14

**goes**
34:21 39:11 53:10
74:10

**going**
7:22 8:1 9:18,23 11:11
12:18 14:16,21 16:3
27:9 31:24 32:1,3 33:9
40:17 41:14 43:22,23
44:4,18 45:12 46:2,3
47:18,19 48:24 49:1,4,
10,13,16,20,22 50:2,20
51:8,16,20 52:1,3,4,5,
13,19 53:8,9,10,12,13
55:19 56:3,8,11,15
58:14,18 59:5,6,10,11,
20,23 60:6,20,23 63:15,
17 65:3 69:3,13,19 70:1
72:8 73:15,19 74:3,4
76:16 78:13 79:9 80:17
83:5,6,13 85:1 87:24
93:9 96:17 97:17 99:21
100:21 110:6,7,18
112:14

**good**
6:23 8:18 10:7,22 28:23
30:2,17,21,22 31:2,21
40:7 45:23 58:7,11 60:8
61:17 75:11 80:23
100:4,14

**Google**
60:5

**gotten**
79:1

**government**
57:6 84:6

**governmental**
8:11 35:3

**grandchildren**
63:21

**grant**
110:18

**granted**
93:14 102:1

**gravel**
45:7 46:7,12 98:20

**great**
29:16 63:22 67:20

**green**
6:17 29:18 62:7 103:17

**Griffin**
38:18 66:11

**Griffith**
12:9,10 36:8,19 66:12
88:4 102:14 111:20
112:8,9

**grinder**
39:5

**grinds**
80:16 98:24

**grocery**
62:4,10 85:10

**ground**
27:10 52:19 53:10
73:17,22

**growing**
14:11

**guarantee**
94:10 106:20

**guess**
7:2 67:21 68:10 72:8

**guy**
30:2 31:21 33:19,20,21
74:3 100:17

**guys**
33:3 45:9 49:4 52:23
53:6,16 57:15 59:24
60:4,12 67:7 72:7 73:5
75:7 78:1 79:10 81:5

---

**H**

**half**
56:13 57:21 59:19
63:16

**Hall**
6:18 30:4 31:4 32:5,14

**hand**
6:8,19 54:23

**handling**
24:13

**handouts**
11:17

**hands**
58:21

**happen**
7:13 14:21 39:15

**happened**

82:11 107:5

**happening**
42:7 77:2

**happens**
20:23

**Happily**
7:14

**happy**
6:23 98:10

**hardship**
70:17

**hardware**
56:2

**harm**
32:2 40:12

**harmony**
88:13

**hauled**
33:22

**hauling**
9:12 29:20,21 32:7
39:14

**haven't**
30:3,18 44:10 54:6 99:3
100:15

**Hay**
8:8

**hazardous**
16:22 21:10 29:22
32:14,18,21 51:6 57:16
73:1,12 75:12 76:14
77:15

**hazards**
94:1,5

**he's**
8:8,14 29:17 30:2,22
31:1,21

**headed**
56:24

**health**
25:3 30:1 64:13 89:17
90:5 101:9,13

**hear**
9:15 10:20 64:17 98:4

**heard**

68:21 95:10 100:23
101:2 103:24 104:1,8,
15,16 106:21

**hearing**
7:21 25:21 28:5 34:1
42:13 43:15 62:14
66:15,16 71:19 76:21
107:12 113:15

**hearings**
82:19

**heart**
64:15

**heartbreaking**
57:18,21

**heck**
44:4,13

**heights**
89:5

**help**
9:23 25:1 30:24 74:2

**helped**
30:17 81:4

**helping**
12:23

**here's**
71:14 75:3

**hey**
75:14

**high**
56:14 100:20

**higher**
86:14

**highest**
42:9 86:13

**hills**
75:8

**hire**
40:23 79:10 100:6

**hiring**
30:14

**historically**
25:14

**hits**
73:16

RECORD OF PROCEEDINGS    - 11/02/2017    i12

**Hold**
68:13 99:5

**hole**
41:21

**hollering**
41:6

**home**
60:4 100:18

**homeowners**
61:13

**hooked**
39:12

**hope**
44:8 110:10

**Horton**
43:5,16 44:2,4 57:1
64:19

**host**
8:4

**hot**
73:2

**hour**
8:16 22:12 39:15 50:22

**hours**
17:7 23:18 48:8 72:24

**house**
15:4 19:16 30:17 36:16
57:18,20 58:9 59:3,15
60:16 61:19

**household**
10:4

**houses**
86:16

**hundreds**
73:9

**hurting**
52:15

**I**

**I'd**
6:23

**I'll**
10:23 11:19 71:21 72:6
74:5 80:8 87:22

**I'm**
7:23 29:4,5,24 34:4
37:1,5 41:14 42:12 43:8
44:21 47:7,10 50:6
51:22 53:15 54:1 59:18
60:4 63:10 64:12 70:24
71:4 74:3,7 76:16 81:22
82:3 83:21 86:5 93:9,10
94:20 97:1 108:15

**I've**
13:21 28:21 29:12
30:12 31:4,7,14 46:9
64:9 79:17 85:7 86:9,
10,11 95:10

**I-2**
9:5

**idea**
40:16 54:21 76:14
99:17 106:6,13

**Ideally**
100:7

**identification**
82:21 107:13

**identified**
21:18 82:18 95:22
107:6

**identifies**
26:1

**identify**
70:10

**IEPA**
35:5,8 39:6 47:3 68:1,5
75:17 102:4,7 103:1
104:9,15

**IEPA'S**
102:11

**illegal**
21:18 48:11,12

**Illinois**
34:19 36:5 72:20 73:7
113:1,9,16

**imagine**
71:12

**immediate**
10:6 90:8

**impact**
91:6 95:23 106:18

**impairing**
105:21

**impede**
26:9 90:9

**impeding**
24:10

**implement**
39:4

**implemented**
22:10,16 34:19

**important**
30:1 64:16 109:17

**improvement**
26:10 90:10

**inches**
80:16

**include**
16:21 18:19 19:9

**included**
29:23

**including**
24:18 77:23 84:2

**inclusion**
102:21

**income**
85:14

**incoming**
16:19

**incorporated**
102:11,20,21

**incorporating**
103:1,2

**incorrect**
107:13

**independent**
105:13

**Indiana**
58:17

**indicted**
57:7

**individual**
21:17 97:2

**individuals**
84:5

**industrial**
9:3 25:10,12,22 26:3,4
75:21,23 106:11,15,18

**industry**
9:14 10:21 13:5,6,9

**inform**
85:22 86:2

**information**
10:1 20:8 50:14,19 52:5
66:20,21 67:11,17
98:17 104:23

**informed**
82:20

**ingress**
90:16

**initial**
36:2

**injurious**
25:17 90:6

**injury**
72:13 73:13,17,23

**inquiry**
46:9 97:8

**ins**
79:17

**inside**
15:9 98:18

**inspect**
35:18,24

**inspected**
35:21

**inspection**
36:2

**inspections**
23:11 104:10,12

**inspects**
104:9

**instances**
94:13

**insult**
72:13 73:13,17,23

**insulting**
81:14

**integrity**
65:7

RECORD OF PROCEEDINGS   - 11/02/2017          i13

intend
64:24

intends
6:3,9

intentions
58:11

interest
70:19 80:21

interested
37:5,8 41:3

interrupt
31:18 42:12,14

introduce
10:18

investigate
96:17

involved
41:12 98:13

iron
33:1

Island
61:1

isn't
10:13,14 69:4 72:4
75:12 92:14

issue
35:11 48:24 55:24
100:12

issues
100:2 101:4

it's
8:22 9:10 10:10 12:24
13:23 17:4,7,10,13
24:10 26:17,23 28:4,7,8
30:17,20,22 31:16 32:1,
9 33:17 34:16 39:16
41:11,22 42:3,6,7 43:13
44:18,20 45:13 48:12
49:22 52:14 53:11
57:12 58:15 61:18,19
64:2,7 65:2,13 68:2,6,
21 70:4,12 72:7,15
73:12,14 74:19 75:21,
23,24 78:17 79:23 84:9,
24 85:21 86:3,22,24
87:19 88:8 89:1,14,23,
24 93:17 96:21 97:7,11
98:14,19 99:6,12,19

101:6 103:7 104:16
105:20 108:16 110:2

items
34:14

its
25:11 61:5 70:15
105:13

J

Jackson
69:2

James
45:21

Janice
64:9

Jim
6:13 7:23,24 8:3 9:11,
12 10:18,21,22 24:23
29:12 98:11

Jim's
9:6

job
28:21 29:3,15,17,22
44:16,17,18 59:22
60:12 76:2 86:22 87:14

jobs
15:10 30:19,20,23
44:15 77:18 87:13,15,
17

Johnson
12:2,5,6 38:16,17 65:23
66:7,8 101:5 103:4
104:23 105:17 112:4,5

Joliet
45:17

Josh
8:8

judgment
91:21

jump
60:13 77:2 79:8

jurisdiction
71:2

K

Kankakee
14:9

Kay
60:15

keep
15:9 42:17,19 55:5,6,16
57:8 96:21 98:13

keeps
64:1 79:23 80:18

Ken
8:7,12

kids
30:7 60:21

kids'
60:21

kill
50:2 56:21

killing
43:2

kind
30:8 40:20 63:18 69:3
71:20 72:12 73:20 76:6
84:21 97:20

kinds
40:11 56:18

kitchen
15:14

knew
40:19 71:23

know
7:2,7,16 10:14 18:2
31:1 32:2,6,11 40:8,11
41:12,22 42:10 43:11,
16,17,19 44:11,12,14,
24 45:12 46:13 48:12
49:3,7 50:5,18,19 51:1,
7,8,19 52:5,8 53:8,12,
14,18,24 54:4,6,22 55:1
58:7 59:13 62:7,9 64:18
67:10,15 69:3,11 72:5,
18 75:12 76:12 78:2,4,
18,20 81:12 82:15 85:1
94:20 96:18 97:24 99:4
100:23

knowing
8:14 52:18

knowledge
32:23 56:19 65:7 82:9
84:23 85:2 94:8

knows
94:15

L

lab
76:4

lack
50:13,18 56:19 66:24

lady
39:8 47:24

laid
31:8,16

land
40:21 54:8,11,20 56:16
80:12 90:19

landfill
10:13 36:14 72:22
73:11

landfills
19:11

landscape
11:18

large
8:24 9:8 27:7

Larose
65:2,5,14,15,18 66:14
68:15 69:14,18,22
70:12,17,24 71:4,11,14
77:13 83:16 93:15,18
96:10,15 104:18,21

late
44:20 66:15,22 97:2,5
98:4,7 99:16

law
23:2

Lawrence
69:2

lawsuits
51:3,4

lawyer

RECORD OF PROCEEDINGS    - 11/02/2017                    i14

74:1 78:7

**laymen's**
103:22

**leach**
73:16

**lead**
76:6,12 98:22

**leads**
86:3

**learn**
7:4

**leave**
63:2

**left**
29:21,23 62:13 72:5

**legislation**
69:16

**legislative**
88:13 89:20

**legitimate**
96:1

**let's**
27:1,5 55:20 62:24 63:8
73:24 85:14 95:4 101:1

**letter**
40:22 65:9,11 67:12,18
70:12 72:16 109:18

**level**
96:6,8 104:15

**liable**
74:7

**library**
55:11

**license**
21:16 59:22 87:12
101:24 113:21

**licensing**
36:5

**lie**
67:22 72:19

**life**
42:10 49:16

**line**
32:3 54:24 58:15 72:9

**Liss**
8:7 72:15

**list**
102:5

**listed**
89:21

**listen**
73:7

**listening**
45:22

**lit**
73:3

**Literally**
76:3

**little**
13:4 31:12 58:13
109:14

**live**
29:15 36:24 41:7 42:21
51:12 52:9 56:22 57:1
59:13 62:23 72:2 82:7

**lived**
61:3

**lives**
42:5 43:2 49:17 54:1
60:4

**living**
60:15

**LLC**
6:1,2 7:6,7 8:1,2

**load**
16:16 32:24 33:13
34:14,16,21 46:11 47:8

**loaded**
32:6 79:2

**loader**
48:10

**loading**
20:21

**loads**
16:4,8 78:1,2,4

**local**
15:10 16:12 24:19
95:14 96:3,8 101:21
102:24 108:4,10 111:4,
6

**location**
24:17 77:12

**long**
13:5 45:16 49:21 54:6
59:10 60:21 61:6 76:16
83:4,9 89:11 91:24
94:15 102:5 108:18

**long-term**
10:6

**look**
33:13,16 34:13 59:24
67:22 69:6,12 75:13,19,
24 76:10,13,17,18 77:3,
4 102:2,4,17 106:8
108:7

**looked**
58:9 68:4

**looking**
47:7 51:2 81:23

**loss**
61:22

**lot**
10:1 11:6,7,11 12:19
13:14 14:13 27:10 32:1
43:2 45:4 58:22 60:8,9
84:24 98:16 99:2,24

**love**
40:10 42:15

**lovely**
41:3,16,17

**low**
85:14

**lowest**
15:6

**lucrative**
85:3,7

**lying**
44:8

---

**M**

**M-e-a-d-o-r-s**
87:6

**Ma'am**
86:1 87:4

**machine**
33:19,21 39:12

**mad**
93:8

**main**
7:23 102:14

**maintain**
21:22 81:22 95:13 96:2
111:3

**maintaining**
101:20

**maintains**
89:15

**maintenance**
101:7

**making**
29:23,24 40:15 52:18
80:24 98:20

**man**
45:4 78:14,17,19 79:15

**managed**
13:24 24:2

**management**
32:19 45:17

**manager**
20:14 77:22

**managers**
20:15

**manifest**
32:20 75:23

**manifested**
97:11

**map**
106:8,17

**Mark**
65:5

**marketable**
16:6

**Markham**
13:13 14:3,5,7 35:10

**master**
33:13 34:13

**Mate**
6:12 77:21 80:24

**material**
11:4,12,15 14:24 15:9
16:5,8,14,19 17:7,12

19:10,21 21:24 29:5
51:8,9,16 64:3 80:16
98:23 99:18 104:2

**materials**
6:1 7:6,24 9:16,17
10:24 11:10,18 15:22
16:7,18,21,23 17:5,6,
11,13 18:5,12,14 19:3,4
20:10,12,16,17 21:10,
13,23 22:6 23:13,15
26:23 33:10 36:17,18
38:24 39:3,14 46:3
51:6,14,20 52:9 73:15,
21 76:13,19 77:15 99:8

**Materials'**
23:9

**MATT**
81:12

**matter**
42:5 78:18 110:5

**mayor**
11:3 40:21 41:2,19 42:2
68:24

**Mckay**
53:1 54:5

**MEADORS**
87:2,6

**mean**
28:23 46:15 48:18 50:2

**measure**
101:12

**measures**
22:9,16 90:15 111:10

**medical**
16:22

**medically**
21:8

**meet**
88:21 89:12 92:20
110:14

**meeting**
8:6 37:12 40:23 58:16
63:1,3 84:13 88:24 90:2
96:22 112:13

**meets**
88:20 91:2,24

**Member**
12:1,3,5,7,9 38:12,14,
16,18 66:1,3,5,7,9,11
111:22,24 112:2,4,6,8

**members**
7:3 12:14 13:4 15:13
28:8 38:2 48:15 49:14
64:11 65:5 109:23

**men**
44:15 51:11

**mentioned**
105:6

**merely**
69:15

**mesh**
106:14

**mess**
54:4 55:19

**messed**
57:6

**met**
31:21 91:12 110:17

**metal**
33:1 54:10,19 76:2
97:20

**Metropolitan**
75:19

**Michael**
6:14 77:8

**mid**
108:20

**Midsummer**
108:22,23

**mighty**
41:11

**miles**
22:11 56:16

**million**
74:23 75:3

**millions**
73:10

**mind**
57:15

**mine**
42:9 60:7

**minimal**
26:23

**minimize**
22:10 27:18 88:17
90:17 91:6 95:23
106:18

**miniorities**
30:19

**minorities**
30:16

**minutes**
37:11

**misidentified**
82:12

**misinformation**
10:1 36:11

**mislead**
77:14

**mission**
98:9

**misstated**
110:23

**mistake**
82:20

**mixed**
16:4

**moment**
10:18 44:3 95:2

**Monday**
23:14 39:17

**money**
11:8 15:7,8 40:10,12,
14,15 41:15,20,23 42:3,
4,15 43:2 57:6 67:12

**monitor**
59:1,19 60:23

**monitored**
22:14

**month**
39:8 75:1 76:3 78:7
79:19

**monthly**
104:13,16

**months**
51:17,23 58:15 109:2

**morals**
89:17 90:5 101:9

**mortgage**
60:10

**mortgages**
60:9

**motion**
11:20,23 38:3,6 65:12,
20 88:2,4 110:19,21,23
111:18,21

**motors**
54:19

**mouth**
55:18

**move**
29:5 30:9 50:17 52:6
57:19 61:22 110:20

**moved**
13:12 14:6 29:14 30:6,
10 40:1 50:15 54:18
61:4,17 65:22 111:15,
17

**moving**
13:13 14:7

**mufflers**
23:1

**mulch**
16:2 19:9 46:4,7,12
47:20,22,24 48:1,5
63:15,16,17 99:2

**multiple**
13:22 14:12 57:24

**municipal**
10:3,4 109:18 111:11

**mutual**
55:21

**MVR**
87:20

**myriad**
97:21

**N**

**name**
6:10,24 10:22 28:16,18
29:11,18 30:4 40:6,7
43:5 44:21 45:20,21

50:7 53:1,17,18 57:13
64:6 65:4 77:21 85:16
87:5,10 97:6

**named**
8:6

**Nary**
81:3

**nature**
32:19 89:1,5 94:4

**necessary**
26:19 36:5 90:14 93:3
95:19 107:19

**need**
10:10 24:9 27:11 47:16,
23 50:1,9 52:23 53:5,
11,22 56:2,3,7,11 58:2
60:18,19,20 61:11,12
62:3,4,8 63:7,13,16
64:12,13,14,20,21
76:24 81:15 82:22 85:4
88:16 93:19 96:21
100:7

**needed**
22:16 23:15

**needing**
36:12

**needs**
18:17 58:22 63:18

**negative**
63:20 88:17 95:23

**neighborhood**
80:19 95:7 105:22

**neighbors**
41:6,9 61:23

**nerves**
43:21,22

**nerves--**
44:1

**never**
31:16 42:10,24 44:8,16
76:12

**new**
7:3,8,16 11:5 12:20
13:23 27:7 30:15 48:15
73:24 74:2,4,5,7,10
91:16 100:13 112:14

**newer**
77:3

**newly**
69:4

**nice**
56:17 58:12

**night**
41:13 43:3 67:15,17

**nine**
38:20 58:19

**Noise**
22:19

**nonrecycled**
16:19

**nontoxic**
97:14

**normal**
22:20 26:9 78:16,18
90:9

**north**
8:22

**northern**
14:22 18:8,15

**Notary**
113:5

**note**
28:1

**noted**
96:14

**noticed**
82:20

**notified**
107:8

**November**
37:21 65:10 83:12,16,
22 84:12,18,19,20
112:13 113:17

**novo**
69:17

**number**
11:22 38:5 53:6 65:14,
20 67:23 102:3,18

**numerous**
11:12 12:21

**nurse**
64:13

**O**

**oath**
41:10

**objection**
96:11,12

**objectives**
90:19

**objects**
20:2

**obtain**
95:13 96:2 111:3

**obtained**
27:21

**occasionally**
23:14

**October**
7:13,17

**offer**
36:9

**offering**
14:12 92:24

**office**
35:1 41:19 75:15 86:11

**officer**
55:15

**offloading**
17:6

**offset**
61:13

**offsite**
21:2

**oh**
41:4,16,17

**oil**
19:22 54:11,19

**oils**
53:8

**okay**
6:22 8:19 28:6 36:4
37:13 66:13 71:21 82:5
112:10

**old**
64:18

**once**
17:10 36:22 58:4 59:1
78:7

**ongoing**
84:11

**onion**
62:9

**onsite**
22:20 29:8 33:11 35:1
79:4 80:8

**open**
22:6 39:24 55:18 56:12,
13 58:18 72:21 91:8
93:17,21 97:3

**opened**
23:18

**operate**
8:1 9:16 23:14 25:1
35:19 36:23 68:9 71:18
88:9 92:23 95:15 102:7
107:15,19 110:24

**operated**
9:7 24:23 72:24

**operates**
8:3

**operating**
9:12 14:8 18:17 22:11
23:22 68:10,11,16
71:19 76:22,23 82:4,8,
17 94:2 95:11,18
101:23 108:19 110:16

**operation**
9:8 12:14 22:24 68:6,18
83:3 89:15 101:8

**operational**
80:4

**operations**
20:15 22:20 23:8 27:22
35:21 42:20 43:15
78:20 82:11,23 83:1,5,
7,23 95:18 101:17
103:14 108:21 109:2

**operator**
82:16

**opportunities**

9:20 13:1 14:12 77:18
86:22

opportunity
28:21 34:3 51:15

order
54:12 55:5 81:22 102:7

orderly
26:10 90:10

ordinance
70:4,5 105:4 107:20,22

ordinances
27:23 108:4,10

originally
7:10 107:6

outcome
104:24

outcomes
82:23

outdoor
27:6

outside
101:23

oversees
35:3

oversized
20:2

owner
7:7 8:2

owner's
75:20

---

**P**

package
68:12,17

packet
38:4 102:18

page
38:21 67:24

pages
102:4,11

paid
42:11 60:7,17 61:19
74:23 77:16

---

paint
73:2

paper
42:7 57:12 58:14

paperwork
75:15 95:11

Park
54:2 56:21 57:2

part
6:5,9 9:8 11:21 18:9,15
28:4,9 37:24 42:16,17
83:20 86:7 98:21
106:10

participation
96:12

particular
50:24 88:15

particularly
18:24

pass
11:19 38:1

passed
29:22 78:10

Patricia
85:16

patronize
31:23 86:23

patronized
31:22

Paula
82:3

pay
21:14 42:9,22 63:4 69:9
74:21 75:1 86:14
100:20

pays
42:24

PCBS
76:5

pecific
23:23

peculiar
90:1

pending
82:23

---

people
8:5 12:20 13:19 14:13
15:11,24 28:11 29:22
31:23 37:8 40:13,24
41:10,15,23,24 42:1
43:1 44:12 48:24 49:17
56:6 57:5 59:8,16,19
60:8 68:21 72:5 74:2,8
81:14 82:7 85:24 86:22
87:13 93:2,8 94:13,15
98:13,17,18 99:1,3
100:1,4,13,14 106:1
110:10

people's
69:12

pepper
62:7

percent
11:4 16:18 107:3

permit
46:24 48:24 68:4,7,10
70:9 76:23,24 80:6
82:12 94:3 111:7

permits
8:11 19:6 27:21 28:3
37:15,17 38:1,22 67:21
83:2 95:14,19 96:3,4
101:21,22 102:1,12,24
103:8 107:20 109:1
111:4

permitted
10:8 47:15 82:18 89:22,
24 90:11 107:6,9,14

person
13:24 32:13 44:5,23
78:16,19 86:24

personally
40:21 80:9

personnel
22:15

persons
70:19

petroleum
19:22

phone
79:23 80:10

picked
54:23

---

pickup
16:13

picture
69:1

pictures
11:18 47:6 68:17 79:22
80:10,11 81:1,21 92:4,5
98:18

PID
34:14 78:2,3,5 79:16

pieces
58:13 94:17

pile
17:16,17 58:1 76:1,4,9

piles
98:23

pink
31:19

pit
72:21

place
8:18 19:7,8 30:22 34:7
54:10,19 58:17 61:5
62:2 73:19 78:5 91:4
95:24 97:15

placed
94:16

places
32:10 79:2

plan
20:16 23:10 24:3 25:23
26:1,5 88:14 90:20
103:9,12,19 105:7
111:9,10

planned
10:19 26:9

planning
10:6 14:17 26:8

plans
9:16 23:13,18 26:3
105:6

plant
58:23

playing
55:14

RECORD OF PROCEEDINGS    - 11/02/2017                          i18

please
6:4,7,22 33:24 34:1
55:12,23 60:11 61:10
63:18 64:11,14,15,17,
22,23 68:15

pleased
39:10

Plevens
85:16,23 86:5,9

pocket
41:20

point
51:4 53:5 71:14 73:10
95:17

poison
44:18

poisonous
43:24

police
55:14

policemen
57:3

pollutants
39:13

pollution
23:9 75:22

pond
49:11,12 52:2 72:8,10,
12

poor
40:12 41:23 42:8,11,22

popular
37:7

portion
106:9

pose
98:1

position
40:22

positions
68:19

possible
87:13

post
74:18

potential
91:6 95:23

prayer
64:16,23

premier
15:5

prepare
80:5,6

presence
22:15

present
25:14

presentation
7:11 36:8

presented
7:17 92:4

presently
70:19

president
8:7

pressure
98:22

pretty
11:17 12:13 63:24

prevent
16:17 18:20

prevented
11:6

prevention
23:10 103:9,12,19
105:9 111:9

prevents
90:2

previous
7:21 37:12 40:23

previously
27:2 94:6

price
81:8 100:20

prior
8:6 20:21 69:7 108:6

priority
26:2

probably

9:23 26:22 40:24 65:2

problem
58:9 59:2 70:7 72:17
73:5,14

problems
30:3,18 57:23,24

procedure
33:3,5,10 94:18

procedures
23:22 24:7,13 34:7
37:22 107:16

proceedings
113:9,12,15

process
10:3,8 15:9 19:20 31:24
35:4,6 79:3 82:22 83:6,
9,11 84:11

processed
17:18 20:4

processes
35:18

processing
9:13,17 14:20 16:6
18:6,11 19:4,17,19 20:1
21:24 22:1 23:15 36:18,
19

produce
10:24 13:1 14:5

product
16:6

products
12:15 13:1 19:9,22

program
16:16 98:22

prohibited
20:11 22:7 111:12

project
8:9 11:3,5 69:2 81:3,4

projects
11:1,13 52:6

promise
42:4

promised
42:3

promptly

21:1

propaganda
81:1

proper
21:19 68:8 94:2 95:11,
13 107:2

properly
21:9 82:15 107:19

properties
91:7

property
7:7 8:2,21 9:2,6 25:9,18
26:11 37:6 56:14 57:17
61:6,9,13,14,24 70:8,20
71:22,24 72:1,6,9,17
74:5 75:9 81:7 88:18
90:7,11 105:19,21,24
106:2,14

proposal
10:7 105:8

proposed
10:2 42:20 90:18 101:4
102:22

proposing
9:4 19:19

protect
34:8 37:9 41:10 51:24
106:14

protection
36:6 107:18

protocol
37:22 98:8

protocols
97:15,22

proud
44:23 56:8

provide
9:18 90:16 98:10,16

provided
7:20 11:3 26:20 28:7
29:15,17 30:19,20
31:16 90:15,24 91:23
101:11 105:18

provides
23:10 88:19 93:7

providing

RECORD OF PROCEEDINGS    - 11/02/2017                    119

91:15 92:8

**public**
25:2 39:24 43:14 89:17
90:5,17 97:3 101:9,13
107:12 113:6

**pull**
33:20 101:24

**pulled**
33:21

**puppets**
54:23

**purchased**
12:15

**purposes**
87:4

**put**
8:18,19 30:13 34:16
43:20,23 49:11 54:14,
15 55:7 58:24 61:10
64:16,23 72:11 73:15
75:6,7 80:12,15 88:16,
23 90:24 94:22 95:12
100:11 102:6 105:7,8
106:15,16 107:14 108:1
109:19

**puts**
81:1

**putting**
30:23 79:13

**Q**

**qualified**
55:8,10 87:16

**qualify**
88:22

**quantities**
10:9

**question**
37:14 38:23 46:22
47:10,11,13 48:16 53:2
67:20 69:3 75:11 82:9
83:10 87:1,9,11 92:13
93:22,24 94:7,21 98:2
108:18 110:13

**question--**
47:9

**questioning**
36:10

**questions**
14:15 28:10 34:3 36:21,
24 37:3 38:22 39:19,22
71:1 76:17 77:4 93:23
94:22 98:11

**quiet**
50:10

**Quite**
71:8

**quorum**
7:14,15

**R**

**radio**
33:19,21

**rains**
73:16

**raise**
6:8,19 51:10 100:19

**ran**
36:18

**Randall**
60:15

**rank**
86:13

**rarely**
43:12

**rate**
86:15

**rational**
49:15

**raw**
16:6

**read**
51:14 70:13

**ready**
79:12,13

**real**
13:14,15,16 30:2 77:17

**realize**
100:1

**really**

27:6,11 43:7 59:24
67:11 74:8 77:3 85:5
93:3 109:4

**reason**
45:16 62:13 66:22 74:9
80:4 88:21

**reasonable**
91:4 103:7,15

**reasons**
10:7,16 57:21 106:5

**recall**
8:5

**receipt**
20:17

**receive**
109:23

**received**
8:11 17:8 109:18

**recognition**
109:19

**recognize**
109:2

**recommend**
69:19,21,22 70:2,3 98:1
102:20 110:2,23

**recommendation**
71:18 77:1 84:14 95:4
105:2 109:20,21 110:3
112:11

**recommending**
69:15 84:8 101:16
112:11

**reconsider**
85:5

**record**
6:11 7:21 8:13 11:21
24:9,11 28:1,4,9 35:1
37:24 42:18 45:20
47:16 50:7,10 53:17
57:13 64:8 65:4,13
68:14 72:16 82:2 83:20
87:4 91:1 96:11 97:6
98:3 109:24 113:14

**recording**
24:9

**records**
21:23 35:15 76:18

109:24 110:1

**recycle**
10:24

**recycled**
11:10 16:2 17:11 32:17

**recycling**
9:17 14:4 17:13 20:7
21:24 57:16 58:23 64:2
68:2,3 88:9 89:10,23
98:14,15 103:23 104:3
111:1

**red**
13:18

**redo**
15:18

**reevaluate**
64:15

**reference**
37:15 38:24 103:8

**referring**
64:1 98:14

**regardless**
108:2

**regards**
39:9

**regular**
104:6 112:13

**regularly**
78:9

**regulated**
96:19,21 97:9,11 98:12
99:6

**regulations**
70:14,15 89:4,5 90:22
102:8 108:4,11

**regulators**
101:16

**reject**
33:17

**rejected**
20:20

**rejecting**
20:17

**related**
101:4

TS_00586

RECORD OF PROCEEDINGS   - 11/02/2017                    i20

relates
89:4 101:5 103:4

relation
40:5 105:3

relayed
104:24

relevant
42:19 57:8 62:18,20
63:6

reliance
82:16 107:14

reloaded
21:8 33:22

remedy
35:14

remember
73:13 103:8

remove
20:2 53:10 54:13 55:18

removed
18:24 21:1

removing
38:24 39:2

renovates
15:13

renovation
11:2

renovations
19:16

renters
58:5 59:17

report
24:19 75:2

reported
21:19 113:9,11

reporter
24:8 69:8,9 113:7

represent
77:9 84:5

represents
7:24 77:14

request
10:2,9 67:11,17

required

19:6 23:1 37:15 74:18,
21 96:2 101:21 111:4,6

research
26:8

reside
95:7

residence
63:17 106:7

resident
50:12

residential
106:8,14,16,19

residents
12:16,17 34:2 42:23
45:6 49:17 52:21 78:14
79:3 83:14 84:3,10
85:18 87:3 94:12

residents'
11:6

resistance
10:15,16

resold
17:19 20:5

respect
55:21 68:19 69:23
96:10

respectful
34:1 68:16

Respectfully
43:14

respond
47:12

responsibility
75:20 105:5

responsible
20:16 21:17 56:6

rest
38:21 44:22

restaurant
56:12

restricted
23:5

restructure
11:10

result
22:19

results
36:1

retention
27:11 49:11,12 72:12

retired
64:13

reused
20:5

revenue
31:16 77:19 86:20,21

review
7:21 69:16,17 101:18
103:10 107:10

reviewed
82:14

revocation
95:20 96:5,7 107:21

Reynold
47:14

Reynolds
45:21 46:17,24 47:2,4,
10,13,18 48:13,14,23
54:21 80:23 81:14,17,
18,23 87:9,10,16,19,21
96:16,23 110:5

Richard
6:24

Richard's
99:7

Richards
97:5,7 98:3,5,7,20
99:16,23 100:2,7,11
101:3

riches
74:11

rid
68:24

ridiculous
60:3 61:14 62:1

right
6:8,19 16:15 17:15 19:1
20:2 21:10 22:2 27:3,7
39:16 40:22 44:2 45:1
50:5 52:11,15 53:3

56:12 58:18 59:2 62:12
72:8,11 74:15 77:24
79:15 81:13,19 83:1,19
84:21 85:10 91:18 93:5
94:8 102:17 104:4
105:11 106:4 108:24

rightfully
41:1

Riverdaele
48:3

Riverdale
6:1 7:6,24 9:3,5,16
10:24 14:6,8 15:6,7,9
19:3 23:9,13 25:11
27:23 29:16 40:12,21
41:21 42:6,23 43:6 46:5
49:17 50:12,23 52:9,14
54:17 57:22 60:4,16,18
61:4,18,24 62:6,7,10,
12,23 63:2,14 68:2,8
72:2,5 74:18,20 81:15
82:8 83:14 85:10,15,18,
19,24 86:6,13,19,20
92:7,9,23 104:24 106:9
108:19 109:9,10,13,14

Riverdale's
25:23 106:17

road
27:16 49:22 50:3,5
98:23

roads
26:18 90:13

Robby
44:3 58:3,21 59:4

rock
54:14

rocks
45:7 113:5,20

role
35:6 92:15,16 105:3

Roll
38:9 65:24 111:21

rollout
10:23 13:12 28:24 29:4

room
14:5 31:19 44:5 72:4

root
40:10 42:15

TS_00587

rough
30:8,24

round
31:10,15

routine
23:10

Roy
53:1 54:5

royalties
74:22

royalty
75:3

rule
69:5,14 106:12

rules
34:19 108:4,10

rumors
32:1

run
74:5 75:8

running
41:18,22 49:10 54:20
55:14 58:6 85:9

runoff
18:19,21 49:8,9 72:7
103:6

RUSSELL
12:1,3,5,7,9 38:10,12,
14,16,18 66:1,3,5,7,9,
11 111:22,24 112:2,4,6,
8

**S**

safe
22:11

safety
25:3 89:17 90:5 94:11
95:6 101:9

salary
43:1 63:4

sale
19:11 22:2

salvageable
61:7

sample
76:4,10

sand
98:16 99:2

Sanitary
75:19

satisfaction
59:4

Saturday
23:15

save
15:8

saved
8:15 15:7

saying
41:3 45:6 47:17 58:14
59:18 71:8 73:5 79:23
80:19 83:21 92:22
93:10,11,18 94:15 99:1
102:7 108:15

says
37:6 45:22 47:22,24
68:7,9 70:5,14 72:24
74:3 75:6,10 89:9,10
113:6

scale
33:12,13 34:13 78:16,
18 79:16

scales
79:12

scheduled
35:23

scoop
76:11

scrap
54:10,18 76:2

screening
9:8 11:16

sealed
97:21

second
11:24 12:2 18:4 38:7,8
40:2,3 65:23 73:24
88:5,6 99:11 111:16,19,
20,21

secondary

88:17

Section
59:18

security
75:7

see
9:2,15 30:15 33:16
44:16 47:6 55:22 60:22
63:20 79:5 80:11,12,24
85:6,9,13 87:22 94:5
108:8

seeing
8:20 48:14 77:20 87:24

seeking
9:9

seen
8:13 64:5 81:23 86:10,
11

segregated
17:10

self
101:6

sell
11:19 46:8 47:19 59:16
60:5 61:21 78:15

selling
11:16 46:11

semis
29:13

sending
20:17

seniors
51:11

sent
76:4

separating
106:13

September
7:10,12 65:11 66:16

serious
43:8

serve
41:10

service
20:9

services
9:19 10:23 100:6

session
87:1

set
27:18 38:1 86:8 110:15
111:5

setbacks
89:4

sets
38:20 102:23

setting
46:14,16

seven
35:10 88:19 89:12
90:21 92:20 94:6,17
102:11

severity
93:24

sewer
11:3,5

sewers
59:7

sham
72:7

shame
52:14 56:1 61:20

Shawn
6:17 29:18

she's
86:24 93:20

sheet
38:21 98:8

shiny
58:13

Shipp
40:7,8 42:12,14,21 67:2
68:21,24

shipped
22:1

shorthand
113:7,11

shouldn't
53:7 70:5 71:8

shout
41:5

show
11:17 35:14

shredded
18:14,23 99:12

shut
42:21,24 54:19

shutdown
72:21

sick
45:8,10

side
40:24 106:12

sides
104:1

similar
22:20 24:23 25:13 27:17

simply
43:7,9

Sims
64:9,22

single
72:1,3 74:2

sir
33:9 37:23 43:20

sit
39:21 49:18 51:21 81:15 110:10

site
8:1,11 9:5,17 10:8,19 14:3,18,22 18:9 19:12 21:5 22:6 25:1,14,22 26:2 27:6,9,15,17,22 32:5 34:8,23 35:10,22 39:11 46:14 72:14 73:6 77:10,16,17 80:5,6 96:17 100:10 104:5

sites
14:2

sitting
50:1 51:17,23 61:3 74:19 84:7 109:8

situation
59:4

situations
24:2.14 51:19

six
29:12 51:17,23 80:16 90:18 109:2

size
27:16

skyscrapers
27:9

sleep
41:13 43:3

slogan
42:6

slow
7:22 31:12

sludge
73:1

small
31:22

smart
74:8

smiling
49.18

soil
19:18,20 20:1 34:20 36:18 60:24 99:13

sold
110:9

solid
10:3,4 109:18 111:11

solve
74:13

somebody
16:12 43:11,17 63:7 67:13 70:6 75:11 78:22 80:21 81:1

son
54:1 56:21

sorry
42:12 43:20

sort
14:19 20:8 101:20 106:3 107:18,24

sorted
17:6,10,17,18

sorting
16:5

sound
23:1 103:15

source
97:12,24

sources
99:18

south
8:24 13:14 14:14

speak
28:12 32:13 33:6,10 40:5 47:15 82:2 106:24

speaking
92:10

special
16:22 75:21 98:13 102:19

specialize
32:10

specialized
21:8

specific
95:1,2 105:20

specifically
9:5 104:11

specifics
27:2

specify
20:10

speed
22:11

spell
87:5

Spend
67:12

spilling
52:1

spoken
50:13

Springfield
8:12,16

squatters
58:4,10

ss
113:2

stability
12:24

staff
107:7

stage
43:13

staged
17:11

stake
40:12

stand
47:19

standard
90:2,3 101:6 105:19

standards
91:2 110:15,17

standing
41:8 86:16 96:11

start
59:11 79:8,10

started
13:5,8,11

Stat
45:20

state
6:10 27:21 28:3,18 34:18 40:6 50:7 53:17 57:13 64:8 65:4 77:10 79:18 95:13 96:2,6 97:6 101:16,21 102:23 110:22 111:4,6 113:1,9,16

stated
37:9 58:1 83:2 94:2,6 95:10

statement
98:8,9

statements
101:15 106:1

states
105:20

stating
94:12

station
53:3,11 74:17 88:10
89:10,23 97:9 111:1

statutes
94:6

stay
58:18 76:7

staying
14:8

stealing
58:10

Steel
61:16

step
6:4,7 95:5

stepdad
29:23

stepping
6:11

steps
92:8

stipulations
37:19

stockpiled
18:15

stockpiles
17:12 18:23

stone
11:23 12:7,8 37:14,19,
21 38:23 39:14,17,19
40:1 66:9,10 67:8,20
75:10 80:2,15,24 81:6,7
93:23 94:24 95:6,10
103:16,21 104:2,5,12
105:10,12 106:20 107:1
108:6,12,14 112:6,7

stood
66:23 68:22

stop
7:18 24:10 55:7

stopped
82:24

Stopping
49:23

store
56:2 62:10 85:10

stores
62:4

storm
18:20 23:9 103:9,12,19
105:9 111:9

story
58:16

straight
29:1 44:7

strange
20:23

stream
20:7

street
6:2 7:7 8:2,23 27:15
56:12 59:21 61:1,5
62:5,11 69:1 88:11
111:2

streets
49:7 90:18

strictly
111:11

strongly
40:19

structure
96:22

stuff
32:12,15,16 45:10,11,
12,14,18 50:4 53:7
58:7,22 59:23 69:23
73:11 75:16 78:6,13
80:14 81:2 94:14 98:12

subject
69:16 82:19 95:19 96:5,
7 101:17 103:10 104:9
107:21 110:14 111:2

submit
28:2

submittal
67:23

submitted
28:2 65:9 76:19 84:14,
15 103:19

substantially
105:20

suburban

42:8

suburbs
30:9 62:1

suffer
56:19 59:8

suffering
41:23

sufficient
27:17 91:20 92:14,16
93:12

summarize
7:17

summary
38:21 67:24

summer
108:20

summoned
21:9

supermarket
56:3,15

supplement
65:10

supply
11:10

supposed
81:20 94:18 97:19

suppress
39:12

suppression
39:10

supression
98:23

sure
7:20 28:13 35:16 37:1
47:24 70:12 71:1,5 75:6
78:1

surrounding
26:10 34:8,9 88:18
90:11 91:6

swear
6:7 53:20 58:3

sworn
6:21 68:22 113:6

Syneicki
6:14 77:8 98:10

system
39:10

T

take
32:9,12,19,20 34:24
45:17 53:6,8,9 59:10,11
63:18 75:9 76:10,11,17,
18 77:3 79:24 80:21
90:23 100:9 110:3

taken
11:18 45:4 84:1 90:16
105:16

talk
8:14 9:11,16,23 27:1,5
35:15 44:22 45:11,22
49:8 57:15 62:24 63:8
72:7 73:24

talked
19:14 25:7,21 26:1 58:3
99:7

talking
10:17 15:23 18:5 25:9
42:24 44:13,14 49:5
51:6 52:3,17 54:1,5,21
62:16 63:10,11 73:4
94:1,5,19

tantamount
88:12

tape
13:18 24:9

targeted
18:8

tax
61:13 86:21 109:6

taxes
56:14 61:14,18,24
77:16 86:14

Taylor
12:3,4 38:14,15 66:5,6
96:19 112:2,3

team
6:5

tear
15:19 16:1 99:10

technology
55:1

RECORD OF PROCEEDINGS   - 11/02/2017          i24

telephone
  67:14

telephones
  24:19

tell
  13:4 14:24 28:13 35:12
  44:3,4,7 45:19 47:5
  48:4,12,19 51:18,21
  53:20,23 67:9 68:22
  69:13 71:21 72:6 96:16

telling
  51:24

template
  107:24

temporarily
  81:2

temporary
  82:10,23 83:3,4 107:15
  109:1

tends
  106:11

term
  49:21 67:3,4

terminate
  40:22

terminated
  67:2,3,5

terms
  103:22

terrible
  59:22 72:14

Terry
  6:16 29:11

test
  34:15 76:2,13 78:4
  97:16

tested
  34:20 78:2 104:5

tester
  34:15 78:3,5

testers
  79:17

testified
  8:14 27:2 40:13 87:7
  94:14

testify
  6:4,9 34:3 40:14 41:16
  43:1 65:1

testifying
  86:4,24

testimony
  6:10 8:13 33:9 39:20,24
  69:7,11,12 72:22 76:21
  77:6,7,20 81:11 85:20
  86:1,7 87:23,24 90:23
  97:4 98:4 101:2,11
  103:24 104:8,15,20
  105:16,18 106:3,21

testing
  33:11

tests
  105:1,12

thank
  7:3 29:10,17 39:19 43:4
  63:23 77:5,19 96:15

there's
  7:3 8:23 9:24 10:7,14,
  16 11:12 12:19 13:14,
  15,17,18 16:16 27:10
  32:2 33:9,16,19 34:11,
  14,24 35:12,13 36:10,
  11 39:20 50:10 66:22
  67:24 68:17 72:17 73:5
  74:12 75:14 76:17
  77:13 88:19 89:20 90:1
  92:1 93:22 97:2,21
  98:13,16,18 99:1,2,19,
  24 102:3,18 106:11
  108:9 110:18

they'll
  33:18 35:12,15

they're
  8:3 9:14 35:17 41:3,18,
  22 46:2,11 48:24 49:5
  52:19 58:12,14 59:5
  61:2,9 68:10,11,16
  69:15,20,21 70:22
  71:19 76:22 81:20 83:6
  92:24 95:18 96:5,7,17
  100:14 101:17 104:14
  110:9

thick
  80:16

thing
  7:18 46:13 50:2,11 56:5

60:13 63:24 64:19
  67:24 68:1 70:23 72:6,
  12 79:20 96:16 109:17

things
  8:15 14:17 16:24 17:3
  18:4,21 20:23 32:18
  36:11,13,16 45:23 46:1
  50:12 51:13 53:9 56:6,7
  57:15 58:2,3,22 59:19
  61:17 64:6,12,14,21
  79:13,15 81:13 85:1
  89:5 99:15,21

think
  9:15,24 28:1 39:1
  49:15,24 50:1,5,16
  51:12 52:14,23 54:16
  61:11 63:22 66:18
  67:23 77:17 85:21 87:2
  94:1 95:24 99:13
  102:14 109:17,19

thinking
  49:21,23 75:5 85:17
  99:14

third
  7:8 19:18 68:1 99:12

thirty
  54:17

Thomas
  44:21

Thornton
  86:12,15 109:4,5

three
  14:19 15:7 29:22 30:5
  36:15 67:7 90:8 99:8

throw
  9:9

thrown
  57:10,11

ties
  63:12

time
  6:11 7:4,8 8:21 17:7
  32:13 35:14 37:7 39:23
  41:18 51:1 53:21,23
  63:3 67:12 71:13 72:15
  74:9 76:16,18 78:8
  79:17 91:12 94:8 95:1,3
  103:21 110:8 112:14

timers
  64:18

times
  29:8 30:12,24 31:21
  58:20 79:19 102:22
  108:3 111:8

tired
  55:18

tires
  16:23

Title
  70:13,18

today
  7:14,15 10:18 59:2
  65:10 67:18,19 68:17
  76:8,19

told
  30:13 46:1 47:19 67:10,
  13 79:24 80:14

Tom
  6:12 77:21

tomato
  62:5,6

tomorrow
  79:5 87:22

ton
  46:9,10 47:21 63:16

tonight
  8:17 10:11 43:7 68:23

tool
  34:16

top
  54:14 61:10 63:7 73:22

torn
  15:3,14

Toth
  6:5,23,24 7:22 13:3,20
  14:2,15,24 15:12,18,22
  16:3,16,21 17:2,5,10,
  16,20,22 18:1,4,8,11,
  14,19,23 19:3,6,9,14
  20:1,4,7,14,20,23 21:4,
  7,12,17,22 22:5,9,14,
  19,23 23:4,8,13,18,21
  24:1,6,12,17,23 25:6,9,
  16,21 26:7,13,16,22
  27:5,9,15,20 28:1,6,10

RECORD OF PROCEEDINGS   - 11/02/2017                    i25

36:9 37:24 38:20 72:14
98:3,6 99:7

**touched**
74:12

**tour**
80:8

**tourist**
37:7

**town**
11:7,10,12 34:9 41:7
64:3,6 80:22 98:16
100:3

**Township**
109:4,5,6,7

**townships**
109:9,10,15

**toxic**
94:19 97:13

**traffic**
22:21 27:18

**train**
8:22

**trained**
23:22 24:3,7,13

**transactional**
74:1

**transcribed**
113:12

**transcript**
69:10,11 113:14

**transfer**
53:2,11 74:17 88:10
89:10,23 97:9 111:1

**transferred**
77:12

**transparency**
43:10 44:19 66:24
100:12

**transportation**
15:10

**transported**
17:13

**Tri-state**
30:12 65:15,17,19
74:14,16 92:11 99:20,

22 104:10

**tried**
33:20 64:18

**truck**
13:9,11 22:21 29:6,13
39:11 46:5,11 48:2
78:16,23,24 79:1 98:22

**trucking**
13:8 30:11

**trucks**
16:10 45:2,3 48:8 97:18
99:21,22

**true**
45:24 104:18,19 113:14

**trust**
44:5

**Trustees**
50:17

**truth**
44:5,8 53:20,23 68:22

**truthful**
94:20

**try**
7:16 56:20 60:5

**trying**
30:12 37:9 43:19 53:24
56:10 63:4 76:7 77:14
81:13,22 93:20 95:2

**Tuesday**
83:12,16 84:12,19

**turn**
33:17

**turning**
44:22

**turnout**
32:4

**Twenty**
13:21

**Twenty-five**
64:17

**twenty-four**
48:8

**two**
19:14 31:13 38:5 39:8
45:2 67:1,4,24 90:6

92:22 99:21 102:3,5
109:9,10,15

**type**
9:10 10:8 15:22 17:2
20:8 39:3 62:3 83:24
86:18 108:2

**types**
10:15,16 14:5,16 92:17
95:22 99:8

**tyranny**
86:10

---

**U**

**U.S.**
75:17

**unacceptable**
20:20,24 58:1

**unannounced**
35:9 78:11

**unauthorized**
16:17,21

**unaware**
15:24

**uncomfortable**
94:17

**undergoes**
20:1

**understand**
19:20 31:24 32:11,24
47:17 59:22 69:18
99:23

**understanding**
91:11

**undisturbed**
27:10

**unemployed**
28:20

**unemployment**
31:9

**unique**
88:15

**University**
54:2 56:21 57:1

**unload**
97:18

**unpainted**
18:11

**unregulated**
96:20 97:10

**upbringing**
30:10

**uplift**
56:20

**upset**
84:22 93:2

**usage**
93:1

**use**
9:10 10:23 19:3 23:5
26:22 39:3 41:20 46:4
48:17 64:2 70:6,11,22,
24 82:12,16,18,22 88:9,
12,13,15,20,21,23,24
89:1,9,16,22 90:1,6,9,
18,20,21 91:23 92:1,2,
18 95:16,19,24 101:4,8
102:1,12 107:6,10,11,
20 108:2,3,8,9 110:14,
16,18,24

**useful**
9:18

**uses**
9:4 10:15,17 25:13,16,
17 26:9,14,23 89:21
90:7,11 92:9,17 106:18

**utilities**
26:18 90:13

---

**V**

**vacant**
37:6 61:6

**value**
25:19 57:20 59:13,14
60:3

**values**
57:17 105:19,21,24
106:2,14

**variance**
48:23 70:16,21 89:3,6

**various**
8:11 9:12 17:11 27:21
28:3

TS_00592

vary
70:15

VBA
70:14

vehicles
22:12

verbatim
72:16

verifiable
101:12

vibrant
62:11

vicinity
25:18

VICTORIA
113:5,20

view
101:16 109:24

village
9:3 25:10,23 53:3 61:11
67:9 68:5 70:2 74:18,22
77:18 82:11,17,18 84:1,
2,4,6,13,15 85:4,7
86:23 89:20 90:20 92:2
100:13 103:11,13,20
104:10,11,14 105:5
107:7,14,24 109:20,22,
23 110:7 111:10 112:12

Village's
26:5 106:8

violate
96:5

violation
35:12,13,14

violations
36:3

visited
39:6

visits
35:8

volume
27:16

volumes
18:17 19:1

vote
49:4 69:19 82:5 110:19

111:16

voting
69:21

W

wake
41:24

walk
61:22 74:11

walking
45:11

walls
99:11

wan
58:24

want
8:19 10:20 14:16 21:12,
13,14 28:11 32:2 34:4
40:11 44:16,17,22
45:11 48:1 50:18 52:16
53:8 55:22 56:8 59:12
63:24 65:12 71:15 74:6
76:15,17 78:24 80:21
81:12 82:3,5 83:18
96:11 97:22 99:16
100:4,19

wanted
30:6,8 57:19 66:20 77:9

wants
50:23 57:22 78:22
91:16

warranted
111:15

wasn't
10:6 37:13 104:5 106:3

waste
10:3,4,8 16:4,11 20:11,
20 21:7,24 32:7,9,10,
14,18,19 40:20 45:17
49:1,5 61:10 73:2,12
75:21,22,23 76:3,9 92:9
96:19 97:8,10,11,19,23
98:13 109:18 110:8
111:11

wastes
16:22

water
18:19,21 23:9 27:11
39:11 42:9,11 49:8,9,
10,13 52:4,7,11 57:20
58:10 98:22 103:9,12,
19 105:9 111:9

waterway
81:5

Watson
44:21

way
25:1 26:23 30:6 45:2,16
46:4 48:6,7 51:12 56:24
61:5 70:19 74:13 96:12
105:13 107:3 110:6

ways
51:24

we'll
9:22 11:19,21 13:3
28:10 36:9 60:14 65:19
74:24 75:1

we're
9:4,22,24 10:17 11:11,
14 12:13 14:7,10,12,17
15:22 18:4 31:20 32:7
36:13,14,20 43:22
45:10 46:23 47:16 51:6
52:7,18 56:15 58:18
59:23 62:1 63:11 68:13
77:11 79:13,14 80:7,18,
24 81:1 87:24 91:15
94:1,19 97:8 98:10
100:1 108:15 110:7
112:14

we've
7:8 76:15 100:2,3

Webb
6:15 28:16,19 29:4,7,9

week
58:4 78:9,10

weekly
18:24 39:15

weeks
67:1

weighing
104:1

Welch
6:3,7,19,22 7:20 11:20,
24 12:11 24:8 28:4,7,18

32:13 33:5,9,24 34:6,10
35:3,6,18,21 36:1,4,8
37:3,11 38:3,7,9 39:20,
23 40:2,4 42:12,19
43:4,6,14 45:20 46:15,
22 47:9,11,14 48:13,21
50:7,9 53:17,20,22
55:4,9,12,16,20,23
57:4,8,13 60:11,14
62:14,18,21,24 63:8,11
64:7,24 65:4,9,12,16,
22,24 66:13 68:13
69:14,21,24 70:10,16,
21 71:3,10,13 77:6,20
81:10,17,22 82:1,10
83:2,6,11,19,24 84:4,8,
12,19 85:20 86:1,7,24
87:4,7,23 88:5,7 91:14,
18,21 92:5,10,13,15
93:5,13,15,17,21 94:21
95:4,8,12 96:10,14,21
97:1,6 98:1 99:5 101:1,
15 102:17 103:7,18,24
104:8,14,20 105:2,11,
15 106:1,24 107:5
108:7,13,15,20 109:1,7,
9,11,14 110:12 111:18,
21 112:10

welcome
28:8 100:4

welfare
25:3 89:18 101:10

went
13:12 30:10 47:20,23
61:7 86:11 107:16
109:14

Wentworth
97:7

weren't
30:14 69:6

west
6:2 7:7 8:2,23 9:1 88:10
106:12 111:1

wetland
37:10

what's
12:18 15:14 31:24 35:6
40:16 53:12 60:23 69:3,
13 93:15

whatsoever
71:2

RECORD OF PROCEEDINGS  - 11/02/2017                    i27

**white**
41:14

**wife**
8:4 29:15 30:17 56:22

**wildlife**
37:8

**WILLAMS**
109:12

**William**
53:19

**Williams**
82:3,24 83:4,9,14,17,21
84:2,7,10,17,21 100:23
109:3,8,10

**willing**
13:19

**wintertime**
31:8,12

**wisdom**
25:11

**wish**
59:24 98:6

**withdraw**
47:13

**withdrawn**
10:10

**withdrew**
10:2 109:17

**Witherspoon**
6:16 29:11

**witness**
7:23 53:21 63:12 65:19

**witnesses**
6:20

**woman**
78:14,17,19

**women**
51:12

**won't**
73:14

**wood**
16:1,2 17:16 18:5,12,
14,20,23 19:4,17 22:5
36:17,18 39:2 94:13
99:12

**woodchipper**
19:4

**word**
58:24

**words**
58:18 69:11 110:21

**work**
8:10 12:24 13:11,19
17:22 20:8,15 27:6
28:24 30:2,21,22 31:10
45:1 52:20 53:12,15
75:8 78:5

**worked**
12:21 26:16 71:24 72:2
77:22 78:4

**workforce**
13:18

**working**
13:6 23:21 24:6,12
28:22 29:12 30:5,18
31:15 33:4 40:15 41:2
51:11

**works**
11:13 41:13 78:18,19

**worry**
31:17

**worse**
43:22

**worth**
57:12 60:16 61:20

**wouldn't**
32:12 33:2 43:10

**wrap**
76:16

**wrecking**
15:3

**write**
67:12

**writing**
73:6 100:11

**written**
57:12

**wrong**
37:1 51:12,13,22 53:16
74:10 79:21 82:21
93:18

**X**

**Xavier**
6:18 30:4 31:3,18

**Y**

**yard**
8:22 14:9 76:2,11 89:4

**Yeah**
59:7

**year**
29:24 31:10,15 56:13
61:18 77:17

**years**
9:13 13:9,20,21 14:1
15:7 24:24 28:17,19,22
29:12,19 30:3,5 31:5,6,
7 35:11 43:6 54:17,18
59:6,8,10 61:3,4 64:17,
19 67:4 80:20 85:8
97:13 100:3

**you'll**
9:15 27:23 108:8

**you're**
17:23 27:6,10 28:8 29:8
39:14 41:10 43:2 44:13
49:20,21,22 52:13
54:24 55:8 59:22 60:1
63:4 65:16 70:1 71:1,6,
20 73:15 83:19 85:3
86:4 87:13 89:22 92:10,
22 94:5 96:13 98:20
100:11 104:1 110:11

**you've**
13:6 24:23,24 59:21
64:4,5 95:21 103:24
104:1

**young**
44:15

**Z**

**zoned**
9:3,5 25:10,11

**zoning**
25:22 49:14 50:16
54:22 58:16 70:14,15

84:9 88:14 93:14 96:23
97:1 101:24 102:12
104:24 106:5,8,17
110:10