UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRI-STATE DISPOSAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-02138 |
| vs. | ) ) | Judge Sara L. Ellis |
| THE VILLAGE OF RIVERDALE, a municipal corporation; LAWRENCE L. JACKSON, Mayor of the Village of Riverdale | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Mark A. LaRose
Costandinos J. Diamond
Ray Willis Welcher
LaRose & Bosco, Ltd.
200 N. LaSalle St., Suite 2810
Chicago, IL 60601
(312) 642-4414
mlarose@laroseboscolaw.com
cdiamond@laroseboscolaw.com
rwelcher@laroseboscolaw.com

PLEASE TAKE NOTICE that on **January 4, 2022, at 9:45 a.m.** or as soon thereafter as counsel may be heard before the Honorable Judge Sara L. Ellis or any Judge sitting in her stead, in Room 1403, 219 S. Dearborn Street, Chicago, Illinois 60604, in the United States District Court, Northern District, Eastern Division and then and there shall present *Uncontested Motion to Withdraw as Counsel*, a copy of which is attached hereto.

| | |
|---|---|
| John P. Wise (ARDC No. 6238380) | Respectfully submitted, |
| Erin E. Blake (ARDC No. 6295914) | ***DEFENDANTS*** |
| MONTANA & WELCH, LLC | |
| 11950 S. Harlem Avenue, Suite 102 | By:*/s/ John P. Wise* |
| Palos Heights, IL 60463 | One of the Attorneys for Defendants |
| (708) 448-7005 | |
| jwise@montanawelch.com | |
| eblake@montanawelch.com | |

## PROOF OF SERVICE

     I, Andrea Nardi, a non-attorney states that on December 22, 2021, I caused a copy of the foregoing *Uncontested Motion to Withdraw as Counsel*, to be served on the above-mentioned parties by electronically filing through the United States District Court, Northern District, Eastern Division e-filing system and via electronic mail.

                                                           By: */s/ Andrea Nardi*
                                                                   Legal Assistant to Erin E. Blake